# Exhibit I



STATE OF NEW YORK
EXECUTIVE CHAMBER
ALBANY 12224

ANDREW M. CUOMO
GOVERNOR

July 31, 2018

Defense Distributed
2320 Donley Dr., Suite C
Austin, TX 78758

To Whom It May Concern:

    There is no greater responsibility bestowed upon a state Governor than that of ensuring the safety of the public, and today, I am obliged to confront the direct threat your impending action poses to the peace and security enjoyed by New Yorkers. Unless stopped, your reckless publication of plans to create untraceable, undetectable, and poorly constructed 3-D printed guns will immediately put the lives of New Yorkers at risk and will violate New York law. You are directed to cease and desist from publishing 3-D printable gun files for use by New York residents.

    Anything that undermines the safety and security of New Yorkers must be stopped. Regardless of one's viewpoint on firearm possession, news of your plan to release these gun blueprints has sent a shockwave of outright fear and alarm across the nation. Here in New York, we cherish our safety and look fondly upon common sense measures that enable law abiding gun owners to enjoy their firearms while keeping those same firearms from those who would pose a danger. New York has the strongest gun control laws in the nation, including the SAFE Act which keeps guns out of the hands of convicted felons and the dangerous mentally ill, ensures private gun sales are subject to a background check, bans high-capacity magazines and assault weapons, and toughens criminal penalties for illegal gun use.

With one click of a button, your plans will enable criminals – even terrorists – to access completely unregulated weapons that could be used to harm New Yorkers. These guns can be produced without any metal, making them completely undetectable by metal detectors and produced without any serial number, making them untraceable when used in a crime. Simply put, your production of these plans will benefit those that aim to harm New Yorkers and have no place in this State. It is well-settled that a governmental entity may bring an action to abate a public nuisance or the "conduct or omissions which offend, interfere with or cause damage to the public in the exercise of rights common to all, in a manner such as to offend public morals, interfere with use by the public of a public place or endanger or injure the property, health, safety or comfort of a considerable number of persons" (see Copart Indus. v Consolidated Edison Co. of N.Y., 41 NY2d 564, 568, 362 NE2d 968, 394 NYS2d 169 [1977] [citations omitted]New York has the legal right to abate a public nuisance that, like these gun blueprints, places the public's health, safety, and property at risk. As such, should you refuse to cease and desist, the release of these plans into the State of New York will represent more than just an ill-conceived plan but a violation of New York law which will be met by legal action.

The State of New York stands united against your plan to undermine our public safety. As Governor, I demand that you immediately stop all plans for publishing 3-D printable gun file for use in New York.

Sincerely,

ANDREW M. CUOMO