# Exhibit K

7/29/2018 PAGV Co-Chairs to State Department: Block Release of Downloadable Blueprints for Do-It-Yourself, 3D Printed Guns | Office of Los Angeles City Att…

Case 1:18-cv-00637-RP   Document 23-11   Filed 09/17/18   Page 2 of 2

# Mike Feuer
## Los Angeles City Attorney

 

UPDATES FROM MIKE

| MEET MIKE | GUN VIOLENCE | SCHOOL SAFETY PANEL | UNITS A - Z | VICTIM ASSISTANCE | CLAIMS |

| HOME | OFFICE | GET HELP | CONSUMER PROTECTION | NEIGHBORHOOD PROSECUTORS | COMMUNITY JUST… |

## PAGV Co-Chairs to State Department: Block Release of Downloadable Blueprints for Do-It-Yourself, 3D Printed Guns

July 25, 2018



New York, NY and Los Angeles, CA: Manhattan District Attorney Cyrus Vance, Jr., and Los Angeles City Attorney Mike Feuer, co-chairs of Prosecutors Against Gun Violence, today released the following joint statement urging the U.S. State Department to block the online release of blueprints for do-it-yourself, 3D-printed guns:

"In a matter of days, the State Department is preparing to allow unlimited online access to schematic designs that enable 3D printing of untraceable guns. In a complete reversal of longstanding regulatory oversight, the State Department has decided to provide a special exemption to a private company, Defense Distributed, to post its gun blueprints online."

"No one is safer if criminals can print untraceable guns on demand. Allowing this exemption from federal rules would be an unconscionable mistake, making it all-too-easy for anyone with a dangerous history – including terrorists and domestic abusers who cannot pass a background check – to download files and print a functional gun with 3D printers available to any consumer. This decision undermines the critical public safety laws that prosecutors enforce day in and day out."

"Invisible to metal detectors, these plastic guns could easily be smuggled onto airplanes, and into concerts, festivals, and government buildings. Untraceable, they would undermine the work of law enforcement by crippling criminal investigations before they even began. The State Department must not allow this company to have a special exemption to these rules. These blueprints should not be published under any circumstances."

Tags:   Prosecutors Against Gun Violence   PAGV   Cy Vance   Los Angeles City Attorney Mike Feuer   guns

### Recent

**PAGV Co-Chairs to State Department: Block Release of Downloadable Blueprints for Do-It-Yourself…**
July 25, 2018

**L.A. City Attorney Seeks Protections Against Unsafe Conditions at Safety Gr…**
July 19, 2018

**City Attorney Launches New Enforcement Unit; Grieving Mo…**
July 17, 2018

**LA City Attorney Statement…**
July 5, 2018

**Los Angeles, New York and Chicago Amicus Brief Urges Sessions to Protect Children…**
July 3, 2018

**LA City Attorney and District Attorney Lacey Seek to Stop Silver Lake Landlord Over Alleg…**
July 2, 2018

**LA City Attorney Secures Guilty Plea from Nurse in Allegations of Patient D…**
June 28, 2018



---



Mike Feuer
Los Angeles City Attorney
James K. Hahn City Hall East, Suite 800
Los Angeles, CA 90012
213-978-8100   mike.n.feuer@lacity.org
213-978-8340   frank.matelijan@lacity.org Media

UPDATES   

