IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DEFENSE DISTRIBUTED and SECOND AMENDMENT FOUNDATION, INC., <br><br>Plaintiffs, <br><br>v. <br><br>GURBIR GREWAL, in his official capacity as New Jersey Attorney General; MICHAEL FEUER, in his official capacity as Los Angeles City Attorney; ANDREW CUOMO, in his official capacity as New York Governor; MATTHEW DENN, in his official capacity as Attorney General of the State of Delaware; JOSH SHAPIRO, in his official capacity as Attorney General of Pennsylvania; and THOMAS WOLF, in his official capacity as Pennsylvania Governor, <br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § Case No. 1:18-CV-637 |

**Motion to Withdraw as Attorneys of Record**

Plaintiffs Defense Distributed and Second Amendment Foundation, Inc. file this motion to withdraw Daniel N. Hammond and Mary Kate Raffetto of Beck Redden LLP as attorneys of record for Plaintiffs in the above-styled case. Daniel N. Hammond and Mary Kate Raffetto have completed their representation of Plaintiffs. Plaintiffs remain represented by Charles R. Flores of Beck Redden LLP, Joshua Michael Blackman of Josh Blackman LLC, and Matthew A. Goldstein of Farhang & Medcoff. Plaintiffs do not oppose this withdrawal and this withdrawal will not have a materially adverse effect on Plaintiffs, as they are still represented by competent counsel who are fully capable of representing their interests. Accordingly, Daniel N. Hammond and Mary Kate Raffetto request that the clerk of the Court remove their names from the list of persons authorized to receive this action's electronic notices.

## Conclusion

For these reasons, Plaintiffs Defense Distributed and Second Amendment Foundation, Inc. respectfully request that the Court grant this motion, permit Daniel N. Hammond and Mary Kate Raffetto of the law firm Beck Redden LLP to withdraw as attorneys of record from this action, and have them removed from the list of persons receiving the action's electronic notices.

Date: September 19, 2018

Respectfully submitted,

BECK REDDEN LLP
By /s/ Chad Flores
Chad Flores*
cflores@beckredden.com
State Bar No. 24059759
Mary Kate Raffetto
mkraffetto@beckredden.com
State Bar No. 24098296
Dan Hammond*
dhammond@beckredden.com
State Bar No. 24098886
1221 McKinney St., Suite 4500
Houston, TX 77010
(713) 951-3700 | (713) 952-3720 (fax)

FARHANG & MEDCOFF
Matthew Goldstein*
mgoldstein@fmlaw.law
D.C. Bar No. 975000
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711
(202) 550-0040 | (520) 790-5433 (fax)

Josh Blackman*
joshblackman@gmail.com
Virginia Bar No. 78292
1303 San Jacinto Street
Houston, TX 77002
(202) 294-9003 | (713) 646-1766 (fax)

*Admitted *pro hac vice*

Attorneys for Plaintiffs Defense Distributed and Second Amendment Foundation, Inc.

3

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the above and foregoing document was served on the following parties and/or counsel of record through a manner authorized by Federal Rule of Civil Procedure 5(b) this 19th day of September, 2018:

| | |
|---|---|
| Jeremy Fiegenbaum<br>jeremy.feigenbaum@njoag.gov<br>25 Market Street<br>8th Floor, West Wing<br>Trenton, NJ 08625<br>609-376-2690 | Via Email and Certified Mail |
| Michael Feuer, individually and in his official capacity as Los Angeles City Attorney<br>Office of the Los Angeles City Attorney<br>200 N. Main Street, Room 800<br>Los Angeles, CA 90012 | Via Certified Mail |
| Jonathan F. Mitchell<br>Mitchell Law PLLC<br>jonathan@mitchell.law<br>106 East Sixth Street, Suite 900<br>Austin, TX 78701<br>(512) 686-3940 | (512) 686-3941 (fax) | Via CM/ECF |
| Matthew A. Goldstein<br>Farhang & Medcoff<br>mgoldstein@fmlaw.law<br>4801 E. Broadway Blvd., Suite 311<br>Tucson, AZ 85711<br>(202) 550-0040 | (520) 790-5433 (fax) | Via CM/ECF |
| Joshua Michael Blackman<br>Josh Blackman LLC<br>joshblackman@gmail.com<br>1303 San Jacinto St.<br>Houston, TX 77002<br>(202) 294-9003 | (713) 646-1766 (fax) | Via CM/ECF |

                                                                /s/ *Chad Flores*
                                                                 Chad Flores