IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **Defense Distributed** and **Second Amendment Foundation, Inc.**, <br><br> Plaintiffs, <br><br> v. <br><br> **Gurbir Grewal**, et al., <br><br> Defendants. | Case No. 1:18-cv-637-RP |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

The plaintiffs move to withdraw Jonathan F. Mitchell as attorney of record in this case. Mr. Mitchell has completed his representation of the plaintiffs, who remain represented by Charles R. Flores of Beck Redden LLP, Joshua M. Blackman of Josh Blackman LLC, and Matthew A. Goldstein of Farhang & Medcoff. The plaintiffs do not oppose Mr. Mitchell's withdrawal and his withdrawal will not adversely affect them, as they are still represented by competent counsel. Mr. Mitchell therefore respectfully requests that the clerk of the court remove his name from the list of those receiving electronic notices in this case.

Respectfully submitted.

Dated: September 19, 2018

 /s/ Chad Flores
CHAD FLORES *
cflores@beckredden.com
State Bar No. 24059759
Beck Redden LLP
1221 McKinney Street, Suite 4500
Houston, TX 77010
(713) 951-3700 (phone)
(713) 952-3720 (fax)

Matthew Goldstein *
mgoldstein@fmlaw.law
D.C. Bar No. 975000
Farhang & Medcoff
4801 East Broadway Boulevard
Suite 311
Tucson, Arizona 85711
(202) 550-0040
(520) 790-5433 (fax)

Josh Blackman
joshblackman@gmail.com
Virginia Bar No. 78292
1303 San Jacinto Street
Houston, Texas 77002
(202) 294-9003
(713) 646-1766 (fax)

*Admitted *pro hac vice*

*Counsel for Plaintiffs Defense Distributed and Second Amendment Foundation, Inc.*

# CERTIFICATE OF SERVICE

I certify that on September 19, 2018, I served this document upon:

| | |
|---|---|
| Jeremy Fiegenbaum<br>jeremy.feigenbaum@njoag.gov<br>25 Market Street<br>8th Floor, West Wing<br>Trenton, NJ 08625<br>609-376-2690 | By e-mail and certified Mail |
| Michael Feuer<br>Office of the Los Angeles City Attorney<br>200 N. Main Street, Room 800<br>Los Angeles, CA 90012 | By certified Mail |

                                        /s/ Chad Flores
                                      CHAD FLORES
                                      *Counsel for Plaintiffs*