IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **DEFENSE DISTRIBUTED and SECOND AMENDMENT FOUNDATION, INC.** <br><br> *Plaintiffs,* <br><br> v. <br><br> **GURBIR S. GREWAL, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF NEW JERSEY,** *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § § <br><br> Civil Action No. 1:18-CV-00637-RP |

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

PLEASE TAKE NOTICE THAT Plaintiffs Defense Distributed and Second Amendment Foundation, Inc. ("Plaintiffs") and Defendant Gurbir Grewal, in his official capacity as the State of New Jersey's Attorney General ("Defendant"), by and through their attorneys of record, hereby enter the following stipulation to the time for Defendant to respond to Plaintiffs' Amended Complaint (Dkt. No. 23).

NOW THEREFORE the Parties, by and through their counsel of record, stipulate that the deadline for Defendant to respond to Plaintiffs' Amended Complaint is November 21, 2018.

DATED: October 19, 2018.

                Respectfully submitted,

                **PILLSBURY WINTHROP SHAW PITTMAN LLP**

                By: */s/ Casey Low*
                     Casey Low
                     Texas Bar No. 24041363
                     401 Congress Ave., Suite 1700
                     Austin, Texas 78701-4061
                     Phone: (512) 580-9600
                     Fax:   (512) 580-9601
                     casey.low@pillsburylaw.com

**ATTORNEY FOR DEFENDANT**
GURBIR GREWAL, in his official capacity as the State of New Jersey's Attorney General

**BECK REDDEN LLP**

By: */s/ Chad Flores*
Chad Flores
cflores@beckredden.com
State Bar No. 24059759
1221 McKinney St., Suite 4500
Houston, TX 77010
(713) 951-3700 | (713) 952-3720 (fax)

**ATTORNEY FOR PLAINTIFFS**
Defense Distributed and Second Amendment Foundation, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Casey Low*
Casey Low