IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED and SECOND AMENDMENT FOUNDATION, INC., | § § § § § | |
| Plaintiffs, | | |
| v. | § § | 1:18-CV-637-RP |
| GURBIR GREWAL, et al., | § § § | |
| Defendants. | § | |

## ORDER

Before the Court is the parties' Stipulation to Extend Time to Respond to Complaint. (Dkt. 46). The parties seek to extend Defedant Gurbir Grewal's ("Grewal") time to respond to Plaintiffs' amended complaint to November 21, 2018. A stipulation to extend a deadline set by the Federal Rules of Civil Procedure is ineffective without court approval. *See* Fed. R. Civ. P. 6(b); 4A Charles A. Wright & Arthur R. Miller, Federal Practice and Procedure § 1165, at 488 ("A stipulation by the parties for an extension of time is ineffective if it is not also embodied in an order of the district court."). The Court will, however, construe the parties' stipulation as a joint motion for extension of time, and it will grant that motion. Grewal's deadline to file an answer or to otherwise respond to Plaintiffs' amended complaint is extended to and includes November 21, 2018. The parties shall seek future extensions of time in the form of a motion.

**SIGNED** on October 23, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE