IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED and SECOND AMENDMENT FOUNDATION, INC., <br><br>Plaintiffs,<br><br>v.<br><br>GURBIR GREWAL, in his official capacity as New Jersey Attorney General, MICHAEL FEUER, in his official capacity as Los Angeles City Attorney, ANDREW CUOMO, in his official capacity as New York Governor, MATTHEW DENN, in his official capacity as Attorney General of the State of Delaware, JOSH SHAPIRO, in his official capacity as Attorney General of Pennsylvania, *and* THOMAS WOLF, in his official capacity as Pennsylvania Governor,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § | 1:18-CV-637-RP |

## **ORDER**

Before the Court is Plaintiffs' unopposed motion to extend the filing deadline and page limits for their response to Defendant Michael Feuer's motion to dismiss. (Dkt. 51). Having considered the motion, the Court will grant it in part and deny it in part.

Plaintiffs' request for a two-week extension to respond to Defendant Feuer's motion to dismiss, (Dkt. 50), is unopposed. The Court agrees with Plaintiffs that the extension will afford them adequate time to respond. With respect to Plaintiffs' request for an extension of the filing deadline, the motion will be granted.

Plaintiffs' request to exceed page limits, however, is excessive. Local Rule CV-7 limits to 20 pages both dispositive motions and responses to dispositive motions, absent authorization by the court. *See* W.D. Tex. Loc. R. CV-7(d) and (e). Defendant Feuer's motion to dismiss is 18 pages long.

(Dkt. 50). The Court is mindful of the number of issues presented in the motion to dismiss and the fact that Plaintiffs' request to exceed page limits is unopposed. But, the Court does not agree that Plaintiffs require 40 pages to adequately respond to Defendant Feuer's 18-page motion. The Court will deny the motion with respect to this relief requested.

Accordingly, it is **ORDERED** that Plaintiffs' motion to extend the filing deadline and page limits is **GRANTED IN PART**. With respect to the request to extend the filing deadline, the motion is **GRANTED**. Plaintiffs' response to Defendant Feuer's motion to dismiss is due on or before **November 23, 2018**. With respect to the request to exceed page limits, Plaintiffs' motion is **DENIED**.

**SIGNED** on November 14, 2018.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE