IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED and SECOND AMENDMENT FOUNDATION, | § § § § § | Case No. 1:18-CV-637 |
| *Plaintiffs,* | § § | |
| v. | § § | |
| GURBIR S. GREWAL, in his official capacity as the State of New Jersey's Attorney General ; MICHAEL FEUER, in his official capacity as the City of Los Angeles, California's City Attorney; ANDREW CUOMO, in his official capacity as the State of New York's Governor; MATTHEW DENN, in his official capacity as the State of Delaware's Attorney General; JOSH SHAPIRO, in his official capacity as the Commonwealth of Pennsylvania's Attorney General; and THOMAS WOLF, in his official capacity as the Commonwealth of Pennsylvania's Governor, | § § § § § § § § § § § § § § § | |
| *Defendants.* | § § § | |

## DEFENDANT MICHAEL FEUER'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF HIS MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

Defendant Michael Feuer, in his official capacity as the City Attorney for the City of Los Angeles, California, files this unopposed motion to extend the filing deadline for his reply in support of his Motion to Dismiss Plaintiffs' First Amended Complaint by two weeks, to December 14, 2018.

Defendant Feuer filed his Motion to Dismiss Plaintiffs' First Amended Complaint on October 26, 2018. Dkt. 50. On November 6, 2018, Plaintiffs filed an unopposed motion to extend the deadline for Plaintiffs' response to Defendant's Feuer's motion by two weeks (Dkt.

51), which request the Court granted on November 14, 2018.  Dkt. 54.[1]  Plaintiffs filed their response on November 23, 2018.  Dkt. 59.

Defendant Feuer's reply is currently due November 30, 2018.  *See* W.D. Tex. Local R. CV-7(f)(2).  A two-week extension is necessary to afford Defendant Feuer adequate time to respond to Plaintiffs' response, particularly given that Plaintiffs' response was filed over the Thanksgiving holiday weekend.  As noted in Plaintiffs' own unopposed request for an extension of time, Plaintiffs agree to this request.  Dkt. 51 at 2.

Accordingly, Defendant Feuer respectfully requests that the Court grant him a two-week extension of time to file his reply in support of his motion to dismiss.

Dated: November 26, 2018                                              Respectfully Submitted,

*James P. Clark*                                                                *Michael M. Walsh*
California Bar No. 64780                                               California Bar No. 150865
Chief Deputy City Attorney                                         Deputy City Attorney
City of Los Angeles                                                       City of Los Angeles
200 North Main Street, 8th Floor                              200 North Main Street, 8th Floor
Los Angeles, CA  90012                                            Los Angeles, CA  90012
Tel: (213) 978-8100                                                    Tel: (213) 978-2209 / Fax: (213) 978-0763
james.p.clark@lacity.org                                           michael.walsh@lacity.org

*Connie K. Chan*                                                          *Jason P. Steed*
California Bar No. 284230                                         Texas State Bar No. 24070671
Deputy City Attorney                                                 KILPATRICK TOWNSEND &
City of Los Angeles                                                    STOCKTON LLP
200 North Spring Street, 14th Floor                         2001 Ross Avenue, Suite 4400
Los Angeles, CA  90012                                           Dallas, TX 75201
Tel: (213) 978-1864                                                   Tel: (214) 922-7112; Fax: (214) 853-5731
connie.chan@lacity.org                                             jsteed@kilpatricktownsend.com

*COUNSEL OF RECORD*

---

[1] Plaintiffs also requested an enlargement of the page limits for their response, which request the Court denied.  Dkts. 51, 54.

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 26, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                  */s/ Connie K. Chan*_____
                                                  Connie K. Chan