1          IN THE UNITED STATES DISTRICT COURT

2           FOR THE WESTERN DISTRICT OF TEXAS

3                    AUSTIN DIVISION

4

5   DEFENSE DISTRIBUTED and  )  Case No. 1:18-CV-637-RO

6   SECOND AMENDMENT          )

7   FOUNDATION, INC.,         )

8        Plaintiffs,          )

9   v.                        )

10  GURBIR GREWAL, in his     )

11  Official capacity as      )

12  New Jersey Attorney       )

13  General; MICHAEL FEUER,   )

14  in his official capacity  )

15  as Los Angeles City       )

16  Attorney; ANDREW CUOMO,   )

17  in his official capacity  )

18  as New York Governor;     )

19  MATTHEW DENN, in his      )

20  official capacity as      )

21  Attorney General of the   )

22  State of Delaware; JOSH   )

23  SHAPIRO, in his official  )

24  capacity as Attorney      )

25  General of Pennsylvania;  )

1    and THOMAS WOLF, in his  )

2    official capacity as     )

3    Pennsylvania Governor,    )

4        Defendants.           )

5

6

7     * * * * * * * * * * * * * * * * * * * * * * * *

8              AUDIOTAPE TRANSCRIPTION OF

9           GOVERNOR SIGNS GHOST GUN BILL

10      https://www.youtube.com/watch?v=lJiQ6iFH5x4

11      * * * * * * * * * * * * * * * * * * * * * * *

12

13

14

15

16

17

18

19

20

21

22

23

24

25           TRANSCRIBED BY Donnette Cowgill

1            P R O C E E D I N G S

2            MR. RESIK:  Good afternoon, everyone.

3    My name is John Resik (phonetic) and I'm a freshman,

4    studying at Princeton University.  I grew up in

5    Jersey City where, unfortunately, gun violence

6    seemed to surround our community every single day,

7    taking needless lives and cutting short the

8    potential of so many.  I have family that still

9    lives in Jersey City and while it continues to get

10   better and better, there's still needless gun

11   violence on the streets.

12            Last month, news broke that 11 people had

13   been killed at a Pittsburgh synagogue but closer to

14   home that same weekend, Jersey City teen, Jade

15   Saunders (phonetic) was shot and killed in front of

16   her friends.  This type of violence cannot continue.

17   It is through the sustained efforts of our leaders

18   that we can work toward a safer future where no

19   person has to worry about having their life cut

20   short for fear of a gun.

21            Thanks to some of the strictest gun safety

22   laws in the nation, New Jersey has one of the lowest

23   gun death rates in the country.  Since taking

24   office, Governor Murphy has done a phenomenal job in

25   enacting legislation to protect the citizens of New

1  Jersey.  Rather than a reaction-based approach to

2  gun safety, Governor Murphy has proactively signed

3  important laws that take commonsense steps to make

4  us safer.  He has mandated background checks, helped

5  put a system in place to keep guns out of the hands

6  of people who should not have them, and vowed to do

7  so much more.  Today, we take another stop toward a

8  better New Jersey as the governor prepares to sign

9  legislation that will outlaw ghost guns in this

10  state.

11  No weapon should ever be untraceable and

12  after today, our communities will not have to worry

13  about these firearms.  Thank you to Governor Murphy,

14  to Attorney General Gurbir Grewal, and all the

15  legislators who came and worked together to make

16  this a reality for the citizens of New Jersey.  It

17  is because of your continued efforts that the people

18  of New Jersey and the children of our state will

19  live and grow in a safer community.

20  Now it is my honor to introduce Governor

21  Phil Murphy.

22  GOVERNOR MURPHY:  Thank you, John.

23  Man, I'm a big John fan.  Thank you, John Resik, for

24  that -- for your introduction, for your efforts in

25  our fight against gun violence.  Your generation has

1   already shown so much courage and resolve and I urge

2   you to keep at it.  And your brother, Peter, I think

3   lives in Squirrel Hill, right?

4            MR. RESIK:  Yeah, he does.

5            GOVERNOR MURPHY:  In Pittsburgh, and

6   I read your piece about that.

7        Before we jump into a -- the topic of the

8   day, which was scheduled before what happened

9   overnight -- but last night, we were given another

10  reminder as to why we need you, John, and your peers

11  to never give up.  In Thousand Oaks, California,

12  another mass shooting.  This time at a club hosting

13  a college theme night.  Eleven people who went out

14  just to be with their friends are now dead.  A

15  heroic Ventura County Sheriff's Sergeant responding

16  to the scene, Ron Helus, was also murdered.

17          Attorney General Grewal and I were both at

18  the Blue Mass at the cathedral in Newark this

19  morning for fallen officers, which reminds us of the

20  indelible impact that gun violence has on all of us

21  but also it's had on the lives of our law

22  enforcement brothers, sisters, and families.

23          Another 12 Americans whose lives have been

24  cut short by senseless gun violence.  At what point

25  do we finally wake up to the reality that we remain

1    the only advanced society that tolerates such horror

2    on such a regular basis?  At what point do we wake

3    up to the reality that we're the only advanced

4    nation so awash in easy-to-access guns?  When do we

5    finally put two and two together?  We dedicate today

6    and all of our efforts going forward to the simple

7    and commonsense premise that mass murder is not the

8    price we have to pay for the Second Amendment?

9         Peter and John and his generation have

10   already done more in the last year to move this

11   conversation forward than my generation, our

12   generation, has done in decades.  We need to listen.

13   We need to act.  And today we're doing just that.

14         It is an honor to stand up here with the

15   Attorney General, Gurbir Grewal -- honored to be

16   with you, General -- and dear friend, Senator Joe

17   Cryan, and importantly, not just Senator Joe Cryan,

18   a dear friend, former Sheriff Joe Cryan from Union

19   County.  Also honored in the front row, in Seat 1A,

20   to be joined by Mercer County Executive Brian

21   Hughes; Senior Advisor to my office, and dear

22   friend, on gun safety matters, Bill Castner; and the

23   rock in legislative 15th representatives, Senator

24   Shirley Turner, Assemblywoman Verlina Renolds-

25   Jackson and Assemblyman Anthony Verelli.  It's an

1    honor to be with you and, as usual, with the panoply

2    and colors of t-shirts with us today, more red than

3    blue, by the way.  The Brady folks are in the house

4    but the moms are here in the house in a big way.

5    But it's great to have you all here.

6         We're here for an important purpose.

7    We're here to close a dangerous loophole in our gun

8    laws and to expressly outlaw so-called ghost guns

9    here in New Jersey.  We are ensuring that anyone

10   caught possessing a homemade or a 3D printed

11   firearm, meaning guns manufactured specifically to

12   be untraceable by law enforcement, will be

13   prosecuted to the fullest extent of the law and face

14   up to five years in prison.

15        The Attorney General has been a national

16   leader in this fight.  Last June he issued a cease

17   and desist letter to the companies that deal in

18   ghost guns, saying explicitly that New Jersey is off

19   limits to them.  He joined like-minded attorneys

20   general in successfully stopping in federal court

21   the release of blueprints that would've allowed

22   anyone with a computer and access to a 3D printer

23   the ability to build their own, untraceable firearm.

24   This law that we're going to sign today further

25   backs up his efforts, and I thank him for all that

1   he has done.  Thank you, Gurbir.

2        I thank Senator Cryan for his leadership,

3   generally, and specifically for sponsoring this bill

4   along with Senator Nick Scutari, Assemblyman Paul

5   Moriarty -- and I was back and forth with Paul many

6   times this morning, talking about last night in

7   Thousand Oaks and the importance of what we're doing

8   today -- Assemblyman Gary Schaer, and Assemblywoman

9   Annette Quijano, was well as the overwhelming

10  majority in the legislature who passed this bill --

11  and I might add by tremendous bipartisan margins.

12       These votes show that, unlike in

13  Washington, we could -- we can work across the aisle

14  to pass commonsense gun safety laws.  The NRA, to

15  the surprise of absolutely no one, has mocked the

16  effort to outlaw ghost guns.  Well, let them explain

17  why they would protect criminals who attempt to get

18  around our laws by buying ghost gun kits and

19  building untraceable guns.  I can't wait to hear

20  their excuses as to why.  Somehow, by some extreme

21  stretch of poorly conceived logic, untraceable and

22  undetectable ghost guns are a good thing that need

23  to be protected, not made illegal.  I just don't get

24  it.

25       Already this year, we have taken action to

1  ensure that our gun laws have the strength they need

2  to make our communities and families safer.  Signing

3  the first package of bills on June 13 ranks as one

4  of the most fulfilling days of my administration.

5  But we continue to do more because we must.  The

6  attorney general has taken the unprecedented step of

7  naming and shaming the sources of crime guns that

8  flow into New Jersey from states with lax laws.

9         I have said it before, I will say it

10 again:  plus or minus 80 percent of the crimes

11 committed -- gun crimes committed in this state are

12 committed with guns that illegally came into New

13 Jersey from outside of New Jersey, which means we

14 can't do this just by our self, although we have to

15 continue to do that; therefore, we've joined with

16 our fellow states in partnership to undertake

17 important gun safety research that Congress

18 stubbornly forbids.

19         Last week, I stood with the attorney

20 general and Assembly Majority Leader Lou Greenwald

21 to unveil our next round of commonsense bills that

22 will close remaining loopholes, institute sensible

23 regulations on ammunition sales, speed the

24 development of smart gun technology, and combat gun

25 violence in our communities, like Jersey City.

1        We have all shared the shock and despair

2   of our fellow Americans following these mass

3   shootings, whether it was in Parkland, in Annapolis,

4   Pittsburgh, and now Thousand Oaks.  But we've been

5   spurred to act by the need to combat gun violence

6   right here in our own communities, right here

7   including in Trenton, which is why it's so important

8   that the legislators who do such an extraordinary

9   job are with us today.

10        I will not let the next generation of New

11  Jerseyans grow up in fear.  I have no intention of

12  letting up in the fight for commonsense gun safety,

13  and I know the leaders up here with me and in the

14  first row with me don't intend to let up.  I know

15  the grassroots advocates and activists, who have

16  been so strong through this fight and who I'm

17  honored to stand shoulder-to-shoulder with, don't

18  either.

19        I particularly want to acknowledge the

20  efforts of the Giffords Law Center, which brought

21  this issue to our attention and Every Town For Gun

22  Safety and the Brady Campaign to Prevent Gun

23  Violence, which helped us along the way.

24        We must change the conversation and we

25  will.  We will not let the NRA and their small

1    fringe of extremists instill their guns-in-every-

2    corner beliefs here in New Jersey.  Together, we

3    will win this battle.  It may be one step at a time,

4    one commonsense law at a time, but we will win it.

5            Thank you all so much, again, for

6    everything you do, particular our leaders here, our

7    activists -- thank you for everything.  It's now my

8    honor to introduce the attorney general of the great

9    state of New Jersey, Gurbir Grewal.

10           ATTORNEY GENERAL GREWAL:  Thank you,

11   Governor, and good afternoon everyone.

12           Here we are, yet again, gathering after

13   another tragedy, another mass shooting, another law

14   enforcement officer killed, another community in

15   mourning, another list of lives lost and families

16   shattered.  Now, while we don't know the full story

17   of what transpired in Thousand Oaks, California,

18   last night, we know this:  enough is enough.

19           And so we gather this afternoon, committed

20   as ever in our efforts to ensure public safety, to

21   ensure law enforcement safety, to ensure lawful gun

22   ownership, to combat the gun violence that plagues

23   communities across our state, and importantly, to

24   prevent the next Sandy Hook; the next Aurora,

25   Colorado; the next Oak Creek; the next Las Vegas;

1   Parkland; Pittsburgh; and now Thousand Oaks.  And

2   today, we're doing that by closing dangerous

3   loopholes in our existing laws -- loopholes that

4   some companies and individuals have tried to

5   exploit.

6            This summer, for example, a Texan named

7   Cody Wilson promised to publicly release computer

8   files that would let anyone, even terrorists,

9   felons, and domestic abusers, create firearms using

10  a 3D printer.  These guns would have no serial

11  numbers, meaning that they would be untraceable,

12  making it more difficult for our law enforcement

13  officers to solve gun crimes.  And because some of

14  these weapons would be made entirely of plastic,

15  they wouldn't necessarily activate metal detectors.

16  That meant these weapons would be particularly

17  appealing to anyone trying to access a secure

18  facility, whether it was a courthouse, an airport,

19  or a government building.

20           And so back in July, we successfully

21  challenged Cody Wilson in court.  We obtained legal

22  orders that temporarily halted the release of these

23  codes.  But his supporters are not relenting,

24  they're still trying to release these codes online.

25  And so it's clear that we need stronger tools to

1    stop them, tools like the -- excuse me -- tools like

2    the legislation crafted by Senator Cryan and that

3    Governor Murphy is signing today.

4          But it's not just about printable guns.

5    We have similar concerns about the so-called ghost

6    gun industry.  These folks know that they can't sell

7    their weapons -- weapons like assault weapons --

8    into New Jersey.  So instead, they sell all the

9    parts for these weapons and then provide a link to a

10   video that shows you how to build them at home.  So

11   they essentially sell you weapons that you couldn't

12   otherwise buy in the Garden State.  And they sell

13   you these weapons without conducting any background

14   checks.  And they sell you these weapons without

15   serial numbers on them so we can't trace them or

16   link them to their owners when they're found in

17   connection with gun crimes.

18          Their conduct poses a serious and

19   immediate threat to the community and to our law

20   enforcement officers.  But they believe that they

21   can do all of this with impunity because they're not

22   technically selling fully assembled assault weapons.

23   And so they incorrectly believe that our firearms

24   laws don't apply to them.

25          So earlier this year, we went after some

1    of the biggest players in this industry.  We told

2    them that they were wrong on the law.  We told them

3    that they were, in fact, breaking the law here in

4    New Jersey by selling those weapons here.  And we

5    told them to stop.  And some of them complied.  But

6    others did not, and so those investigations are

7    ongoing at this time.

8            But in both of those cases, bad actors

9    were trying to take advantage of loopholes because

10   no law squarely addressed printable guns or ghost

11   guns.  So we had to rely on other laws, like our

12   public nuisance law or our assault weapons law, to

13   fight back.  Now, don't get me wrong:  Those laws

14   are important and they're great tools and they

15   helped us stop the spread of these dangerous,

16   untraceable weapons, but a law right on point

17   strengthens law enforcement's hand even more.

18           And so today, there is no question that

19   printable guns and ghost guns are deadly and selling

20   them in New Jersey is illegal.  And that's why I'm

21   so proud to support Governor Murphy's efforts and

22   the legislature's efforts to close those loopholes,

23   to stop the next Cody Wilson, to fight the ghost gun

24   industry, and to regulate the next dangerous gun

25   models before they spread into our communities.

1          And here's my message today to anyone who

2     is contemplating making a printable gun or to the

3     next ghost gun company trying to sell their

4     dangerous weapons into New Jersey:  Your products

5     are unlawful and if you break our laws we will come

6     after you.  And to anyone else who thinks of trying

7     to find other loopholes in our laws, especially to

8     sell dangerous firearms, we're just as committed to

9     stopping each of you.  The safety of our residents,

10    the safety of our law enforcement officers demands

11    nothing less.

12          Thank you.

13          GOVERNOR MURPHY:  Well said, man.

14    Well said.  Well said and thank you, General, for

15    your leadership on this and so many other matters.

16          I -- I can't say enough good things about

17    the leadership and the public service of Senator Joe

18    Cryan, a guy who's got courage, who's willing to

19    stand up and speak truth to power, will occasionally

20    give me a -- a shot upside the head to make sure I

21    got my head screwed on straight, and I particularly

22    can't thank him enough -- he has to get in line, by

23    the way, to do that -- I -- I particularly can't

24    thank him enough for his leadership on this

25    incredibly important piece of legislation.  Ladies

1  and gentleman, Senator Joe Cryan.

2            SENATOR CRYAN:  Thank you, Governor.

3  Thank you.  Thank you.  Thank you.  Thank you,

4  Governor, and thanks for -- for the nice intro.

5            I just want to begin by acknowledging John

6  again.  We had a chance to chat, the three -- the

7  four of us, in the back.  John's a -- John's got a

8  remarkable story.  Grew up Jersey City.  His

9  brother, who was in Squirrel Hill, goes to Carnegie-

10  Mellon.  John's twin, Anna, was accepted to all

11  eight -- all nine Ivy League schools, eight Ivy --

12            MR. RESIK:  Eight.

13            SENATOR CRYAN:  -- all eight Ivy

14  League schools.  She chose Brown, for those of you

15  that are counting.  So John is the slouch in the

16  family.  He's -- he's in his freshman year in

17  Princeton.  So -- so John, thank you for being here.

18            MR. RESIK:  Thank you.

19            SENATOR CRYAN:  Governor, thank you

20  for your leadership on this -- in this -- for this

21  legislation and most importantly, thank you for

22  signing it in just a moment or two.

23            GOVERNOR MURPHY:  Thank you.

24            SENATOR CRYAN:  And I want to thank

25  some folks and the -- and then just tell you the

1   genesis as to how this bill came about, with the

2   advocates and how we molded a bill that began in one

3   area and became something much more important and

4   much more -- much more greater for the sum of its

5   parts.

6          I want to thank two folks who moved it out

7   of their houses -- Senate President Steve Sweeney

8   and Assembly Speaker Coughlin, and I want to thank

9   Kevin Drennan from the Majority Office and Skip

10  Ciminio from the Assembly Majority Office for their

11  leadership on this.  We were able to get these bills

12  on the same day coincided.  I thank them very much

13  for that, and I'd be remiss if I didn't thank my

14  Chief of Staff who helped coordinate all this, and

15  that's Jessica Cohen over there.  I appreciate it,

16  Jessica.  Thank you.

17          I have one other thank-you to say and --

18  and General, I know that the big guys do all the

19  work, but once in a while we let the others, right?

20                ATTORNEY GENERAL GREWAL:  Right.

21                SENATOR CRYAN:  And one of them is

22  Steve Finkel from your office who did an amazing

23  job.  Stephan, thank you for your work here.  We --

24  we appreciate it.

25          So the genesis of this bill was, as Phil

1    was nice enough to mention, I -- I used to have the

2    privilege of being the Union County Sheriff.  And

3    one of my officers came into the office one day and

4    sat down and said, "Look, you just got elected to

5    the senate but you need to start thinking about

6    this.  There are people here that can buy guns off

7    the internet and people we deal with that can buy

8    untraceable weapons," 80/20s is what he specifically

9    talked about.

10          Then he sat down on the computer and in

11   less than two minutes showed me how to buy an AR-15

12   unassembled that I could have, literally at that

13   moment, if I wanted to, with my credit card.  I was

14   flabbergasted, to tell you the truth.  I knew that

15   we had issues in the Sheriff's Office over a variety

16   of things, but perhaps the most important or most

17   difficult is when we dealt with untraceable weapons

18   in our crime scene unit and how important it is that

19   any sort of clue or ability to fingerprint or lift

20   anything we can from a crime scene.  Without the

21   idea of a serial number was frightening to all.

22          And if you wonder, when we talk about

23   untraceable, you get that, right?  That we don't

24   have a serial number, we can't find out where it

25   came from.  Think about for a moment -- and the

1    general mentioned it -- for those of you that have

2    walked through an airport scanner or any building

3    where you felt safer because you were scanned,

4    imagine the person behind you has a weapon that is

5    untraceable to that.  And that's what we're talking

6    about here.  This affects every individual in the

7    State of New Jersey, if not the country.  You know,

8    it's an important piece of the puzzle that the

9    governor has taken so much of leadership on with the

10   general and gun safety here in New Jersey and

11   throughout the nation.  When you think about that

12   and put it in context, we realize the importance of

13   today.

14          And with that in mind, we began with a

15   bill that began with just 80/20s, internet sales.

16   And thanks to the intervention of Bill Castner from

17   the Governor's Office and others, we took a

18   leadership role in amendment after amendment.  This

19   bill evolved, and which I think is -- is what makes

20   legislation particularly -- particularly special.

21   When you take an idea, you take the best ideas that

22   you can, people willing to work with you, whether

23   they're the leader of the state, the general of the

24   state, or folks that come by in advocacy and say,

25   "This is a better idea."

1          We could've had this bill done a couple

2    months ago, but it wouldn't be the bill it is today.

3    And for that, I say thank you to the advocates and a

4    particular shout-out to Bill Castner for your work.

5    I appreciate it very much.

6          I finally want to say this:  If you don't

7    know what a 3D printer is, just google it and take a

8    look.  You're not talking about buying a cartridge

9    down at Staples.  And if you watch it and actually

10   watch videos of how one of these things can actually

11   be made, what Cody Wilson wants for New Jersey and

12   for this country -- which is stunning to me -- it is

13   frightening to watch, and it is alarming to

14   appreciate that people believe that somehow this is

15   a free right in America to have an untraceable,

16   undetectable weapon.

17         And whether it's for John, his amazing

18   sister and his amazing brother and their safety and

19   their generation's safety, or whether it's for our

20   safety or your mom's and your dad's safety -- it's

21   for everyone that, today, we sign this bill and,

22   today, we make New Jersey a little bit safer.  So I

23   thank you very much.  Thank you.

24         GOVERNOR MURPHY:  Well said, Senator.

25   Thank you, Joe, for that.  I'll take a couple of

1    questions before we sign this one on the dotted

2    line.  Please, Nick.

3                    AUDIENCE:  I -- I believe the

4    attorney general's cease and desist letter earlier

5    this summer actually said that untraceable assault

6    weapons were already illegal, and it's already

7    illegal to possess it, so how does this law strike

8    the matter of obtaining (inaudible)?

9                    ATTORNEY GENERAL GREWAL:  Sure.  As I

10   mentioned in my remarks, we were using the assault

11   weapon law to target those ghost gun manufacturers

12   because we didn't have a law directly on point

13   outlawing ghost guns, as this law does, that the

14   buying of these parts of these partially completed

15   guns is unlawful, so we were using another tool that

16   we had.  Now we have a tool directly on point to go

17   after future manufacturers or people who are still

18   persisting in marketing these products into New

19   Jersey.

20                    AUDIENCE:  Did you name those

21   manufacturers (inaudible)?

22                    ATTORNEY GENERAL GREWAL:  So the --

23   we sent, I -- I believe about seven or eight cease

24   and desist letters this -- earlier this summer.  I'm

25   not going to name them because like I mentioned in

1   my remarks, some had complied, others have not.  I

2   don't want to flag the particular companies who

3   we're still investigating at this point, by naming

4   them.

5               GOVERNOR MURPHY:  I think the point

6   you make is a good one.  You could've cobbled this

7   together, but this, thanks to Joe's leadership and

8   the other sponsors, this is a -- a -- a precision

9   shot into this type of gun and that's what makes it

10  important.  Please.

11              AUDIENCE:  Governor, a question on

12  another topic.  Do you want me to wait?

13              GOVERNOR MURPHY:  You're kidding?

14  Any other -- I'll come back to you.  Any other gun

15  safety questions?  Anybody?  Please.

16              AUDIENCE:  Senate President Steve

17  Sweeney was with the Association of CPAs this

18  morning.  He was talking about a couple of different

19  things, including --

20              GOVERNOR MURPHY:  The Association of

21  CPAs?  Okay.

22              AUDIENCE:  CPAs.  And he was

23  discussing what was going on with the marijuana

24  legislation and why it hasn't gone through yet, and

25  one of the things he's talked about was the fact

1  that there is differing opinions about how much tax

2  should be charged for recreational marijuana.  He

3  said he wouldn't go higher than 12 percent.  I was

4  wondering, Governor, obviously, you have a lot of

5  input into this as it's moving forward.  What's your

6  feeling about this?  Is there any agreement on the

7  horizon?  What kind of -- should the towns get a cut

8  and piece of the action, in terms of the tax and

9  where are we right now?

10                 GOVERNOR MURPHY:  So, I -- I won't

11  get into the specifics of it because I would not

12  normally do that with a piece of legislation that's

13  evolving, and I've not married myself to a

14  particular tax rate.  The -- the key, I think, is

15  just as in sports betting, which by the way, is

16  booming and may it continue to do so, even when the

17  NFL is not in season -- you want to have a rate to

18  the consumer that allows you to eliminate, as best

19  you can, the black market.  And that's the key here.

20                 So I'm not sure I -- I -- I'm not sure

21  where the senate president gets that particular

22  number.  I don't begrudge him that, by the way, I

23  just have not married myself to a number.  I'm going

24  to defer to experts on this who have looked at how

25  -- how it's evolved in other states, in particular

1   where the -- as -- as I've said many times and I

2   don't use marijuana -- I'm sure as heck glad we're

3   not state number one.  I want to do it; I want to do

4   it for the social justice reasons, but I want to do

5   it right.

6                   AUDIENCE:  Could I just follow, sir?

7                   GOVERNOR MURPHY:  Real quick, yeah.

8                   AUDIENCE:  With -- with regard to the

9   black market, he expressed the same concerns you're

10  talking about.

11                  GOVERNOR MURPHY:  Yep.

12                  AUDIENCE:  That you don't want to

13  push people that way.  In your mind, is there any

14  kind of a figure where that would happen or --

15                  GOVERNOR MURPHY:  I -- I don't have

16  a --

17                  AUDIENCE:  -- (inaudible) make sure

18  that --

19                  GOVERNOR MURPHY:  -- don't have a

20  specific number for you, but I share the same

21  passion that you want to -- it -- it's best -- you

22  know, why are we doing this?  We're doing this

23  because we have the widest white/non-white gap of

24  persons incarcerated in America.  It's not the only

25  reason but a big reason is low-end drug crime.  So

1    let's start with that and we -- by the way we've got

2    to have -- and I think we all agree on this -- we've

3    got to have a lookback provision that mirrors what

4    -- what it is that we're ultimately going to

5    legalize.

6          Secondly, we want to take the business out

7    of the hands of the bad guys.  Thirdly, we want to

8    protect our kids.  We want to regulate it, and

9    lastly, if we can make a few bucks on it, I'm --

10   count me -- count me in for that.

11         David?

12         AUDIENCE:  Governor, the Special

13   Committee on Investigations held their first meeting

14   today.  There has been some concern expressed by

15   some in your administration and others -- concern

16   about this becoming an unwieldy process and the

17   committee looking into areas that are not

18   necessarily part of their initial charge.  Are you

19   concerned that this could turn into some fishing

20   expedition?

21         GOVERNOR MURPHY:  You know, I'm --

22   I'm -- I'm -- I'm in the same place I've been --

23   Gurbir and I were in the Blue Mass, I think, when

24   they met this morning, so I haven't -- I haven't

25   really taken any time to see what -- what the

1    proceedings looked like.  I respect the processes

2    that we've put in place.  One is with a former

3    member of the supreme court, former chief counsel,

4    former chief of staff who's doing an investigation,

5    figuring out how the heck this happened.

6            Secondly, inside of government process led

7    by Mampta Patel (phonetic) to look at.  You know, we

8    think we've got good laws and policies around EEO

9    and other matters, but, you know what, we can be

10   better.  We know and we must be better.  So, she's

11   leading a process on that respect and the attorney

12   general is leading the more holistic process.  At

13   the end of the day, the one that's probably going to

14   have the most impact on a going-forward basis,

15   particular for survivors, and that is how can New

16   Jersey be the best in class in our entire country if

17   something like this awful happens to somebody.

18           So I respect those processes.  I have no

19   reason not to respect the legislative process.  I

20   think the -- the guidelines the -- this sort of the

21   benchmarks for all of us to keep in mind are:  One,

22   is we stand with survivors.  Two, we can't let

23   politics get into this at all.  This has got to be

24   calling balls and strikes.  And thirdly, it's got to

25   be a whole of government.  We got to -- all of us,

1  as I said a couple weeks ago -- we're looking in the

2  mirror and it, at times, that can be very

3  uncomfortable.  And I just want to make sure that

4  we're all going to look in the mirror together.

5           Please.  Maybe one more.

6           AUDIENCE:  Yes.  And in regards to

7  last night's shooting, how will, you know, how will

8  (inaudible) be address PTSD, you know, mental

9  illness or (inaudible)?

10          GOVERNOR MURPHY:  Yeah, I'm not --

11  I'm not familiar with the details and as to whether

12  or not that was a causal factor but I will say this:

13  One of the things that I'm proud we've done -- away

14  from -- so let -- let me just stipulate.  We want to

15  be the number one state in the nation as it relates

16  to commonsense gun safety laws.  And we think

17  there's no reason we -- we can't be that and still

18  respect the Second Amendment.  So I find those

19  arguments to be completely unpersuasive and

20  obviously, we're going to sign, in a minute, another

21  piece toward that end.

22          I'm very proud that we, very early on in

23  our administration, opened up the medical marijuana

24  regime.  And I hope through legislation we could

25  continue to open it up.  And you're already seeing

1  thousands of more people qualified, the stigma

2  associated with physicians reducing, and PTSD is one

3  of the -- one of the list of maladies that is on

4  there and that's a big deal.  We -- as soon as I --

5  almost as soon as we had signed that executive

6  order, a guy walked up to me in a diner in East

7  Newark and said, "You've just changed my life."  So

8  I think it's -- a lot of the things that New Jersey

9  does well but we all need to, again, continue to

10 look in the mirror and ask ourselves, "How can we

11 even be better?" particularly with our veterans.

12         You know, we just continue to, as a

13 country, and I -- I think we do a good job, but we

14 must do a much better job in our state with veterans

15 as it relates to mental health, healthcare

16 generally, jobs, housing and homelessness.  Again,

17 relative to other states, I'm proud of where we are

18 but we're not where we need to be.

19         I think with that, we're going to turn to

20 the table, invite our distinguished guests in the

21 front row to come on up and join us, and let's sign

22 this.  Thank you-all.

23         Give you the money shot here.  I've got my

24 glasses.

25         Okay.

1          Pen number one is the one and only, John

2     Resik.  Come on, man.

3          Attorney General Gurbir Grewal.  Thanks,

4     man.  Bless you.

5          Senator Joe Cryan.  God bless you, Joe.

6     (Inaudible.)

7          The Senator Shirley Turner from the house.

8          Assemblywoman Verlina Reynolds-Jackson.

9     Verlina, where are you?

10          Assemblyman Anthony Verelli.  (Inaudible.)

11          And last but not least, County Executive

12     (inaudible) Brian Hughes.

13               MR. HUGHES:  Anything you want to

14     call me, Joe.

15               GOVERNOR MURPHY:  Love you, buddy.

16     Congratulations.

17          This is now effective -- by the way, this

18     law is effective immediately.  It's the law of the

19     land.  Only I'm a man who (inaudible).  Thank you

20     all, so much, for coming up.

21               (End of Proceedings.)

22

23

24

25

CERTIFICATION

TO THE AUDIO TRANSCRIPTION OF

RECORDED AUDIO OF

GOVERNOR SIGNS GHOST BILL

I, DONNETTE COWGILL, do hereby certify that I have listened to and transcribed the above-referenced audio to the best of my ability.

I FURTHER CERTIFY that the foregoing pages comprise a true and correct computer transcription by me of said audio.

Subscribed and sworn to by me on this the 8th day of November, 2018.

_____

Donnette Cowgill

Lexitas – Firm Registration No. 95

13101 Northwest Freeway, Suite 210

Houston, TX 77040

(281) 469-5580