# WILLIAMS MULLEN

Jahna M. Hartwig
Direct Dial: 202.293-8145
jhartwig@williamsmullen.com

June 21, 2013

Ms. Sarah Heidema
U.S. Department of State
Directorate of Defense Trade Controls
PM/DDTC, SA-1, Room 1200
2401 E Street, NW
Washington, DC 20037

Subject:    Commodity Jurisdiction Requests for Data Files Posted by Defense Distributed

Enclosures:    (1) Printouts of Drawings from Files Posted at DEFCAD.org
               (2) Wikipedia Page for 125mm BK-14M HEAT
               (3) Thingiverse Page for Sound Moderator
               (4) Thingiverse Page for VZ-58 Front Sight
               (5) Examples of Solvent Trap Adapters
               (6) Examples of CAD Files for .22 Pistols
               (7) Examples of CAD Files for Muzzle Brakes
               (8) Examples of CAD Files for Slide Assemblies
               (9) Examples of CAD Files for Voltlock System

Dear Ms. Heidema:

Defense Distributed has been requested by DTCC/END to submit requests for commodity jurisdiction determinations in connection with Case No. 13-0001444 for ten sets of data files posted to DEFCAD.org. As demonstrated below, the files are primarily Computer Aided Design (CAD) data files and should be considered public domain information that is excluded from the ITAR pursuant to Section 120.11. Defense Distributed therefore respectfully requests a determination that these files are not subject to the ITAR.

## COMMODITY DESCRIPTIONS

Each of these Commodity Jurisdiction requests relates to data files, almost all of which are essentially blueprints that can be read by CAD software. A description of each file or set of files is set out below. The files are in one of the following formats:

> • STL (STereoLithography or Standard Tessellation Language) is a file format native to the stereolithography CAD software and can be used with some 3D printers. "Stereolithography" is a means of creating physical 3D models of objects using resin or carefully cut and joined pieces of paper. STL files describe only

the surface geometry of a three dimensional object without any representation of color, texture or other common CAD model attributes.

- The IGS (Initial Graphics Exchange Specification) file format is the standard format for transferring three-dimensional models between CAD programs. IGS files can store wireframe models, surface or solid object representations, circuit diagrams, and other objects.
- SLDPRT is the proprietary image file format associated with the SolidWorks brand CAD software. SLDPRT files contain three-dimensional images of one specific part of a product.
- SKP is the CAD drawing format for Google Sketchup, which is a quick, entry-level 3D drawing program.

There are also a small number of Word (.DOC), text (.TXT) or image (.JPG or .BMP) files. A printout of each file is attached to the relevant DS-4076.

As explained further below, each of these files either was previously placed in the public domain or contains only public domain information.

## 1. Liberator Pistol Data Files

The files for the Liberator Pistol include sixteen STL files for the various parts and components of the pistol, two "read me" text files that explain how to lawfully assemble the pistol, a diagram of a pistol, and a permissive software license. If printed on a 3D printer, the parts could be assembled into a single shot .380 caliber firearm.

## 2. .22 Electric Data Files

The files for the .22 Electric are two stereolithography (STL) CAD files for models of a barrel and grip for a .22 caliber pistol. If printed, the barrel would be a plastic cylinder with a .22 mm bore and the grip would be a plastic piece with two 5mm diameter holes. If those pieces were printed in plastic and used with an electronic system and firing mechanism, the barrel would be expected to fail upon firing.

## 3. 125 mm BK-14M High Explosive Anti-Tank Warhead Model Data File

The file is a STL CAD file for a model of a BK-14M high explosive anti-tank warhead without fins. The model, if printed on a 3D printer, would be a solid piece of plastic in the shape of the warhead, but would not be capable of functioning as a warhead.

## 4. 5.56/.223 Muzzle Brake Data Files

The data files are three different CAD file formats (.IGS. .SLDPRT, and .STL) for a model of a 5.56/.223 muzzle brake. If printed on a 3D printer, the model would be a plastic piece in the shape of the muzzle brake, but would be expected to fail if used with a weapon.

## 5. Springfield XD-40 Tactical Slide Assembly Data Files

The files are nineteen Computer Aided Design (CAD) data files in the SolidWorks .SLDPRT file format for models of components of a pistol slide for the Springfield XD-40. The

components, if printed on a 3D printer, would be plastic pieces in the shape of the components of the slide assembly, but would be expected to fail if used with a weapon.

### 6. Sound Moderator – Slip On File

The file is a stereolithography CAD file for a model of a slip-on sound moderator for an air gun. The model, if printed on a 3D printer, would work with an air gun, but would likely melt if used with a firearm.

### 7. "The Dirty Diane" ½-28 to ¾-16 STP S3600 Oil Filter Silencer Adapter Files

The file is a CAD data file in the SolidWorks .SLDPRT file format for a model of an oil filter silencer adapter that is typically produced in stainless steel. If printed on a 3D printer, this item could be used as a solvent trap adapter, which is used to catch solvents that are used in the process of cleaning a gun. While a metal solvent trap adapter could be used as a silencer, a plastic adapter would likely melt if used with a weapon as a silencer.

### 8. 12 Gauge to .22 CB Sub-Caliber Insert Files

The files are a SKP CAD file for a model of a sub-caliber insert, two renderings of the sub-caliber insert, and a "read me" text file providing information about the National Firearms Act and the Undetectable Firearms Act. This item, if printed on a 3D printer, would be a plastic cylinder with a .22 bore, and would be expected to fail if used with a weapon.

### 9. Voltlock Electronic Black Powder System Files

The files are twelve CAD files for models of cylinders of various bores with a touch hole. Eleven of the files are in the STL file format and one is in the IGS format. If those pieces were printed on a 3D printer and used with an electronic ignition, the barrel would be expected to fail.

### 10. VZ-58 Front Sight Files

The files are a SolidWorks CAD file in the .SLDPRT file format and a rendering of a model of a sight for a VZ-58 rifle. If printed on a 3D printer and used with a weapon, the sight would be expected to fail.

## DATA ORIGIN

With the exception of item 1 (Liberator Pistol Data Files), each of these files was provided to Defense Distributed by the creator of the files identified in the DS4076. In addition, as explained below, many of these files were originally posted to www.thingiverse.com or other internet sites, and were freely available to any person with access to the internet.

The Liberator Pistol CAD files were developed by Defense Distributed. The Liberator pistol was designed as a combination of already extant and working files and concepts. The pistol frame, trigger housing, and grip specifications were all taken directly from an AR-15 lower receiver file that is in the public domain. The spring file is taken from a toy car file available on Thingiverse. The hammer relies on striking a common roofing nail, and the barrel is a cylinder bored for .380. The gun functions because of the properties of the .380 cartridge – the brass

casing itself is relied on to act as a breech. The printed and assembled gun is a simple improvised weapon, not as complex as many of the improvised weapons of the 20th century, those available in Army manuals, etc. All of the technologies used to create the Liberator data files are widely available in the public domain.

## IDENTICAL & SIMILAR FILES

The Liberator Pistol data files are for an improvised firearm that is similar to and based on numerous items that are available on the internet as well as in various books. The Library of Congress online catalog lists numerous books on gunsmithing, including

- Clyde Baker, Modern gunsmithing; a manual of firearms design, construction, and remodeling for amateurs & professionals (1959)
- John E. Traister, Clyde Baker's Modern gunsmithing : a revision of the classic (1981)
- Frank de Haas, Mr. Single Shot's gunsmithing idea book (1983)
- Roy F. Dunlop, Gunsmithing (1996),
- Franklin Fry, Gunsmithing fundamentals : a guide for professional results (1988),
- James Virgil Howe, The modern gunsmith : a guide for the amateur and professional gunsmith in the design and construction of firearms, with practical suggestions for all who like guns (1982),
- Gérard Métral, A do-it-yourself submachine gun: it's homemade, 9mm, lightweight, durable, and it'll never be on any import ban lists! (1995),
- Jack Mitchell, The Gun digest book of pistolsmithing (1980),
- J. Parrish Stelle, The gunsmith's manual; a complete handbook for the American gunsmith (1883), and
- Patrick Sweeney, Gunsmithing: pistols & revolvers (2009),

among many others. Examples of online sources include:

- http://www.weaponscombat.com/zip-pipe-and-pen-guns
- http://www.infinitearms.com/images2/v/manuals/Misc+Gun+Plans
- http://thehomegunsmith.com
- http://www.scribd.com/doc/24445441/Pen-Gun-Mk1-Blueprint
- https://www.google.com/search?q=zip+gun+blueprints&rlz=1C1SKPM_enUS43 6US489&source=lnms&tbm=isch&sa=X&ei=9t- oUZybJILm8wSx0YHoBg&ved=0CAoQ_AUoAQ&biw=1600&bih=837
- http://ebookbrowse.com/gu/guns-homemade

Although DD converted this information into CAD file format, DD does not believe that it created any new technical data for the production of the gun.

A drawing of the 125 BK-14M HEAT (Item 3), including measurements, is currently available on Wikipedia at http://en.wikipedia.org/wiki/File:125mm_BK-14m_HEAT.JPG.

The Sound Moderator CAD file (Item 6) was published on Thingiverse on March 3, 2011 and is still available on that site at http://www.thingiverse.com/thing:6808. The VZ-58 Front Sight (Item 10) was also published to Grabcad on December 14, 2012 and is still available on that site at http://grabcad.com/library/front-sight-for-vz-dot-58-rifle.

The Oil Filter Silencer Adapter is identical to Solvent Trap Adapters, which are produced by numerous manufacturers and available as commercial products on many websites, including amazon.com. (see http://www.amazon.com/s/ref=nb_sb_noss_1?url=search-alias%3Dautomotive&field-keywords=solvent+trap+adapter&rh=n%3A15684181%2Ck%3Asolvent+trap+adapter.) These items appear to be commercial products that would be subject to the EAR. As such, any related technologies or technical data would also be subject to the EAR.

Examples of CAD files similar to the .22 Electric Pistol (Item 2), Muzzle Brake (Item 4), Slide Assembly (Item 5), and Voltlock Electronic Black Powder System (Item 9) that are currently available on the internet are attached to the relevant DS4076.

As demonstrated above, all of the technical information included in the data files posted to DEFCAD.org was previously available in the public domain. As such, this information is excluded from the definition of "technical data" by 22 C.F.R. § 120.10(a)(5). For these reasons, Defense Distributed respectfully requests that the Department determine that the subject data files posted to DEFCAD.org are not subject to the ITAR.

This submission contains Defense Distributed confidential business information. We respectfully request that the submission be kept confidential. If you need additional information regarding this submission, please contact me at 202-293-8145 or jhartwig@williamsmullen.com.

Sincerely,

Jahna M. Hartwig

Electronic Form Version Number: 1.2
For DDTC Use Only
CJ Number:

OMB APPROVAL NO. 1405-0163
EXPIRATION DATE: 01/31/2013
*ESTIMATED BURDEN: 10 Hours

U.S. Department of State

# DS-4076 Commodity Jurisdiction (CJ) Determination Form

*PAPERWORK REDUCTION ACT STATEMENT: Public reporting burden for this collection of information is estimated to average 10 hours per response, including time required for searching existing data sources, gathering the necessary data, providing the information required, and reviewing the final collection. Send comments on the accuracy of this estimate of the burden and recommendations for reducing it to: Department of State (A/GIS/DIR) Washington, D.C. 20520.*

## A. Applicant Information

**1. Applicant's Information: (Select all that apply)**

Applicant is: ☐ Government  ☐ Manufacturer  ☐ Exporter  ☐ Manufacturer's Representative  ☒ Other

Applicant Name: (Company, Organization) Defense Distributed

Address: 711 W. 32nd Street, Apt. 115

| City: Austin | State: TX | Zip Code: 78705 |
|---|---|---|

Phone #: 501-743-9680       PM/DDTC Registrant Code: _____       (If applicable)

[Add Item]

[Remove Item]

Name: (Point of Contact) Cody R. Wilson

Phone #: 501-743-9680       Fax #: _____       Email: crw@defdist.org

**2. Submitter Information if other than Applicant in Block 1: (Complete if applicable)**

Submitter Name: (Company, Organization) Williams Mullen PC

Address: 1666 K St., NW, Suite 1200

| City: Washington | State: DC | Zip Code: 20006 |
|---|---|---|

Phone #: 202-293-8145       PM/DDTC Registrant Code: _____       (If applicable)

[Add Item]

[Remove Item]

Name: (Point of Contact) Jahna M. Hartwig

Phone #: 202-293-8145       Fax #: _____       Email: jhartwig@williamsmullen.com

☒ **Attachment:** Authorization from Applicant to Submitter authorizing submitter to file on its behalf and to release information in Block 5.

## B. Transaction Description and Compliance Information

**3. Transaction Description:** (Note: No request involving Classified information will be considered.)
This Application Represents:

a. ☒ New Request

b. ☐ Resubmission       Prior CJ Case Number: _____

   ☐ Returned Without Action (RWA)

   ☐ Reconsideration (Include Prior CJ Determination Case Number)

   Summarize Reason for Resubmission (limited to 1200 characters)

Related to Compliance Matter (limited to 1200 characters)       ☒ Yes  ☐ No

If yes, provide disclosure and/or case number (if available) and details to include U.S. Government Point of Contact. If status changes advise DDTC.
DTCC Case 13-0001444. This CJ is submitted at the request of DTCC/END in its letter to Defense Distributed dated May 8, 2013. The DTCC/END Compliance Specialist is assigned to this matter is Ms. Bridget Van Buren.

## C. Commodity Description

**4. Select Commodity Type:** (Select all that apply) (22 C.F.R. 120.9, 120.10 and 121.8)

| ☐ End Item | ☐ Component/Major | ☐ Component/Minor | ☐ Part | ☐ Accessory/Attachment |
|---|---|---|---|---|
| ☐ Software | ☐ Firmware | ☐ Services | ☐ System | ☒ Information or Technical Data |

**5. Commodity/Service Information:** (Note: Complete all that apply and if not applicable, enter "N/A".)

| a. Product Name: | Liberator Pistol Data Files |
|---|---|
| b. Model/Version Number: | N/A |
| c. Part Number: | N/A |
| d. National Stock Number: | N/A |
| e. Other Identifier: (If applicable) | N/A |
| f. Manufacturer: | Defense Distributed |
| g. Service: | N/A |
| h. Generic Description: | Data files for single shot .380 caliber firearm |

| i. | Manufacturer's Website: | www.defdist.org |
| --- | --- | --- |

| j. | Commodity/Service Website: http://defcad.com/liberator/ |
| --- | --- |

Note: Only one commodity may be entered; variants require separate submission. However, variants of a commodity or a family of commodities closely related, that is, major characteristics and descriptive information of the commodity are essentially the same and would be included in the same U.S. Munitions List category and subcategory may be considered.

## 6. Additional Commodity Information/Documentation:
(Brochures, Technical Information, Drawings, Schematics, Blue Prints, Course Syllabus/Handouts, Training Materials.) Attach product datasheet or other technical information such as drawings, schematics, etc., so that an informed technical evaluation is possible.) Note: cost in U.S. Dollars. If unit is not listed in drop down list, e.g. service or training, enter the commodity.

a. Cost Per Unit:      $0.00          Copies

b. Documentation Attached: ☒

c. Patent Information:     n/a

## 7. Commodity/Service Description: *(limited to 1200 characters)*
Brief summary of commodity or service (e.g. component used in aircraft communication system). Describe the product's use (what it does, how it operates, the components/system in which it is used and all current uses). Specify if commodity/service is controlled or restricted for public release by U.S. Government.

The files for the Liberator Pistol include sixteen STL files for the various parts and components of the pistol, two "read me" text files that explain how to lawfully assemble the pistol, a diagram of a pistol, and a permissive software license. If printed on a 3D printer, the parts could be assembled into a single shot .380 caliber firearm.

## 8. Identify any special and/or unique characteristics/capabilities: (Mark all boxes that apply and provide explanation/description)

a. ☐ Designed to military or intelligence standards or specifications.

b. ☐ Designed for military application.

c. ☐ Special characteristics (e.g. radiation-hardening, ballistic protection, hard points, TEMPEST capability, thermal or infrared signature reduction capability, surveillance or intelligence gathering capability).

d. ☐ Commercial item modified for military application, provide nomenclature and model number to differentiate from commercial item.

e. ☐ Commercial item modified for military application, state specific distinct difference between original commercial item and modified item.

f. ☐ Services (provide comparable information as that which provided above and by marking this box, indicate it is for services versus hardware).

Explanation/Description (If the product is included in a higher assembly or end item, identify each higher assembly or end item that incorporates the product and its use. Identify all military applications and military capabilities of the product, and any equivalent products used for military application.) Summarize technical details of special characteristics (e.g. if image intensification tubes, provide level of technology, such as Gen II, Gen III, etc.). *(limited to 600 characters)*

N/A

# D. Product Origin

## 9. Military/Commercial Modification of Commodity:

a. Was this commodity originally specifically designed or developed for a military use?

   ☐ Yes    ☒ No

b. Was this commodity originally civil and subsequently adapted, configured or modified for a military use?

   ☐ Yes    ☒ No

c. Was this commodity originally military and subsequently adapted, reconfigured or modified for a commercial use?

   ☐ Yes    ☒ No

d. Specifically define the modifications/changes and capabilities added to the commodity. List any differences in form, fit and/or function between the modified and unmodified versions: *(limited to 600 characters)*

N/A

☐ Supporting Documentation Attached

## 10. Status of Product Development: (Mark the status of the product and provide an explanation/description)

a. ☒ In Development

b. ☐ In Use

Explanation/Description *(limited to 4000 characters)*

These files have been used to produce the parts for the Liberator and the Liberator has been assembled and tested.

☐ Supporting Documentation Attached

## 11. Funding History: (Check all that apply)
Include funding source contract or subcontract number and supporting documentation.

a. ☐ USG Agency

b. ☐ Foreign Government Agency

c. ☐ U.S. or Foreign Contractor

d. ☒ Self Funded

e. ☐ University Funded

Explanation/Description *(limited to 600 characters)*

Defense Distributed received no funding from any outside source for the creation of the file.

☐ Supporting Documentation Attached

**12. U.S. and/or Foreign Availability of Identical Products:** (Enter Foreign Export Controls, if known)

☐ None                                                                                    Add Item

Remove Item

Manufacturer: John Simms

Commodity:   online library of downloadable, printable books, blueprints, manuals and more concerning firearms, weaponry and combat topics

Model #:      N/A                                                      In Use/In Development: In Use

Foreign Exports Control:

Manufacturer's Website: http://www.weaponscombat.com/zip-pipe-and-pen-guns

Remove Item

Manufacturer: Roderus Productions, LLC

Commodity:   How-To information for the home/hobby gunsmith and enthusiast.

Model #:      N/A                                                      In Use/In Development: In Use

Foreign Exports Control:

Manufacturer's Website: http://www.homegunsmith.com/

Remove Item

Manufacturer: E. Martillo

Commodity:   Pen Gun MK1 Blueprint

Model #:      NA                                                       In Use/In Development: In Use

Foreign Exports Control:

Manufacturer's Website: http://www.scribd.com/doc/24445441/Pen-Gun-Mk1-Blueprint

Remove Item

Manufacturer: Gun Doctor

Commodity:   1911 Frame blueprint

Model #:      N/A                                                      In Use/In Development: In Use

Foreign Exports Control:

Manufacturer's Website: http://www.weaponeer.net/forum/forum_posts.asp?TID=6933

Remove Item

Manufacturer: Infinite Arms, Inc.

Commodity:   Silenced .22 Pistol Blueprint

Model #:      N/A                                                      In Use/In Development: In Use

Foreign Exports Control:

Manufacturer's Website: http://www.infinitearms.com/images2/v/manuals/Misc+Gun+Plans

Explanation/Description *(limited to 600 characters)*

These are examples of public domain gun blueprints and information regarding home gunsmithing. Additional information is vailable in the attached letter.

☒ Supporting Documentation Attached

## E. Sales Information

**13. Sales Information:** (Select One) (See Block 13 Template)
Military and commercial sales data must be provided, as well as listing of the military and commercial customers. The information pertains specifically to the commodity/ service in Block 8. Complete the attachment, if applicable. (Note: Submit one single file up to 35MB with sales information. Do not separate the sales information into multiple smaller files.)

☐ Sales Information Attachment (Template "Block 13 Sales Information")Attached

☒ No Sales

## F. Miscellaneous Information

**14. Has this Commodity been:** *(limited to 100 characters)*

a. Has this Commodity been Previously Exported                    ☒ Yes    ☐ No    ☐ Unknown

    If yes, cite U.S. Government licensing jurisdiction and provide license number, if applicable.

Posted to the internet as public domain information.

b. Has this Commodity been the subject of a Prior CJ?             ☐ Yes    ☐ No    ☒ Unknown

    If yes, Cite CJ Number.
    (Applicant should list any prior CJ even if not submitted by them, e.g., submitted by Original Equipment Manufacturer (OEM), by the U.S. Government or by a third party.)

c. Has this Commodity been subject to a Department of Commerce Classification Request? ☐ Yes ☐ No ☒ Unknown

If yes, cite U.S. Government licensing jurisdiction and if under Department of Commerce, attach a copy with Export Control Classification Number (ECCN).

d. Has this Commodity been Exported under a Foreign Military Sale (FMS) case? ☐ Yes ☐ No ☒ Unknown

If yes, cite Foreign Military Sale (FMS) case number.

---

**15. Description of the commodity and final DDTC action will be posted on the DDTC website for public access based on the information provided in Block 5 and any other descriptive information provided below. If you believe that any information contained in Block 5 is proprietary, please specifically identify the information below and provide summarized rationale for DDTC to consider withholding the information from public notice:** *(Limited to 600 characters. Additional justification may be provided as an attachment.)*

N/A

---

**16. Reason for Submitting CJ:** *(limited to 600 characters)*

Per request of DTCC/END, Case No. 13-0001444.

---

**17. Suggested U.S. Munitions List or Commerce Control List Number:**

a. U.S. Munitions List (22 C.F.R. 121) Category/Sub Category

N/A

b. Export Administration Regulations (15 C.F.R. 730-774), Export Control Classification Number

N/A

---

**18. Other Miscellaneous Information to be Considered that is not Otherwise Included in this Form:** (e.g. U.S. Government Agency and point of contact information.) *(limited to 300 characters)*

☒ Supporting Documentation Attached

## G. Applicant/Submitter's Certification

**19. Applicant/Submitter's Certification:** Note: ONLY this one page must be printed, signed, and scanned as an attachment.

Under Penalty According to Federal Law (See 22 CFR 127, 22 U.S.C. 2778, and 22 U.S.C. 1001).

I am the authorized employee of the company cited in Block 1, or a third party as described in Block 2 authorized to submit on behalf of the company in Block 4, and certify as to the accuracy and completeness of the information provided and have not knowingly omitted information that could have an impact on the final determination issued by the U.S. Department of State. Furthermore, I have specific authority to release for publication the text contained in Block S.

| | | |
|---|---|---|
| _(signature)_ | Jahna M. Hartwig | 06/21/2013 |
| Signature | Printed Name | Date |

☒ By checking this box, Applicant authorizes DDTC to email the Commodity Jurisdiction determination as well as any other information associated with this case. The Commodity Jurisdiction determination will be mailed to the address below if box is not checked.

| | | | |
|---|---|---|---|
| Name: | Jahna M. Hartwig | | |
| Title: | Partner | | |
| Company: | Williams Mullen PC | | |
| Address: | 1666 K St., NW, Suite 1200 | | |
| City: | Washington | State: DC | Zip Code: 20006 |
| Phone #: | 202-293-8145 | Email: jhartwig@williamsmullen.com | |

Electronic Form Version Number: 1.2
For DDTC Use Only
CJ Number: _____

OMB APPROVAL NO. 1405-0163
EXPIRATION DATE: 01/31/2013
*ESTIMATED BURDEN: 10 Hours

U.S. Department of State

# DS-4076 Commodity Jurisdiction (CJ) Determination Form

*PAPERWORK REDUCTION ACT STATEMENT: Public reporting burden for this collection of information is estimated to average 10 hours per response, including time required for searching existing data sources, gathering the necessary data, providing the information required, and reviewing the final collection. Send comments on the accuracy of this estimate of the burden and recommendations for reducing it to: Department of State (A/GIS/DIR) Washington, D.C. 20520.*

## A. Applicant Information

### 1. Applicant's Information: (Select all that apply)

Applicant is: ☐ Government ☐ Manufacturer ☐ Exporter ☐ Manufacturer's Representative ☒ Other

Applicant Name: (Company, Organization) Defense Distributed

Address: 711 W. 32nd Street, Apt. 115

| City: | Austin | State: TX | Zip Code: 78705 |
|---|---|---|---|

Phone #: 501-743-9680    PM/DDTC Registrant Code: _____ (If applicable)

☐ Add Item

☐ Remove Item

Name: (Point of Contact) Cody R. Wilson

Phone #: 501-743-9680    Fax #: _____    Email: crw@defdist.org

### 2. Submitter Information if other than Applicant in Block 1: (Complete if applicable)

Submitter Name: (Company, Organization) Williams Mullen PC

Address: 1666 K St., NW, Suite 1200

| City: | Washington | State: DC | Zip Code: 20006 |
|---|---|---|---|

Phone #: 202-293-8145    PM/DDTC Registrant Code: _____ (If applicable)

☐ Add Item

☐ Remove Item

Name: (Point of Contact) Jahna M. Hartwig

Phone #: 202-293-8145    Fax #: _____    Email: jhartwig@williamsmullen.com

☒ Attachment: Authorization from Applicant to Submitter authorizing submitter to file on its behalf and to release information in Block 5.

## B. Transaction Description and Compliance Information

### 3. Transaction Description: (Note: No request involving Classified information will be considered.)

This Application Represents:

a. ☒ New Request

b. ☐ Resubmission    Prior CJ Case Number: _____

☐ Returned Without Action (RWA)

☐ Reconsideration (Include Prior CJ Determination Case Number)

Summarize Reason for Resubmission (limited to 1200 characters)

_____

Related to Compliance Matter (limited to 1200 characters)    ☒ Yes ☐ No

If yes, provide disclosure and/or case number (if available) and details to include U.S. Government Point of Contact. If status changes advise DDTC. DTCC Case 13-0001444. This CJ is submitted at the request of DTCC/END in its letter to Defense Distributed dated May 8, 2013. The DTCC/END Compliance Specialist is assigned to this matter is Ms. Bridget Van Buren.

## C. Commodity Description

### 4. Select Commodity Type: (Select all that apply) (22 C.F.R. 120.9, 120.10 and 121.8)

| ☐ End Item | ☐ Component/Major | ☐ Component/Minor | ☐ Part | ☐ Accessory/Attachment |
|---|---|---|---|---|
| ☐ Software | ☐ Firmware | ☐ Services | ☐ System | ☒ Information or Technical Data |

### 5. Commodity/Service Information: (Note: Complete all that apply and if not applicable, enter "N/A".)

| a. Product Name: | .22 Electric Data Files |
|---|---|
| b. Model/Version Number: | N/A |
| c. Part Number: | N/A |
| d. National Stock Number: | N/A |
| e. Other Identifier: (If applicable) | N/A |
| f. Manufacturer: | Proteus |
| g. Service: | N/A |
| h. Generic Description: | STL data files for plastic model of barrel and grip pieces for .22 electric firearm |

i. Manufacturer's Website: www.defdist.org

j. Commodity/Service Website: http://defcad.com/capacitor-22-firearm/

Note: Only one commodity may be entered; variants require separate submission. However, variants of a commodity or a family of commodities closely related, that is, major characteristics and descriptive information of the commodity are essentially the same and would be included in the same U.S. Munitions List category and subcategory may be considered.

## 6. Additional Commodity Information/Documentation:
(Brochures, Technical Information, Drawings, Schematics, Blue Prints, Course Syllabus/Handouts, Training Materials.) Attach product datasheet or other technical information such that an informed technical evaluation is possible.) Note: cost in U.S. Dollars. If unit is not listed in drop down list, e.g. service or training, enter the commodity.

a. Cost Per Unit:    $0.00                    Copies

b. Documentation Attached: ☒

c. Patent Information:    n/a

## 7. Commodity/Service Description: *(limited to 1200 characters)*
Brief summary of commodity or service (e.g. component used in aircraft communication system). Describe the product's use (what it does, how it operates, the components/system in which it is used and all current uses). Specify if commodity/service is controlled or restricted for public release by U.S. Government.

The files are two stereolithography CAD files that are models of a barrel and grip for a .22 caliber pistol. If printed, the barrel would be a plastic cylinder with a .22 mm bore and the grip would be a plastic piece with two 5mm diameter holes. If those pieces were printed in plastic and used with an electronic system and firing mechanism, the barrel would be expected to fail upon firing.

## 8. Identify any special and/or unique characteristics/capabilities: (Mark all boxes that apply and provide explanation/description)

a. ☐ Designed to military or intelligence standards or specifications.

b. ☐ Designed for military application.

c. ☐ Special characteristics (e.g. radiation-hardening, ballistic protection, hard points, TEMPEST capability, thermal or infrared signature reduction capability, surveillance or intelligence gathering capability).

d. ☐ Commercial item modified for military application, provide nomenclature and model number to differentiate from commercial item.

e. ☐ Commercial item modified for military application, state specific distinct difference between original commercial item and modified item.

f. ☐ Services (provide comparable information as that which provided above and by marking this box, indicate it is for services versus hardware).

Explanation/Description (If the product is included in a higher assembly or end item, identify each higher assembly or end item that incorporates the product and its use. Identify all military applications and military capabilities of the product, and any equivalent products used for military application.) Summarize technical details of special characteristics (e.g. if image intensification tubes, provide level of technology, such as Gen II, Gen III, etc.). *(limited to 600 characters)*

N/A

# D. Product Origin

## 9. Military/Commercial Modification of Commodity:

a. Was this commodity originally specifically designed or developed for a military use?
☐ Yes    ☒ No

b. Was this commodity originally civil and subsequently adapted, configured or modified for a military use?
☐ Yes    ☒ No

c. Was this commodity originally military and subsequently adapted, reconfigured or modified for commercial use?
☐ Yes    ☒ No

d. Specifically define the modifications/changes and capabilities added to the commodity. List any differences in form, fit and/or function between the modified and unmodified versions: *(limited to 600 characters)*

N/A

☐ Supporting Documentation Attached

## 10. Status of Product Development: (Mark the status of the product and provide an explanation/description)

a. ☒ In Development

b. ☐ In Use

Explanation/Description  *(limited to 4000 characters)*

To the best of Defense Distributed's knowledge, this file is conceptual in nature and has not been used to produce the plastic models of the barrel or grip.

☐ Supporting Documentation Attached

## 11. Funding History: (Check all that apply)
Include funding source contract or subcontract number and supporting documentation.

a. ☐ USG Agency

b. ☐ Foreign Government Agency

c. ☐ U.S. or Foreign Contractor

d. ☒ Self Funded

e. ☐ University Funded

Explanation/Description  *(limited to 600 characters)*

To the best of Defense Distributed's knowledge, Proteus received no funding from any outside source for the creation of the file.

☐ Supporting Documentation Attached

**12. U.S. and/or Foreign Availability of Identical Products:** (Enter Foreign Export Controls, if known)

☐ None          Add Item

Remove Item

Manufacturer: Allan Howard

Commodity: Ruger kmkiii6 stainless steel .22 automatic pistol with 6" barrel CAD Files

Model #: N/A         In Use/In Development: In Use

Foreign Exports Control:

Manufacturer's Website: http://grabcad.com/library/ruger-kmkiii6-stainless-steel-22-automatic-pistol-with-6-barrel

Remove Item

Manufacturer: Tom Prex

Commodity: .22lr Pistol CAD Files

Model #: N/A         In Use/In Development: In Use

Foreign Exports Control:

Manufacturer's Website: http://grabcad.com/library/22lr-pistol

Remove Item

Manufacturer: Fred Works

Commodity: Browning Buck Mark Threaded Barrel

Model #: N/A         In Use/In Development: In Use

Foreign Exports Control:

Manufacturer's Website: http://grabcad.com/library/browning-buck-mark-threaded barrel

Explanation/Description *(limited to 600 characters)*

These CAD files are for models of a complete .22 pistol, including the barrel and grip, as well as other components.

☐ Supporting Documentation Attached

## E. Sales Information

**13. Sales Information:** (Select One) (See Block 13 Template)
Military and commercial sales data must be provided, as well as listing of the military and commercial customers. The information pertains specifically to the commodity/service in Block 8. Complete the attachment, if applicable. (Note: Submit one single file up to 35MB with sales information. Do not separate the sales information into multiple smaller files.)

☐ Sales Information Attachment (Template "Block 13 Sales Information")Attached

☒ No Sales

## F. Miscellaneous Information

**14. Has this Commodity been:** *(limited to 100 characters)*

a. Has this Commodity been Previously Exported      ☒ Yes    ☐ No    ☐ Unknown

     If yes, cite U.S. Government licensing jurisdiction and provide license number, if applicable.

Posted to the internet as public domain information.

b. Has this Commodity been the subject of a Prior CJ?      ☐ Yes    ☐ No    ☒ Unknown

     If yes, Cite CJ Number.
     (Applicant should list any prior CJ even if not submitted by them, e.g., submitted by Original Equipment Manufacturer (OEM), by the U.S. Government or by a third party.)

c. Has this Commodity been subject to a Department of Commerce Classification Request?    ☐ Yes    ☐ No    ☒ Unknown

     If yes, cite U.S. Government licensing jurisdiction and if under Department of Commerce, attach a copy with Export Control Classification Number (ECCN).

d. Has this Commodity been Exported under a Foreign Military Sale (FMS) case?      ☐ Yes    ☐ No    ☒ Unknown

     If yes, cite Foreign Military Sale (FMS) case number.

**15. Description of the commodity and final DDTC action will be posted on the DDTC website for public access based on the information provided in Block 5 and any other descriptive information provided below. If you believe that any information contained in Block 5 is proprietary, please specifically identify the information below and provide summarized rationale for DDTC to consider withholding the information from public notice:** *(Limited to 600 characters. Additional justification may be provided as an attachment.)*

N/A

**16. Reason for Submitting CJ:** *(limited to 600 characters)*

Per request of DTCC/END, Case No. 13-0001444.

**17. Suggested U.S. Munitions List or Commerce Control List Number:**

a. U.S. Munitions List (22 C.F.R. 121) Category/Sub Category

N/A

b. Export Administration Regulations (15 C.F.R. 730-774), Export Control Classification Number

N/A

**18. Other Miscellaneous Information to be Considered that is not Otherwise Included in this Form:** (e.g. U.S. Government Agency and point of contact information.)
*(limited to 300 characters)*

☒ Supporting Documentation Attached

## G. Applicant/Submitter's Certification

**19. Applicant/Submitter's Certification:** Note: ONLY this one page must be printed, signed, and scanned as an attachment.

Under Penalty According to Federal Law (See 22 CFR 127, 22 U.S.C. 2778, and 22 U.S.C. 1001).

I am the authorized employee of the company cited in Block 1, or a third party as described in Block 2 authorized to submit on behalf of the company in Block 4, and certify as to the accuracy and completeness of the information provided and have not knowingly omitted information that could have an impact on the final determination issued by the U.S. Department of State. Furthermore, I have specific authority to release for publication the text contained in Block S.

| | | |
|---|---|---|
| _(signature)_ | Jahna M. Hartwig | 06/21/2013 |
| Signature | Printed Name | Date |

☒ By checking this box, Applicant authorizes DDTC to email the Commodity Jurisdiction determination as well as any other information associated with this case. The Commodity Jurisdiction determination will be mailed to the address below if box is not checked.

| | | | |
|---|---|---|---|
| Name: | Jahna M. Hartwig | | |
| Title: | Partner | | |
| Company: | Williams Mullen PC | | |
| Address: | 1666 K St., NW, Suite 1200 | | |
| City: | Washington | State: DC | Zip Code: 20006 |
| Phone #: | 202-293-8145 | Email: jhartwig@williamsmullen.com | |

Electronic Form Version Number: 1.2
For DDTC Use Only
CJ Number:

OMB APPROVAL NO. 1405-0163
EXPIRATION DATE: 01/31/2013
*ESTIMATED BURDEN: 10 Hours

U.S. Department of State

# DS-4076 Commodity Jurisdiction (CJ) Determination Form

*PAPERWORK REDUCTION ACT STATEMENT: Public reporting burden for this collection of information is estimated to average 10 hours per response, including time required for searching existing data sources, gathering the necessary data, providing the information required, and reviewing the final collection. Send comments on the accuracy of this estimate of the burden and recommendations for reducing it to: Department of State (A/GIS/DIR) Washington, D.C. 20520.*

## A. Applicant Information

**1. Applicant's Information: (Select all that apply)**

Applicant is: ☐ Government ☐ Manufacturer ☐ Exporter ☐ Manufacturer's Representative ☒ Other

Applicant Name: (Company, Organization) Defense Distributed

Address: 711 W. 32nd Street, Apt. 115

| | | |
|---|---|---|
| City: Austin | State: TX | Zip Code: 78705 |
| Phone #: 501-743-9680 | PM/DDTC Registrant Code: | (If applicable) |

Add Item

Remove Item

Name: (Point of Contact) Cody R. Wilson

Phone #: 501-743-9680    Fax #:    Email: crw@defdist.org

**2. Submitter Information if other than Applicant in Block 1:** (Complete if applicable)

Submitter Name: (Company, Organization) Williams Mullen PC

Address: 1666 K St., NW, Suite 1200

| | | |
|---|---|---|
| City: Washington | State: DC | Zip Code: 20006 |
| Phone #: 202-293-8145 | PM/DDTC Registrant Code: | (If applicable) |

Add Item

Remove Item

Name: (Point of Contact) Jahna M. Hartwig

Phone #: 202-293-8145    Fax #:    Email: jhartwig@williamsmullen.com

☐ Attachment: Authorization from Applicant to Submitter authorizing submitter to file on its behalf and to release information in Block 5.

## B. Transaction Description and Compliance Information

**3. Transaction Description:** (Note: No request involving Classified information will be considered.)
This Application Represents:

a. ☒ New Request

b. ☐ Resubmission                     Prior CJ Case Number:

     ☐ Returned Without Action (RWA)

     ☐ Reconsideration (Include Prior CJ Determination Case Number)

     Summarize Reason for Resubmission *(limited to 1200 characters)*

Related to Compliance Matter *(limited to 1200 characters)*    ☒ Yes ☐ No

If yes, provide disclosure and/or case number (if available) and details to include U.S. Government Point of Contact. If status changes advise DDTC. DTCC Case 13-0001444. This CJ is submitted at the request of DTCC/END in its letter to Defense Distributed dated May 8, 2013. The DTCC/END Compliance Specialist is assigned to this matter is Ms. Bridget Van Buren.

## C. Commodity Description

**4. Select Commodity Type:** (Select all that apply) (22 C.F.R. 120.9, 120.10 and 121.8)

| | | | | |
|---|---|---|---|---|
| ☐ End Item | ☐ Component/Major | ☐ Component/Minor | ☐ Part | ☐ Accessory/Attachment |
| ☐ Software | ☐ Firmware | ☐ Services | ☐ System | ☒ Information or Technical Data |

**5. Commodity/Service Information:** (Note: Complete all that apply and if not applicable, enter "N/A".)

| | |
|---|---|
| a. Product Name: | 125 mm BK-14M high explosive anti-tank warhead model Data File |
| b. Model/Version Number: | N/A |
| c. Part Number: | N/A |
| d. National Stock Number: | N/A |
| e. Other Identifier: (If applicable) | N/A |
| f. Manufacturer: | Proteus |
| g. Service: | N/A |
| h. Generic Description: | STL data file for a plastic model of a 125mm BK-14M high explosive anti-tank warhead |

i. Manufacturer's Website:     www.defdist.org

j. Commodity/Service Website: http://defcad.com/125mm-heat/

Note: Only one commodity may be entered; variants require separate submission. However, variants of a commodity or a family of commodities closely related, that is, major characteristics and descriptive information of the commodity are essentially the same and would be included in the same U.S. Munitions List category and subcategory may be considered.

## 6. Additional Commodity Information/Documentation:
(Brochures, Technical Information, Drawings, Schematics, Blue Prints, Course Syllabus/Handouts, Training Materials.) Attach product datasheet or other technical information such that an informed technical evaluation is possible.) Note: cost in U.S. Dollars. If unit is not listed in drop down list, e.g. service or training, enter the commodity.

a. Cost Per Unit:        $0.00                          Copies

b. Documentation Attached: ☒

c. Patent Information:        n/a

## 7. Commodity/Service Description: *(limited to 1200 characters)*
Brief summary of commodity or service (e.g. component used in aircraft communication system). Describe the product's use (what it does, how it operates, the components/system in which it is used and all current uses). Specify if commodity/service is controlled or restricted for public release by U.S. Government.

The file is a STL CAD files for a model of a BK-14M high explosive anti-tank warhead without fins. The model, if printed on a 3D printer, would be a solid piece of plastic in the shape of the warhead, but would not be capable functioning as a warhead.

## 8. Identify any special and/or unique characteristics/capabilities: (Mark all boxes that apply and provide explanation/description)

a. ☐ Designed to military or intelligence standards or specifications.

b. ☐ Designed for military application.

c. ☐ Special characteristics (e.g. radiation-hardening, ballistic protection, hard points, TEMPEST capability, thermal or infrared signature reduction capability, surveillance or intelligence gathering capability).

d. ☐ Commercial item modified for military application, provide nomenclature and model number to differentiate from commercial item.

e. ☐ Commercial item modified for military application, state specific distinct difference between original commercial item and modified item.

f. ☐ Services (provide comparable information as that which provided above and by marking this box, indicate it is for services versus hardware).

Explanation/Description (If the product is included in a higher assembly or end item, identify each higher assembly or end item that incorporates the product and its use. Identify all military applications and military capabilities of the product, and any equivalent products used for military application.) Summarize technical details of special characteristics (e.g. if image intensification tubes, provide level of technology, such as Gen II, Gen III, etc.). *(limited to 600 characters)*

N/A

# D. Product Origin

## 9. Military/Commercial Modification of Commodity:

a. Was this commodity originally specifically designed or developed for a military use?

☐ Yes     ☒ No

b. Was this commodity originally civil and subsequently adapted, configured or modified for a military use?

☐ Yes     ☒ No

c. Was this commodity originally military and subsequently adapted, reconfigured or modified for commercial use?

☐ Yes     ☒ No

d. Specifically define the modifications/changes and capabilities added to the commodity. List any differences in form, fit and/or function between the modified and unmodified versions: *(limited to 600 characters)*

N/A

☐ Supporting Documentation Attached

## 10. Status of Product Development: (Mark the status of the product and provide an explanation/description)

a. ☒ In Development

b. ☐ In Use

Explanation/Description *(limited to 4000 characters)*

To the best of Defense Distributed's knowledge, this file is conceptual in nature and has not been used to produce the plastic model of the warhead.

☐ Supporting Documentation Attached

## 11. Funding History: (Check all that apply)
Include funding source contract or subcontract number and supporting documentation.

a. ☐ USG Agency

b. ☐ Foreign Government Agency

c. ☐ U.S. or Foreign Contractor

d. ☒ Self Funded

e. ☐ University Funded

Explanation/Description *(limited to 600 characters)*

To the best of Defense Distributed's knowledge, Proteus received no funding from any outside source for the creation of the file.

☐ Supporting Documentation Attached

**12. U.S. and/or Foreign Availability of Identical Products:** (Enter Foreign Export Controls, if known)

☐ None                                                                             Add Item

Remove Item

Manufacturer: Wikipedia

Commodity:    Data File for 125mm BK-14m HEAT Round

Model #:      N/A                                         In Use/In Development: In Use

Foreign Exports Control:

Manufacturer's Website: http://en.wikipedia.org/wiki/File:125mm_BK-14m_HEAT.JPG

Explanation/Description *(limited to 600 characters)*

This data file contains a drawing with the dimenions for the 125mm BK14M HEAT Round along with a picture of the round.

☒ Supporting Documentation Attached

## E. Sales Information

**13. Sales Information:** (Select One) (See Block 13 Template)
Military and commercial sales data must be provided, as well as listing of the military and commercial customers. The information pertains specifically to the commodity/ service in Block 8. Complete the attachment, if applicable. (Note: Submit one single file up to 35MB with sales information. Do not separate the sales information into multiple smaller files.)

☐ Sales Information Attachment (Template "Block 13 Sales Information") Attached

☒ No Sales

## F. Miscellaneous Information

**14. Has this Commodity been:** *(limited to 100 characters)*

a. Has this Commodity been Previously Exported                  ☒ Yes    ☐ No    ☐ Unknown
If yes, cite U.S. Government licensing jurisdiction and provide license number, if applicable.

Posted to the internet as public domain information.

b. Has this Commodity been the subject of a Prior CJ?            ☐ Yes    ☐ No    ☒ Unknown
If yes, Cite CJ Number.
(Applicant should list any prior CJ even if not submitted by them, e.g., submitted by Original Equipment Manufacturer (OEM), by the U.S. Government or by a third party.)

c. Has this Commodity been subject to a Department of Commerce Classification Request?    ☐ Yes    ☐ No    ☒ Unknown
If yes, cite U.S. Government licensing jurisdiction and if under Department of Commerce, attach a copy with Export Control Classification Number (ECCN).

d. Has this Commodity been Exported under a Foreign Military Sale (FMS) case?       ☐ Yes    ☐ No    ☒ Unknown
If yes, cite Foreign Military Sale (FMS) case number.

**15. Description of the commodity and final DDTC action will be posted on the DDTC website for public access based on the information provided in Block 5 and any other descriptive information provided below. If you believe that any information contained in Block 5 is proprietary, please specifically identify the information below and provide summarized rationale for DDTC to consider withholding the information from public notice:** *(Limited to 600 characters. Additional justification may be provided as an attachment.)*

N/A

**16. Reason for Submitting CJ:** *(limited to 600 characters)*

Per request of DTCC/END, Case No. 13-0001444.

**17. Suggested U.S. Munitions List or Commerce Control List Number:**

a. U.S. Munitions List (22 C.F.R. 121) Category/Sub Category

N/A

b. Export Administration Regulations (15 C.F.R. 730-774), Export Control Classification Number

N/A

**18. Other Miscellaneous Information to be Considered that is not Otherwise Included in this Form:** (e.g. U.S. Government Agency and point of contact information.) *(limited to 300 characters)*

☒ Supporting Documentation Attached

## G. Applicant/Submitter's Certification

**19. Applicant/Submitter's Certification:** Note: ONLY this one page must be printed, signed, and scanned as an attachment.

Under Penalty According to Federal Law (See 22 CFR 127, 22 U.S.C. 2778, and 22 U.S.C. 1001).

I am the authorized employee of the company cited in Block 1, or a third party as described in Block 2 authorized to submit on behalf of the company in Block 4, and certify as to the accuracy and completeness of the information provided and have not knowingly omitted information that could have an impact on the final determination issued by the U.S. Department of State. Furthermore, I have specific authority to release for publication the text contained in Block 5.

| | | |
|---|---|---|
| Signature | Jahna M. Hartwig<br>Printed Name | 06/21/2013<br>Date |

☒ By checking this box, Applicant authorizes DDTC to email the Commodity Jurisdiction determination as well as any other information associated with this case. **The Commodity Jurisdiction determination will be mailed to the address below if box is not checked.**

| | | | |
|---|---|---|---|
| Name: | Jahna M. Hartwig | | |
| Title: | Partner | | |
| Company: | Williams Mullen PC | | |
| Address: | 1666 K St., NW, Suite 1200 | | |
| City: | Washington | State: DC | Zip Code: 20006 |
| Phone #: | 202-293-8145 | Email: jhartwig@williamsmullen.com | |

OMB APPROVAL NO. 1405-0163
EXPIRATION DATE: 01/31/2015
*ESTIMATED BURDEN: 10 Hours

U.S. Department of State

# DS-4076 Commodity Jurisdiction (CJ) Determination Form

*PAPERWORK REDUCTION ACT STATEMENT: Public reporting burden for this collection of information is estimated to average 10 hours per response, including time required for searching existing data sources, gathering the necessary data, providing the information required, and reviewing the final collection. Send comments on the accuracy of this estimate of the burden and recommendations for reducing it to: Department of State (A/GIS/DIR) Washington, D.C. 20520.

## A. Applicant Information

**1. Applicant's Information: (Select all that apply)**

Applicant is: ☐ Government ☐ Manufacturer ☐ Exporter ☐ Manufacturer's Representative ☒ Other

Applicant Name: (Company, Organization) Defense Distributed

Address: 711 W. 32nd Street, Apt. 115

| City: Austin | State: TX | Zip Code: 78705 |
|---|---|---|

Phone #: 501-743-9680     PM/DDTC Registrant Code: _____ (If applicable)

[Add Item]

[Remove Item]

Name: (Point of Contact) Cody R. Wilson

Phone #: 501-743-9680    Fax #: _____    Email: crw@defdist.org

**2. Submitter Information if other than Applicant in Block 1: (Complete if applicable)**

Submitter Name: (Company, Organization) Williams Mullen PC

Address: 1666 K St., NW, Suite 1200

| City: Washington | State: DC | Zip Code: 20006 |
|---|---|---|

Phone #: 202-293-8145     PM/DDTC Registrant Code: _____ (If applicable)

[Add Item]

[Remove Item]

Name: (Point of Contact) Jahna M. Hartwig

Phone #: 202-293-8145    Fax #: _____    Email: jhartwig@williamsmullen.com

☐ Attachment: Authorization from Applicant to Submitter authorizing submitter to file on its behalf and to release information in Block 5.

## B. Transaction Description and Compliance Information

**3. Transaction Description: (Note: No request involving Classified information will be considered.)**
This Application Represents:

a. ☒ New Request

b. ☐ Resubmission          Prior CJ Case Number: _____

     ☐ Returned Without Action (RWA)

     ☐ Reconsideration (Include Prior CJ Determination Case Number)

     Summarize Reason for Resubmission *(limited to 1200 characters)*

Related to Compliance Matter *(limited to 1200 characters)*    ☒ Yes ☐ No

If yes, provide disclosure and/or case number (if available) and details to include U.S. Government Point of Contact. If status changes advise DDTC. DTCC Case 13-0001444. This CJ is submitted at the request of DTCC/END in its letter to Defense Distributed dated May 8, 2013. The DTCC/END Compliance Specialist is assigned to this matter is Ms. Bridget Van Buren.

## C. Commodity Description

**4. Select Commodity Type: (Select all that apply) (22 C.F.R. 120.9, 120.10 and 121.8)**

| ☐ End Item | ☐ Component/Major | ☐ Component/Minor | ☐ Part | ☐ Accessory/Attachment |
|---|---|---|---|---|
| ☐ Software | ☐ Firmware | ☐ Services | ☐ System | ☒ Information or Technical Data |

**5. Commodity/Service Information: (Note: Complete all that apply and if not applicable, enter "N/A".)**

| a. Product Name: | 5.56/.223 Muzzle Brake Data Files |
|---|---|
| b. Model/Version Number: | N/A |
| c. Part Number: | N/A |
| d. National Stock Number: | N/A |
| e. Other Identifier: (If applicable) | N/A |
| f. Manufacturer: | Shane Naughton |
| g. Service: | N/A |
| h. Generic Description: | Three CAD data files for a 5.56/.223 muzzle brake |

i. Manufacturer's Website: www.defdist.org

j. Commodity/Service Website: http://defcad.com/5-56-223-muzzle-break/
Note: Only one commodity may be entered; variants require separate submission. However, variants of a commodity or a family of commodities closely related, that is, major characteristics and descriptive information of the commodity are essentially the same and would be included in the same U.S. Munitions List category and subcategory may be considered.

## 6. Additional Commodity Information/Documentation:
(Brochures, Technical Information, Drawings, Schematics, Blue Prints, Course Syllabus/Handouts, Training Materials.) Attach product datasheet or other technical information such that an informed technical evaluation is possible.) Note: cost in U.S. Dollars. If unit is not listed in drop down list, e.g. service or training, enter the commodity.

a. Cost Per Unit:        $0.00                      Copies

b. Documentation Attached: ☒

c. Patent Information:        n/a

## 7. Commodity/Service Description: *(limited to 1200 characters)*
Brief summary of commodity or service (e.g. component used in aircraft communication system). Describe the product's use (what it does, how it operates, the components/system in which it is used and all current uses). Specify if commodity/service is controlled or restricted for public release by U.S. Government.

The data files are three different CAD file formats (.IGS, .SLDPRT, and .STL) for a model of a 5.56/.223 muzzle brake. If printed on a 3D printer, the model would be a plastic piece in the shape of the muzzle brake, but would be expected to fail if used with a weapon.

## 8. Identify any special and/or unique characteristics/capabilities: (Mark all boxes that apply and provide explanation/description)

a. ☐ Designed to military or intelligence standards or specifications.

b. ☐ Designed for military application.

c. ☐ Special characteristics (e.g. radiation-hardening, ballistic protection, hard points, TEMPEST capability, thermal or infrared signature reduction capability, surveillance or intelligence gathering capability).

d. ☐ Commercial item modified for military application, provide nomenclature and model number to differentiate from commercial item.

e. ☐ Commercial item modified for military application, state specific distinct difference between original commercial item and modified item.

f. ☐ Services (provide comparable information as that which provided above and by marking this box, indicate it is for services versus hardware).

Explanation/Description (If the product is included in a higher assembly or end item, identify each higher assembly or end item that incorporates the product and its use. Identify all military applications and military capabilities of the product, and any equivalent products used for military application.) Summarize technical details of special characteristics (e.g. if image intensification tubes, provide level of technology, such as Gen II, Gen III, etc.). *(limited to 600 characters)*

N/A

# D. Product Origin

## 9. Military/Commercial Modification of Commodity:

a. Was this commodity originally specifically designed or developed for a military use?

☐ Yes    ☒ No

b. Was this commodity originally civil and subsequently adapted, configured or modified for a military use?

☐ Yes    ☒ No

c. Was this commodity originally military and subsequently adapted, reconfigured or modified for commercial use?

☐ Yes    ☒ No

d. Specifically define the modifications/changes and capabilities added to the commodity. List any differences in form, fit and/or function between the modified and unmodified versions: *(limited to 600 characters)*

N/A

☐ Supporting Documentation Attached

## 10. Status of Product Development: (Mark the status of the product and provide an explanation/description)

a. ☒ In Development

b. ☐ In Use

Explanation/Description *(limited to 4000 characters)*

To the best of Defense Distributed's knowledge, this file is conceptual in nature and has not been used to produce the plastic model of the muzzle brake.

☐ Supporting Documentation Attached

## 11. Funding History: (Check all that apply)
Include funding source contract or subcontract number and supporting documentation.

a. ☐ USG Agency

b. ☐ Foreign Government Agency

c. ☐ U.S. or Foreign Contractor

d. ☒ Self Funded

e. ☐ University Funded

Explanation/Description *(limited to 600 characters)*

To the best of Defense Distributed's knowledge, Shane Naughton received no funding from any outside source for the creation of the file.

☐ Supporting Documentation Attached

**12. U.S. and/or Foreign Availability of Identical Products:** (Enter Foreign Export Controls, if known)

☐ None | Add Item

Remove Item

Manufacturer: Reimo Soosaar

Commodity: Muzzle brake for vz.58 CAD file

Model #: N/A | In Use/In Development: In Use

Foreign Exports Control:

Manufacturer's Website: http://grabcad.com/library/muzzle-brake-for-vz-58

Remove Item

Manufacturer: Sam D.

Commodity: 7,62mm muzzle brake (compensator)

Model #: N/A | In Use/In Development: In Use

Foreign Exports Control:

Manufacturer's Website: http://grabcad.com/library/7-62mm-muzzle-brake-compensator

Remove Item

Manufacturer: Brett Desilva

Commodity: Mz1 brake

Model #: N/A | In Use/In Development: In Use

Foreign Exports Control:

Manufacturer's Website: http://grabcad.com/library/mz1-brake

Remove Item

Manufacturer: ToddAho

Commodity: Amd 65/ak 47 muzzle brake

Model #: N/A | In Use/In Development: In Use

Foreign Exports Control:

Manufacturer's Website: http://grabcad.com/library/amd-65-ak-47-muzzle-brake

Remove Item

Manufacturer: John Reese

Commodity: Barret m82a1

Model #: N/A | In Use/In Development: In Use

Foreign Exports Control:

Manufacturer's Website: http://grabcad.com/library/barret-m82a1

Remove Item

Manufacturer: John Reese

Commodity: M95 muzzle brake

Model #: N/A | In Use/In Development: In Use

Foreign Exports Control:

Manufacturer's Website: http://grabcad.com/library/m95-muzzle-brake

Remove Item

Manufacturer: Reimo Soosar

Commodity: Muzzle brake

Model #: N/A | In Use/In Development: In Use

Foreign Exports Control:

Manufacturer's Website: http://grabcad.com/library/muzzle-brake

Remove Item

Manufacturer: Cody Hulett

Commodity: Mosin nagant m44 muzzle brake

Model #: N/A | In Use/In Development: In Use

Foreign Exports Control:

Manufacturer's Website: http://grabcad.com/library/mosin-nagant-m44-muzzle-brake

Remove Item

Manufacturer: Robert Ronstad

Commodity: Suppressor 7mm

Model #: N/A                                          In Use/In Development: In Use

Foreign Exports Control:

Manufacturer's Website: http://grabcad.com/library/suppressor-7mm

Remove Item

Manufacturer: Justin Riegel

Commodity: 50 cal muzzle brake

Model #: N/A                                          In Use/In Development: In Use

Foreign Exports Control:

Manufacturer's Website: http://grabcad.com/library/50-cal-muzzle-brake

Remove Item

Manufacturer: Klaus Falk Hansen (klunk4real)

Commodity: SolidWorks Tutorial: Muzzle Brake

Model #: N/A                                          In Use/In Development: In Use

Foreign Exports Control:

Manufacturer's Website: http://solidworks.cad2design.com/videos/196815/SolidWorks+tutorial+Muzzle+brake

Explanation/Description *(limited to 600 characters)*
These CAD files contain drawings for models of various muzzle brakes. Item #13 is a video that explains how to design a muzzle brake using SolidWorks, a CAD design program.

☒ Supporting Documentation Attached

# E. Sales Information

**13. Sales Information:** (Select One) (See Block 13 Template)
Military and commercial sales data must be provided, as well as listing of the military and commercial customers. The information pertains specifically to the commodity/service in Block 8. Complete the attachment, if applicable. (Note: Submit one single file up to 35MB with sales information. Do not separate the sales information into multiple smaller files.)

☐ Sales Information Attachment (Template "Block 13 Sales Information")Attached

☒ No Sales

# F. Miscellaneous Information

**14. Has this Commodity been:** *(limited to 100 characters)*

a. Has this Commodity been Previously Exported          ☒ Yes    ☐ No    ☐ Unknown

If yes, cite U.S. Government licensing jurisdiction and provide license number, if applicable.

Posted to the internet as public domain information.

b. Has this Commodity been the subject of a Prior CJ?          ☐ Yes    ☐ No    ☒ Unknown

If yes, Cite CJ Number.
(Applicant should list any prior CJ even if not submitted by them, e.g., submitted by Original Equipment Manufacturer (OEM), by the U.S. Government or by a third party.)

c. Has this Commodity been subject to a Department of Commerce Classification Request?          ☐ Yes    ☐ No    ☒ Unknown

If yes, cite U.S. Government licensing jurisdiction and if under Department of Commerce, attach a copy with Export Control Classification Number (ECCN).

d. Has this Commodity been Exported under a Foreign Military Sale (FMS) case?          ☐ Yes    ☐ No    ☒ Unknown

If yes, cite Foreign Military Sale (FMS) case number.

**15. Description of the commodity and final DDTC action will be posted on the DDTC website for public access based on the information provided in Block 5 and any other descriptive information provided below. If you believe that any information contained in Block 5 is proprietary, please specifically identify the information below and provide summarized rationale for DDTC to consider withholding the information from public notice:** *(Limited to 600 characters. Additional justification may be provided as an attachment.)*

N/A

**16. Reason for Submitting CJ:** *(limited to 600 characters)*

Per request of DTCC/END, Case No. 13-0001444.

**17. Suggested U.S. Munitions List or Commerce Control List Number:**

a. U.S. Munitions List (22 C.F.R. 121) Category/Sub Category

N/A

b. Export Administration Regulations (15 C.F.R. 730-774), Export Control Classification Number

N/A

**18. Other Miscellaneous Information to be Considered that is not Otherwise Included in this Form:** (e.g. U.S. Government Agency and point of contact information.)
*(limited to 300 characters)*

☒ Supporting Documentation Attached

## G. Applicant/Submitter's Certification

**19. Applicant/Submitter's Certification:** Note: ONLY this one page must be printed, signed, and scanned as an attachment.

Under Penalty According to Federal Law (See 22 CFR 127, 22 U.S.C. 2778, and 22 U.S.C. 1001).

I am the authorized employee of the company cited in Block 1, or a third party as described in Block 2 authorized to submit on behalf of the company in Block 4, and certify as to the accuracy and completeness of the information provided and have not knowingly omitted information that could have an impact on the final determination issued by the U.S. Department of State. Furthermore, I have specific authority to release for publication the text contained in Block 5.

| Signature | Jahna M. Hartwig | 06/21/2013 |
|---|---|---|
| | Printed Name | Date |

☒ By checking this box, Applicant authorizes DDTC to email the Commodity Jurisdiction determination as well as any other information associated with this case. The Commodity Jurisdiction determination will be mailed to the address below if box is not checked.

| Name: | Jahna M. Hartwig | | | | |
|---|---|---|---|---|---|
| Title: | Partner | | | | |
| Company: | Williams Mullen PC | | | | |
| Address: | 1666 K St., NW, Suite 1200 | | | | |
| City: | Washington | State: | DC | Zip Code: | 20006 |
| Phone #: | 202-293-8145 | Email: | jhartwig@williamsmullen.com | | |

OMB APPROVAL NO: 1405-0163
EXPIRATION DATE: 01/31/2013
*ESTIMATED BURDEN: 10 Hours

U.S. Department of State

# DS-4076 Commodity Jurisdiction (CJ) Determination Form

*PAPERWORK REDUCTION ACT STATEMENT: Public reporting burden for this collection of information is estimated to average 10 hours per response, including time required for searching existing data sources, gathering the necessary data, providing the information required, and reviewing the final collection. Send comments on the accuracy of this estimate of the burden and recommendations for reducing it to: Department of State (A/GIS/DIR) Washington, D.C. 20520.*

## A. Applicant Information

**1. Applicant's Information:** (Select all that apply)
Applicant is: ☐ Government ☐ Manufacturer ☐ Exporter ☐ Manufacturer's Representative ☒ Other

Applicant Name: (Company, Organization) Defense Distributed

Address: 711 W. 32nd Street, Apt. 115

City: Austin          State: TX          Zip Code: 78705

Phone #: 501-743-9680          PM/DDTC Registrant Code: _____ (If applicable)

[Add Item]

[Remove Item]

Name: (Point of Contact) Cody R. Wilson

Phone #: 501-743-9680          Fax #: _____          Email: crw@defdist.org

**2. Submitter Information if other than Applicant in Block 1:** (Complete if applicable)

Submitter Name: (Company, Organization) Williams Mullen PC

Address: 1666 K St., NW, Suite 1200

City: Washington          State: DC          Zip Code: 20006

Phone #: 202-293-8145          PM/DDTC Registrant Code: _____ (If applicable)

[Add Item]

[Remove Item]

Name: (Point of Contact) Jahna M. Hartwig

Phone #: 202-293-8145          Fax #: _____          Email: jhartwig@williamsmullen.com

☐ Attachment: Authorization from Applicant to Submitter authorizing submitter to file on its behalf and to release information in Block 5.

## B. Transaction Description and Compliance Information

**3. Transaction Description:** (Note: No request involving Classified information will be considered.)
This Application Represents:

a. ☒ New Request

b. ☐ Resubmission          Prior CJ Case Number: _____

   ☐ Returned Without Action (RWA)

   ☐ Reconsideration (Include Prior CJ Determination Case Number)

   Summarize Reason for Resubmission *(limited to 1200 characters)*

Related to Compliance Matter *(limited to 1200 characters)*          ☒ Yes  ☐ No

If yes, provide disclosure and/or case number (if available) and details to include U.S. Government Point of Contact. If status changes advise DDTC. DTCC Case 13-0001444. This CJ is submitted at the request of DTCC/END in its letter to Defense Distributed dated May 8, 2013. The DTCC/END Compliance Specialist is assigned to this matter is Ms. Bridget Van Buren.

## C. Commodity Description

**4. Select Commodity Type:** (Select all that apply) (22 C.F.R. 120.9, 120.10 and 121.8)

☐ End Item          ☐ Component/Major          ☐ Component/Minor          ☐ Part          ☐ Accessory/Attachment

☐ Software          ☐ Firmware          ☐ Services          ☐ System          ☒ Information or Technical Data

**5. Commodity/Service Information:** (Note: Complete all that apply and if not applicable, enter "N/A".)

a. Product Name:          Sound Moderator - Slip On Data File

b. Model/Version Number:          N/A

c. Part Number:          N/A

d. National Stock Number:          N/A

e. Other Identifier: (If applicable)          N/A

f. Manufacturer:          vik

g. Service:          N/A

h. Generic Description:          STL file for a slip on sound moderator for an airgun

i. Manufacturer's Website: www.defdist.org

j. Commodity/Service Website: http://defcad.com/sound-moderator/

Note: Only one commodity may be entered; variants require separate submission. However, variants of a commodity or a family of commodities closely related, that is, major characteristics and descriptive information of the commodity are essentially the same and would be included in the same U.S. Munitions List category and subcategory may be considered.

## 6. Additional Commodity Information/Documentation:
(Brochures, Technical Information, Drawings, Schematics, Blue Prints, Course Syllabus/Handouts, Training Materials.) Attach product datasheet or other technical information such that an informed technical evaluation is possible.) Note: cost in U.S. Dollars. If unit is not listed in drop down list, e.g. service or training, enter the commodity.

a. Cost Per Unit: $0.00      Copies _____

b. Documentation Attached: ☒

c. Patent Information: n/a

## 7. Commodity/Service Description: *(limited to 1200 characters)*
Brief summary of commodity or service (e.g. component used in aircraft communication system). Describe the product's use (what it does, how it operates, the components/system in which it is used and all current uses). Specify if commodity/service is controlled or restricted for public release by U.S. Government.

The file is a stereolithography CAD file for a model of a slip-on sound moderator for an air gun. The model, if printed on a 3D printer, would work with an air gun, but would likely melt if used with a firearm.

## 8. Identify any special and/or unique characteristics/capabilities: (Mark all boxes that apply and provide explanation/description)

a. ☐ Designed to military or intelligence standards or specifications.

b. ☐ Designed for military application.

c. ☐ Special characteristics (e.g. radiation-hardening, ballistic protection, hard points, TEMPEST capability, thermal or infrared signature reduction capability, surveillance or intelligence gathering capability).

d. ☐ Commercial item modified for military application, provide nomenclature and model number to differentiate from commercial item.

e. ☐ Commercial item modified for military application, state specific distinct difference between original commercial item and modified item.

f. ☐ Services (provide comparable information as that which provided above and by marking this box, indicate it is for services versus hardware).

Explanation/Description (If the product is included in a higher assembly or end item, identify each higher assembly or end item that incorporates the product and its use. Identify all military applications and military capabilities of the product, and any equivalent products used for military application.) Summarize technical details of special characteristics (e.g. if image intensification tubes, provide level of technology, such as Gen II, Gen III, etc.). *(limited to 600 characters)*

N/A

# D. Product Origin

## 9. Military/Commercial Modification of Commodity:

a. Was this commodity originally specifically designed or developed for a military use?

☐ Yes ☒ No

b. Was this commodity originally civil and subsequently adapted, configured or modified for a military use?

☐ Yes ☒ No

c. Was this commodity originally military and subsequently adapted, reconfigured or modified for commercial use?

☐ Yes ☒ No

d. Specifically define the modifications/changes and capabilities added to the commodity. List any differences in form, fit and/or function between the modified and unmodified versions: *(limited to 600 characters)*

N/A

☐ Supporting Documentation Attached

## 10. Status of Product Development: (Mark the status of the product and provide an explanation/description)

a. ☒ In Development

b. ☐ In Use

Explanation/Description *(limited to 4000 characters)*

To the best of Defense Distributed's knowledge, this file is conceptual in nature and has not been used to produce the plastic model of the sound moderator.

☐ Supporting Documentation Attached

## 11. Funding History: (Check all that apply)
Include funding source contract or subcontract number and supporting documentation.

a. ☐ USG Agency

b. ☐ Foreign Government Agency

c. ☐ U.S. or Foreign Contractor

d. ☒ Self Funded

e. ☐ University Funded

Explanation/Description *(limited to 600 characters)*

To the best of Defense Distributed's knowledge, vik received no funding from any outside source for the creation of the file.

☐ Supporting Documentation Attached

**12. U.S. and/or Foreign Availability of _Identical_ Products:** (Enter Foreign Export Controls, if known)

☐ None

Add Item

Remove Item

Manufacturer: Vik

Commodity:   Sound Moderator CAD file

Model #:   N/A                                                        In Use/In Development: In Use

Foreign Exports Control:

Manufacturer's Website: http://www.thingiverse.com/thing:6808

Explanation/Description _(limited to 600 characters)_

This file was published on Thingiverse on March 3, 2011 and is still available on that site.

☒ Supporting Documentation Attached

## E. Sales Information

**13. Sales Information:** (Select One) (See Block 13 Template)
Military and commercial sales data must be provided, as well as listing of the military and commercial customers. The information pertains specifically to the commodity/service in Block 8. Complete the attachment, if applicable. (Note: Submit one single file up to 35MB with sales information. Do not separate the sales information into multiple smaller files.)

☐ Sales Information Attachment (Template "Block 13 Sales Information")Attached

☒ No Sales

## F. Miscellaneous Information

**14. Has this Commodity been:** _(limited to 100 characters)_

a. Has this Commodity been Previously Exported                    ☒ Yes    ☐ No    ☐ Unknown
   If yes, cite U.S. Government licensing jurisdiction and provide license number, if applicable.

   Posted to the internet as public domain information.

b. Has this Commodity been the subject of a Prior CJ?              ☐ Yes    ☐ No    ☒ Unknown
   If yes, Cite CJ Number.
   (Applicant should list any prior CJ even if not submitted by them, e.g., submitted by Original Equipment Manufacturer (OEM), by the U.S. Government or by a third party.)


c. Has this Commodity been subject to a Department of Commerce Classification Request?    ☐ Yes    ☐ No    ☒ Unknown
   If yes, cite U.S. Government licensing jurisdiction and if under Department of Commerce, attach a copy with Export Control Classification Number (ECCN).


d. Has this Commodity been Exported under a Foreign Military Sale (FMS) case?    ☐ Yes    ☐ No    ☒ Unknown
   If yes, cite Foreign Military Sale (FMS) case number.


**15. Description of the commodity and final DDTC action will be posted on the DDTC website for public access based on the information provided in Block 5 and any other descriptive information provided below. If you believe that any information contained in Block 5 is proprietary, please specifically identify the information below and provide summarized rationale for DDTC to consider withholding the information from public notice:** _(Limited to 600 characters. Additional justification may be provided as an attachment.)_

N/A

**16. Reason for Submitting CJ:** _(limited to 600 characters)_

Per request of DTCC/END, Case No. 13-0001444.

**17. Suggested U.S. Munitions List or Commerce Control List Number:**

a. U.S. Munitions List (22 C.F.R. 121) Category/Sub Category

N/A

b. Export Administration Regulations (15 C.F.R. 730-774), Export Control Classification Number

N/A

**18. Other Miscellaneous Information to be Considered that is not Otherwise Included in this Form:** (e.g. U.S. Government Agency and point of contact information.)
_(limited to 300 characters)_


☒ Supporting Documentation Attached

## G. Applicant/Submitter's Certification

**19. Applicant/Submitter's Certification:** Note: ONLY this one page must be printed, signed, and scanned as an attachment.

Under Penalty According to Federal Law (See 22 CFR 127, 22 U.S.C. 2778, and 22 U.S.C. 1001).

I am the authorized employee of the company cited in Block 1, or a third party as described in Block 2 authorized to submit on behalf of the company in Block 4, and certify as to the accuracy and completeness of the information provided and have not knowingly omitted information that could have an impact on the final determination issued by the U.S. Department of State. Furthermore, I have specific authority to release for publication the text contained in Block 5.

| Signature | Jahna M. Hartwig | 06/21/2013 |
|---|---|---|
| | Printed Name | Date |

☒ By checking this box, Applicant authorizes DDTC to email the Commodity Jurisdiction determination as well as any other information associated with this case. The Commodity Jurisdiction determination will be mailed to the address below if box is not checked.

Name: Jahna M. Hartwig

Title: Partner

Company: Williams Mullen PC

Address: 1666 K St., NW, Suite 1200

City: Washington    State: DC    Zip Code: 20006

Phone #: 202-293-8145    Email: jhartwig@williamsmullen.com

Electronic Form Version Number: 1.2
For DDTC Use Only
CJ Number:

OMB APPROVAL NO: 1405-0163
EXPIRATION DATE: 01/31/2013
*ESTIMATED BURDEN: 10 Hours

U.S. Department of State

# DS-4076 Commodity Jurisdiction (CJ) Determination Form

*PAPERWORK REDUCTION ACT STATEMENT: Public reporting burden for this collection of Information is estimated to average 10 hours per response, including time required for searching existing data sources, gathering the necessary data, providing the information required, and reviewing the final collection. Send comments on the accuracy of this estimate of the burden and recommendations for reducing it to: Department of State (A/GIS/DIR) Washington, D.C. 20520.

## A. Applicant Information

**1. Applicant's Information: (Select all that apply)**

Applicant is: ☐ Government ☐ Manufacturer ☐ Exporter ☐ Manufacturer's Representative ☒ Other

Applicant Name: (Company, Organization) Defense Distributed

Address: 711 W. 32nd Street, Apt. 115

City: Austin State: TX Zip Code: 78705

Phone #: 501-743-9680 PM/DDTC Registrant Code: _____ (If applicable)

**Remove Item** | **Add Item**

Name: (Point of Contact) Cody R. Wilson

Phone #: 501-743-9680 Fax #: _____ Email: crw@defdist.org

**2. Submitter Information if other than Applicant in Block 1: (Complete if applicable)**

Submitter Name: (Company, Organization) Williams Mullen PC

Address: 1666 K St., NW, Suite 1200

City: Washington State: DC Zip Code: 20006

Phone #: 202-293-8145 PM/DDTC Registrant Code: _____ (If applicable)

**Remove Item** | **Add Item**

Name: (Point of Contact) Jahna M. Hartwig

Phone #: 202-293-8145 Fax #: _____ Email: jhartwig@williamsmullen.com

☐ Attachment: Authorization from Applicant to Submitter authorizing submitter to file on its behalf and to release information in Block 5.

## B. Transaction Description and Compliance Information

**3. Transaction Description:** (Note: No request involving Classified information will be considered.)
This Application Represents:

a. ☒ New Request

b. ☐ Resubmission _____ Prior CJ Case Number: _____

☐ Returned Without Action (RWA)

☐ Reconsideration (Include Prior CJ Determination Case Number)

Summarize Reason for Resubmission *(limited to 1200 characters)*

_____

Related to Compliance Matter *(limited to 1200 characters)* ☒ Yes ☐ No

If yes, provide disclosure and/or case number (if available) and details to include U.S. Government Point of Contact. If status changes advise DDTC.
DTCC Case 13-0001444. This CJ is submitted at the request of DTCC/END in its letter to Defense Distributed dated May 8, 2013. The DTCC/END Compliance Specialist is assigned to this matter is Ms. Bridget Van Buren.

## C. Commodity Description

**4. Select Commodity Type: (Select all that apply)** (22 C.F.R. 120.9, 120.10 and 121.8)

☐ End Item ☐ Component/Major ☐ Component/Minor ☐ Part ☐ Accessory/Attachment

☐ Software ☐ Firmware ☐ Services ☐ System ☒ Information or Technical Data

**5. Commodity/Service Information:** (Note: Complete all that apply and if not applicable, enter "N/A".)

| | |
|---|---|
| a. Product Name: | 12 Gauge to .22 CB Sub-Caliber Insert Data Files |
| b. Model/Version Number: | N/A |
| c. Part Number: | N/A |
| d. National Stock Number: | N/A |
| e. Other Identifier: (If applicable) | N/A |
| f. Manufacturer: | Pietro |
| g. Service: | N/A |
| h. Generic Description: | SKP CAD file, renderings and text file describing a sub-caliber insert |

i. Manufacturer's Website: www.defdist.org

j. Commodity/Service Website: http://defcad.com/12-gauge-to-22-cb-sub-caliber-insert/

Note: Only one commodity may be entered; variants require separate submission. However, variants of a commodity or a family of commodities closely related, that is, major characteristics and descriptive information of the commodity are essentially the same and would be included in the same U.S. Munitions List category and subcategory may be considered.

## 6. Additional Commodity Information/Documentation:
(Brochures, Technical Information, Drawings, Schematics, Blue Prints, Course Syllabus/Handouts, Training Materials.) Attach product datasheet or other technical information such that an informed technical evaluation is possible.) Note: cost in U.S. Dollars. If unit is not listed in drop down list, e.g. service or training, enter the commodity.

a. Cost Per Unit: $0.00     Copies

b. Documentation Attached: ☒

c. Patent Information: n/a

## 7. Commodity/Service Description: *(limited to 1200 characters)*
Brief summary of commodity or service (e.g. component used in aircraft communication system). Describe the product's use (what it does, how it operates, the components/system in which it is used and all current uses). Specify if commodity/service is controlled or restricted for public release by U.S. Government.

The files are a SKP CAD file for a model of a sub-caliber insert, two renderings of the sub-caliber insert, and a "read me" text file providing information about the National Firearms Act and the Undetectable Firearms Act. This item, if printed on a 3D printer, would be a plastic cylinder with a .22 bore, and would be expected to fail if used with a weapon.

## 8. Identify any special and/or unique characteristics/capabilities: (Mark all boxes that apply and provide explanation/description)

a. ☐ Designed to military or intelligence standards or specifications.

b. ☐ Designed for military application.

c. ☐ Special characteristics (e.g. radiation-hardening, ballistic protection, hard points, TEMPEST capability, thermal or infrared signature reduction capability, surveillance or intelligence gathering capability).

d. ☐ Commercial item modified for military application, provide nomenclature and model number to differentiate from commercial item.

e. ☐ Commercial item modified for military application, state specific distinct difference between original commercial item and modified item.

f. ☐ Services (provide comparable information as that which provided above and by marking this box, indicate it is for services versus hardware).

Explanation/Description (If the product is included in a higher assembly or end item, identify each higher assembly or end item that incorporates the product and its use. Identify all military applications and military capabilities of the product, and any equivalent products used for military application.) Summarize technical details of special characteristics (e.g. if image intensification tubes, provide level of technology, such as Gen II, Gen III, etc.). *(limited to 600 characters)*

N/A

# D. Product Origin

## 9. Military/Commercial Modification of Commodity:

a. Was this commodity originally specifically designed or developed for a military use?

☐ Yes    ☒ No

b. Was this commodity originally civil and subsequently adapted, configured or modified for a military use?

☐ Yes    ☒ No

c. Was this commodity originally military and subsequently adapted, reconfigured or modified for commercial use?

☐ Yes    ☒ No

d. Specifically define the modifications/changes and capabilities added to the commodity. List any differences in form, fit and/or function between the modified and unmodified versions: *(limited to 600 characters)*

N/A

☐ Supporting Documentation Attached

## 10. Status of Product Development: (Mark the status of the product and provide an explanation/description)

a. ☒ In Development

b. ☐ In Use

Explanation/Description *(limited to 4000 characters)*

To the best of Defense Distributed's knowledge, this file is conceptual in nature and has not been used to produce the insert.

☐ Supporting Documentation Attached

## 11. Funding History: (Check all that apply)
Include funding source contract or subcontract number and supporting documentation.

a. ☐ USG Agency

b. ☐ Foreign Government Agency

c. ☐ U.S. or Foreign Contractor

d. ☒ Self Funded

e. ☐ University Funded

Explanation/Description *(limited to 600 characters)*

To the best of Defense Distributed's knowledge, Pietro received no funding from any outside source for the creation of the file.

☐ Supporting Documentation Attached

**12. U.S. and/or Foreign Availability of _Identical_ Products:** (Enter Foreign Export Controls, if known)

☒ None

[Remove Item]                                                  [Add Item]

Manufacturer: _____

Commodity: _____

Model #: _____       In Use/In Development: _____

Foreign Exports Control: _____

Manufacturer's Website: _____

Explanation/Description _(limited to 600 characters)_

_____

☐ Supporting Documentation Attached

## E. Sales Information

**13. Sales Information:** (Select One) (See Block 13 Template)

Military and commercial sales data must be provided, as well as listing of the military and commercial customers. The information pertains specifically to the commodity/service in Block 8. Complete the attachment, if applicable. (Note: Submit one single file up to 35MB with sales information. Do not separate the sales information into multiple smaller files.)

☐ Sales Information Attachment (Template "Block 13 Sales Information") Attached

☒ No Sales

## F. Miscellaneous Information

**14. Has this Commodity been:** _(limited to 100 characters)_

a. Has this Commodity been Previously Exported        ☒ Yes   ☐ No   ☐ Unknown

If yes, cite U.S. Government licensing jurisdiction and provide license number, if applicable.

| Posted to the internet as public domain information. |
|---|

b. Has this Commodity been the subject of a Prior CJ?      ☐ Yes   ☐ No   ☒ Unknown

If yes, Cite CJ Number.
(Applicant should list any prior CJ even if not submitted by them, e.g., submitted by Original Equipment Manufacturer (OEM), by the U.S. Government or by a third party.)

| |
|---|

c. Has this Commodity been subject to a Department of Commerce Classification Request?   ☐ Yes   ☐ No   ☒ Unknown

If yes, cite U.S. Government licensing jurisdiction and if under Department of Commerce, attach a copy with Export Control Classification Number (ECCN).

| |
|---|

d. Has this Commodity been Exported under a Foreign Military Sale (FMS) case?   ☐ Yes   ☐ No   ☒ Unknown

If yes, cite Foreign Military Sale (FMS) case number.

| |
|---|

**15.** Description of the commodity and final DDTC action will be posted on the DDTC website for public access based on the information provided in Block 5 and any other descriptive information provided below. If you believe that any information contained in Block 5 is proprietary, please specifically identify the information below and provide summarized rationale for DDTC to consider withholding the information from public notice: _(Limited to 600 characters. Additional justification may be provided as an attachment.)_

| N/A |
|---|

**16. Reason for Submitting CJ:** _(limited to 600 characters)_

| Per request of DTCC/END, Case No. 13-0001444. |
|---|

**17. Suggested U.S. Munitions List or Commerce Control List Number:**

a. U.S. Munitions List (22 C.F.R. 121) Category/Sub Category

| N/A |
|---|

b. Export Administration Regulations (15 C.F.R. 730-774), Export Control Classification Number

| N/A |
|---|

**18. Other Miscellaneous Information to be Considered that is not Otherwise Included in this Form:** (e.g. U.S. Government Agency and point of contact information.) _(limited to 300 characters)_

| |
|---|

☒ Supporting Documentation Attached

## G. Applicant/Submitter's Certification

**19. Applicant/Submitter's Certification:** Note: ONLY this one page must be printed, signed, and scanned as an attachment.

Under Penalty According to Federal Law (See 22 CFR 127, 22 U.S.C. 2778, and 22 U.S.C. 1001).

I am the authorized employee of the company cited in Block 1, or a third party as described in Block 2 authorized to submit on behalf of the company in Block 4, and certify as to the accuracy and completeness of the information provided and have not knowingly omitted information that could have an impact on the final determination issued by the U.S. Department of State. Furthermore, I have specific authority to release for publication the text contained in Block 5.

| | | |
|---|---|---|
| _Signature_ | Jahna M. Hartwig<br>Printed Name | 06/21/2013<br>Date |

☒ By checking this box, Applicant authorizes DDTC to email the Commodity Jurisdiction determination as well as any other information associated with this case. The Commodity Jurisdiction determination will be mailed to the address below if box is not checked.

Name: Jahna M. Hartwig

Title: Partner

Company: Williams Mullen PC

Address: 1666 K St., NW, Suite 1200

| City: | Washington | State: | DC | | Zip Code: 20006 |
|---|---|---|---|---|---|

| Phone #: | 202-293-8145 | Email: | jhartwig@williamsmullen.com |
|---|---|---|---|

Electronic Form Version Number: 1.2
For DDTC Use Only
CJ Number:

OMB APPROVAL NO. 1405-0163
EXPIRATION DATE: 01/31/2013
*ESTIMATED BURDEN: 10 Hours

U.S. Department of State

# DS-4076 Commodity Jurisdiction (CJ) Determination Form

*PAPERWORK REDUCTION ACT STATEMENT: Public reporting burden for this collection of information is estimated to average 10 hours per response, including time required for searching existing data sources, gathering the necessary data, providing the information required, and reviewing the final collection. Send comments on the accuracy of this estimate of the burden and recommendations for reducing it to: Department of State (A/GIS/DIR) Washington, D.C. 20520.

## A. Applicant Information

**1. Applicant's Information:** (Select all that apply)

Applicant is: ☐ Government ☐ Manufacturer ☐ Exporter ☐ Manufacturer's Representative ☒ Other

Applicant Name: (Company, Organization) Defense Distributed

Address: 711 W. 32nd Street, Apt. 115

City: Austin    State: TX    Zip Code: 78705

Phone #: 501-743-9680    PM/DDTC Registrant Code: _____    (If applicable)

`Add Item`

`Remove Item`

Name: (Point of Contact) Cody R. Wilson

Phone #: 501-743-9680    Fax #: _____    Email: crw@defdist.org

**2. Submitter Information if other than Applicant in Block 1:** (Complete if applicable)

Submitter Name: (Company, Organization) Williams Mullen PC

Address: 1666 K St., NW, Suite 1200

City: Washington    State: DC    Zip Code: 20006

Phone #: 202-293-8145    PM/DDTC Registrant Code: _____    (If applicable)

`Add Item`

`Remove Item`

Name: (Point of Contact) Jahna M. Hartwig

Phone #: 202-293-8145    Fax #: _____    Email: jhartwig@williamsmullen.com

☐ Attachment: Authorization from Applicant to Submitter authorizing submitter to file on its behalf and to release information in Block 5.

## B. Transaction Description and Compliance Information

**3. Transaction Description:** (Note: No request involving Classified information will be considered.)
This Application Represents:

a. ☒ New Request

b. ☐ Resubmission    Prior CJ Case Number: _____

☐ Returned Without Action (RWA)

☐ Reconsideration (Include Prior CJ Determination Case Number)

Summarize Reason for Resubmission (limited to 1200 characters)

Related to Compliance Matter (limited to 1200 characters)    ☒ Yes ☐ No

If yes, provide disclosure and/or case number (if available) and details to include U.S. Government Point of Contact. If status changes advise DDTC.
DTCC Case 13-0001444. This CJ is submitted at the request of DTCC/END in its letter to Defense Distributed dated May 8, 2013. The DTCC/END Compliance Specialist assigned to this matter is Ms. Bridget Van Buren.

## C. Commodity Description

**4. Select Commodity Type:** (Select all that apply) (22 C.F.R. 120.9, 120.10 and 121.8)

☐ End Item    ☐ Component/Major    ☐ Component/Minor    ☐ Part    ☐ Accessory/Attachment

☐ Software    ☐ Firmware    ☐ Services    ☐ System    ☒ Information or Technical Data

**5. Commodity/Service Information:** (Note: Complete all that apply and if not applicable, enter "N/A".)

a. Product Name: "The Dirty Diane" Oil Filter Silencer Adapter Data File

b. Model/Version Number: N/A

c. Part Number: N/A

d. National Stock Number: N/A

e. Other Identifier: (If applicable) N/A

f. Manufacturer: emptythemagazine

g. Service: N/A

h. Generic Description: SolidWorks CAD data file for an oil filter silencer adapter

i. Manufacturer's Website: www.defdist.org

j. Commodity/Service Website: http://defcad.com/the-dirty-diane-12-28-to-34-16-stp-s3600-oil-filter-silencer-adapter/

Note: Only one commodity may be entered; variants require separate submission. However, variants of a commodity or a family of commodities closely related, that is, major characteristics and descriptive information of the commodity are essentially the same and would be included in the same U.S. Munitions List category and subcategory may be considered.

## 6. Additional Commodity Information/Documentation:
(Brochures, Technical Information, Drawings, Schematics, Blue Prints, Course Syllabus/Handouts, Training Materials.) Attach product datasheet or other technical information such that an informed technical evaluation is possible.) Note: cost in U.S. Dollars. If unit is not listed in drop down list, e.g. service or training, enter the commodity.

a. Cost Per Unit:      $0.00                    Copies

b. Documentation Attached: ☒

c. Patent Information:      n/a

## 7. Commodity/Service Description: *(limited to 1200 characters)*
Brief summary of commodity or service (e.g. component used in aircraft communication system). Describe the product's use (what it does, how it operates, the components/system in which it is used and all current uses). Specify if commodity/service is controlled or restricted for public release by U.S. Government.

The file is a Computer Aided Design (CAD) data file in the SolidWorks .SLDPRT file format for a model of an oil filter silencer adapter that is typically produced in stainless steel. If printed on a 3D printer, this item could be used as solvent trap adapter, which is used to catch solvents that are used in the process of cleaning a gun. While a metal solvent trap adapter could be used as a silencer, a plastic adapter would likely melt if used with a weapon as a silencer.

## 8. Identify any special and/or unique characteristics/capabilities: (Mark all boxes that apply and provide explanation/description)

a. ☐ Designed to military or intelligence standards or specifications.

b. ☐ Designed for military application.

c. ☐ Special characteristics (e.g. radiation-hardening, ballistic protection, hard points, TEMPEST capability, thermal or infrared signature reduction capability, surveillance or intelligence gathering capability).

d. ☐ Commercial item modified for military application, provide nomenclature and model number to differentiate from commercial item.

e. ☐ Commercial item modified for military application, state specific distinct difference between original commercial item and modified item.

f. ☐ Services (provide comparable information as that which provided above and by marking this box, indicate it is for services versus hardware).

Explanation/Description (If the product is included in a higher assembly or end item, identify each higher assembly or end item that incorporates the product and its use. Identify all military applications and military capabilities of the product, and any equivalent products used for military application.) Summarize technical details of special characteristics (e.g. if image intensification tubes, provide level of technology, such as Gen II, Gen III, etc.). *(limited to 600 characters)*

N/A

# D. Product Origin

## 9. Military/Commercial Modification of Commodity:

a. Was this commodity originally specifically designed or developed for a military use?

☐ Yes    ☒ No

b. Was this commodity originally civil and subsequently adapted, configured or modified for a military use?

☐ Yes    ☒ No

c. Was this commodity originally military and subsequently adapted, reconfigured or modified for commercial use?

☐ Yes    ☒ No

d. Specifically define the modifications/changes and capabilities added to the commodity. List any differences in form, fit and/or function between the modified and unmodified versions: *(limited to 600 characters)*

N/A

☐ Supporting Documentation Attached

## 10. Status of Product Development: (Mark the status of the product and provide an explanation/description)

a. ☒ In Development

b. ☐ In Use

Explanation/Description *(limited to 4000 characters)*

To the best of Defense Distributed's knowledge, this file is conceptual in nature and has not been used to produce a plastic oil filter silencer adapter.

☐ Supporting Documentation Attached

## 11. Funding History: (Check all that apply)
Include funding source contract or subcontract number and supporting documentation.

a. ☐ USG Agency

b. ☐ Foreign Government Agency

c. ☐ U.S. or Foreign Contractor

d. ☒ Self Funded

e. ☐ University Funded

Explanation/Description *(limited to 600 characters)*

To the best of Defense Distributed's knowledge, emptythemagazine received no funding from any outside source for the creation of the file.

☐ Supporting Documentation Attached

**12. U.S. and/or Foreign Availability of Identical Products:** (Enter Foreign Export Controls, if known)

☐ None
<span style="float:right">‹ Add Item ›</span>

> **Remove Item**

Manufacturer: Infinite Product Solutions

Commodity: Stainless Solvent Trap 1/2-28 3/4-16 Thread Oil Filter Adapter

Model #: N/A      In Use/In Development: In Use

Foreign Exports Control:

Manufacturer's Website: http://www.infiniteproductsolutions.com/

> **Remove Item**

Manufacturer: Dead Iron Machining

Commodity: 1/2-28 ID X 3/4 - 16 Black Anodized Solvent Trap

Model #: N/A      In Use/In Development: In Use

Foreign Exports Control:

Manufacturer's Website: www.amazon.com/s/ref=bl_sr_automotive?_encoding=UTF8&field-brandtextbin=Dead%20Iron%20Machining&node

Explanation/Description *(limited to 600 characters)*
The items included in this section are examples of physical products available in stainless steel, rather than the identical CAD files. Solvent Trap Adapters are available from numerous manufacturers and available as commercial products on many websites, including amazon.com. (see http://www.amazon.com/s/ref=nb_sb_noss_1?url=search-alias%3Dautomotive&field-keywords=solvent+trap+adapter&rh=n%3A15684181%2Ck%3Asolvent+trap+adapter)

☒ Supporting Documentation Attached

## E. Sales Information

**13. Sales Information:** (Select One) (See Block 13 Template)
Military and commercial sales data must be provided, as well as listing of the military and commercial customers. The information pertains specifically to the commodity/service in Block 8. Complete the attachment, if applicable. (Note: Submit one single file up to 35MB with sales information. Do not separate the sales information into multiple smaller files.)

☐ Sales Information Attachment (Template "Block 13 Sales Information")Attached

☒ No Sales

## F. Miscellaneous Information

**14. Has this Commodity been:** *(limited to 100 characters)*

a. Has this Commodity been Previously Exported    ☒ Yes   ☐ No   ☐ Unknown

If yes, cite U.S. Government licensing jurisdiction and provide license number, if applicable.

Posted to the internet as public domain information.

b. Has this Commodity been the subject of a Prior CJ?    ☐ Yes   ☐ No   ☒ Unknown

If yes, Cite CJ Number.
(Applicant should list any prior CJ even if not submitted by them, e.g., submitted by Original Equipment Manufacturer (OEM), by the U.S. Government or by a third party.)

c. Has this Commodity been subject to a Department of Commerce Classification Request?    ☐ Yes   ☐ No   ☒ Unknown

If yes, cite U.S. Government licensing jurisdiction and if under Department of Commerce, attach a copy with Export Control Classification Number (ECCN).

d. Has this Commodity been Exported under a Foreign Military Sale (FMS) case?    ☐ Yes   ☐ No   ☒ Unknown

If yes, cite Foreign Military Sale (FMS) case number.

**15.** Description of the commodity and final DDTC action will be posted on the DDTC website for public access based on the information provided in Block 5 and any other descriptive information provided below. If you believe that any information contained in Block 5 is proprietary, please specifically identify the information below and provide summarized rationale for DDTC to consider withholding the information from public notice: *(Limited to 600 characters. Additional justification may be provided as an attachment.)*

N/A

**16. Reason for Submitting CJ:** *(limited to 600 characters)*

Per request of DTCC/END, Case No. 13-0001444.

**17. Suggested U.S. Munitions List or Commerce Control List Number:**

a. U.S. Munitions List (22 C.F.R. 121) Category/Sub Category

N/A

b. Export Administration Regulations (15 C.F.R. 730-774), Export Control Classification Number

N/A

**18. Other Miscellaneous Information to be Considered that is not Otherwise Included in this Form:** (e.g. U.S. Government Agency and point of contact information.)
*(limited to 300 characters)*

☒ Supporting Documentation Attached

## G. Applicant/Submitter's Certification

**19. Applicant/Submitter's Certification:** Note: ONLY this one page must be printed, signed, and scanned as an attachment.

Under Penalty According to Federal Law (See 22 CFR 127, 22 U.S.C. 2778, and 22 U.S.C. 1001).

I am the authorized employee of the company cited in Block 1, or a third party as described in Block 2 authorized to submit on behalf of the company in Block 4, and certify as to the accuracy and completeness of the information provided and have not knowingly omitted information that could have an impact on the final determination issued by the U.S. Department of State. Furthermore, I have specific authority to release for publication the text contained in Block 5.

| | | |
|---|---|---|
| _Signature_ | Jahna M. Hartwig<br>Printed Name | 06/21/2013<br>Date |

☒ By checking this box, Applicant authorizes DDTC to email the Commodity Jurisdiction determination as well as any other information associated with this case. **The Commodity Jurisdiction determination will be mailed to the address below if box is not checked.**

| | | | | |
|---|---|---|---|---|
| Name: | Jahna M. Hartwig | | | |
| Title: | Partner | | | |
| Company: | Williams Mullen PC | | | |
| Address: | 1666 K St., NW, Suite 1200 | | | |
| City: | Washington | State: | DC | Zip Code: 20006 |
| Phone #: | 202-293-8145 | Email: | jhartwig@williamsmullen.com | |

OMB APPROVAL NO. 1405-0163
EXPIRATION DATE: 01/31/2013
*ESTIMATED BURDEN: 10 Hours

U.S. Department of State

# DS-4076 Commodity Jurisdiction (CJ) Determination Form

*PAPERWORK REDUCTION ACT STATEMENT: Public reporting burden for this collection of information is estimated to average 10 hours per response, including time required for searching existing data sources, gathering the necessary data, providing the information required, and reviewing the final collection. Send comments on the accuracy of this estimate of the burden and recommendations for reducing it to: Department of State (A/GIS/DIR) Washington, D.C. 20520.

## A. Applicant Information

**1. Applicant's Information: (Select all that apply)**

Applicant is: ☐ Government  ☐ Manufacturer  ☐ Exporter  ☐ Manufacturer's Representative  ☒ Other

Applicant Name: (Company, Organization) Defense Distributed

Address: 711 W. 32nd Street, Apt. 115

City: Austin  State: TX  Zip Code: 78705

Phone #: 501-743-9680  PM/DDTC Registrant Code: _____ (If applicable)

[Remove Item]  [Add Item]

Name: (Point of Contact) Cody R. Wilson

Phone #: 501-743-9680  Fax #: _____  Email: crw@defdist.org

**2. Submitter Information if other than Applicant in Block 1:** (Complete if applicable)

Submitter Name: (Company, Organization) Williams Mullen PC

Address: 1666 K St., NW, Suite 1200

City: Washington  State: DC  Zip Code: 20006

Phone #: 202-293-8145  PM/DDTC Registrant Code: _____ (If applicable)

[Remove Item]  [Add Item]

Name: (Point of Contact) Jahna M. Hartwig

Phone #: 202-293-8145  Fax #: _____  Email: jhartwig@williamsmullen.com

☐ Attachment: Authorization from Applicant to Submitter authorizing submitter to file on its behalf and to release information in Block 5.

## B. Transaction Description and Compliance Information

**3. Transaction Description:** (Note: No request involving Classified information will be considered.)
This Application Represents:

a. ☒ New Request

b. ☐ Resubmission  Prior CJ Case Number: _____

　　☐ Returned Without Action (RWA)

　　☐ Reconsideration (Include Prior CJ Determination Case Number)

　　Summarize Reason for Resubmission (limited to 1200 characters)

　　[                                                                    ]

Related to Compliance Matter (limited to 1200 characters)  ☒ Yes  ☐ No

If yes, provide disclosure and/or case number (if available) and details to include U.S. Government Point of Contact. If status changes advise DDTC. DTCC Case 13-0001444. This CJ is submitted at the request of DTCC/END in its letter to Defense Distributed dated May 8, 2013. The DTCC/END Compliance Specialist is assigned to this matter is Ms. Bridget Van Buren.

## C. Commodity Description

**4. Select Commodity Type: (Select all that apply)** (22 C.F.R. 120.9, 120.10 and 121.8)

☐ End Item  ☐ Component/Major  ☐ Component/Minor  ☐ Part  ☐ Accessory/Attachment

☐ Software  ☐ Firmware  ☐ Services  ☐ System  ☒ Information or Technical Data

**5. Commodity/Service Information:** (Note: Complete all that apply and if not applicable, enter "N/A".)

a. Product Name: Voltlock Electronic Black Powder System Data Files

b. Model/Version Number: N/A

c. Part Number: N/A

d. National Stock Number: N/A

e. Other Identifier: (If applicable) N/A

f. Manufacturer: Mozi

g. Service: N/A

h. Generic Description: STL and IGS CAD files for models of cylinders of various bores with a touch hole

i.  Manufacturer's Website:     www.defdist.org

j.  Commodity/Service Website: http://defcad.com/voltlock-black-powder/

Note:  Only one commodity may be entered; variants require separate submission.  However, variants of a commodity or a family of commodities closely related, that is, major characteristics and descriptive information of the commodity are essentially the same and would be included in the same U.S. Munitions List category and subcategory may be considered.

## 6. Additional Commodity Information/Documentation:
(Brochures, Technical Information, Drawings, Schematics, Blue Prints, Course Syllabus/Handouts, Training Materials.) Attach product datasheet or other technical information such that an informed technical evaluation is possible.) Note: cost in U.S. Dollars.  If unit is not listed in drop down list, e.g. service or training, enter the commodity.

a. Cost Per Unit:          $0.00                          Copies

b. Documentation Attached: ☒

c. Patent Information:      n/a

## 7. Commodity/Service Description: *(limited to 1200 characters)*
Brief summary of commodity or service (e.g. component used in aircraft communication system).  Describe the product's use (what it does, how it operates, the components/system in which it is used and all current uses).  Specify if commodity/service is controlled or restricted for public release by U.S. Government.

The files are twelve CAD files for models of cylinders of various bores with a touch hole.  Eleven of the files are in the STL file format and one is in the IGS format.  If those pieces were printed on a 3D printer and used with an electronic ignition, the barrel would be expected to fail.

## 8. Identify any special and/or unique characteristics/capabilities: (Mark all boxes that apply and provide explanation/description)

a. ☐ Designed to military or intelligence standards or specifications.

b. ☐ Designed for military application.

c. ☐ Special characteristics (e.g. radiation-hardening, ballistic protection, hard points, TEMPEST capability, thermal or infrared signature reduction capability, surveillance or intelligence gathering capability).

d. ☐ Commercial item modified for military application, provide nomenclature and model number to differentiate from commercial item.

e. ☐ Commercial item modified for military application, state specific distinct difference between original commercial item and modified item.

f. ☐ Services (provide comparable information as that which provided above and by marking this box, indicate it is for services versus hardware).

Explanation/Description (If the product is included in a higher assembly or end item, identify each higher assembly or end item that incorporates the product and its use. Identify all military applications and military capabilities of the product, and any equivalent products used for military application.) Summarize technical details of special characteristics (e.g. if image intensification tubes, provide level of technology, such as Gen II, Gen III, etc.). *(limited to 600 characters)*
N/A

# D. Product Origin

## 9. Military/Commercial Modification of Commodity:

a. Was this commodity originally specifically designed or developed for a military use?
☐ Yes   ☒ No

b. Was this commodity originally civil and subsequently adapted, configured or modified for a military use?
☐ Yes   ☒ No

c. Was this commodity originally military and subsequently adapted, reconfigured or modified for commercial use?
☐ Yes   ☒ No

d. Specifically define the modifications/changes and capabilities added to the commodity.  List any differences in form, fit and/or function between the modified and unmodified versions: *(limited to 600 characters)*
N/A

☐ Supporting Documentation Attached

## 10. Status of Product Development: (Mark the status of the product and provide an explanation/description)

a. ☒ In Development

b. ☐ In Use

Explanation/Description *(limited to 4000 characters)*

To the best of Defense Distributed's knowledge, this file is conceptual in nature and has not been used to produce the plastic cylinders.

☐ Supporting Documentation Attached

## 11. Funding History: (Check all that apply)
Include funding source contract or subcontract number and supporting documentation.

a. ☐ USG Agency

b. ☐ Foreign Government Agency

c. ☐ U.S. or Foreign Contractor

d. ☒ Self Funded

e. ☐ University Funded

Explanation/Description *(limited to 600 characters)*

To the best of Defense Distributed's knowledge, Mozi received no funding from any outside source for the creation of the file.

☐ Supporting Documentation Attached

## 12. U.S. and/or Foreign Availability of **Identical** Products: (Enter Foreign Export Controls, if known)

☐ None

Add Item

Remove Item

Manufacturer: Allan Howard

Commodity: Ruger kmkiii6 stainless steel .22 automatic pistol with 6" barrel CAD Files

Model #: N/A          In Use/In Development: In Use

Foreign Exports Control:

Manufacturer's Website: http://grabcad.com/library/ruger-kmkiii-stainless-steel-22-automatic-pistol-with-6-barrel

Remove Item

Manufacturer: Tom Prex

Commodity: .22lr pistol CAD files

Model #: N/A          In Use/In Development: In Use

Foreign Exports Control:

Manufacturer's Website: http://grabcad.com/library/22lr-pistol

Remove Item

Manufacturer: Fred Works

Commodity: Browning Buck Mark Threaded Barrel

Model #: N/A          In Use/In Development: In Use

Foreign Exports Control:

Manufacturer's Website: http://grabcad.com/library/browning-buck-mark-threaded-barrel

Explanation/Description  (limited to 600 characters)

These CAD files are for a models of a complete .22 pistol, including the barrel and grip, as well as other components, and the barrel of a .22 caliber pistol.

☒ Supporting Documentation Attached

## E. Sales Information

### 13. Sales Information: (Select One) (See Block 13 Template)
Military and commercial sales data must be provided, as well as listing of the military and commercial customers. The information pertains specifically to the commodity/service in Block 8. Complete the attachment, if applicable. (Note: Submit one single file up to 35MB with sales information. Do not separate the sales information into multiple smaller files.)

☐ Sales Information Attachment (Template "Block 13 Sales Information")Attached

☒ No Sales

## F. Miscellaneous Information

### 14. Has this Commodity been: (limited to 100 characters)

a. Has this Commodity been Previously Exported          ☒ Yes   ☐ No   ☐ Unknown

If yes, cite U.S. Government licensing jurisdiction and provide license number, if applicable.

Posted to the internet as public domain information.

b. Has this Commodity been the subject of a Prior CJ?          ☐ Yes   ☐ No   ☒ Unknown

If yes, Cite CJ Number.

(Applicant should list any prior CJ even if not submitted by them, e.g., submitted by Original Equipment Manufacturer (OEM), by the U.S. Government or by a third party.)

c. Has this Commodity been subject to a Department of Commerce Classification Request?          ☐ Yes   ☐ No   ☒ Unknown

If yes, cite U.S. Government licensing jurisdiction and if under Department of Commerce, attach a copy with Export Control Classification Number (ECCN).

d. Has this Commodity been Exported under a Foreign Military Sale (FMS) case?          ☐ Yes   ☐ No   ☒ Unknown

If yes, cite Foreign Military Sale (FMS) case number.

### 15. Description of the commodity and final DDTC action will be posted on the DDTC website for public access based on the information provided in Block 5 and any other descriptive information provided below. If you believe that any information contained in Block 5 is proprietary, please specifically identify the information below and provide summarized rationale for DDTC to consider withholding the information from public notice: (Limited to 600 characters. Additional justification may be provided as an attachment.)

N/A

### 16. Reason for Submitting CJ: (limited to 600 characters)

Per request of DTCC/END, Case No. 13-0001444.

**17. Suggested U.S. Munitions List or Commerce Control List Number:**

a. U.S. Munitions List (22 C.F.R. 121) Category/Sub Category

N/A

b. Export Administration Regulations (15 C.F.R. 730-774), Export Control Classification Number

N/A

**18. Other Miscellaneous Information to be Considered that is not Otherwise Included in this Form:** (e.g. U.S. Government Agency and point of contact information.) *(limited to 300 characters)*

☒ Supporting Documentation Attached

*9*

## G. Applicant/Submitter's Certification

**19. Applicant/Submitter's Certification:** Note: ONLY this one page must be printed, signed, and scanned as an attachment.

Under Penalty According to Federal Law (See 22 CFR 127, 22 U.S.C. 2778, and 22 U.S.C. 1001).

I am the authorized employee of the company cited in Block 1, or a third party as described in Block 2 authorized to submit on behalf of the company in Block 4, and certify as to the accuracy and completeness of the information provided and have not knowingly omitted information that could have an impact on the final determination issued by the U.S. Department of State. Furthermore, I have specific authority to release for publication the text contained in Block 5.

| | | |
|---|---|---|
| _Signature_ | Jahna M. Hartwig<br>Printed Name | 06/21/2013<br>Date |

☒ By checking this box, Applicant authorizes DDTC to email the Commodity Jurisdiction determination as well as any other information associated with this case. **The Commodity Jurisdiction determination will be mailed to the address below if box is not checked.**

| | |
|---|---|
| Name: | Jahna M. Hartwig |
| Title: | Partner |
| Company: | Williams Mullen PC |
| Address: | 1666 K St., NW, Suite 1200 |

| City: | Washington | State: | DC | Zip Code: | 20006 |
|---|---|---|---|---|---|
| Phone #: | 202-293-8145 | Email: | jhartwig@williamsmullen.com | | |

Electronic Form Version Number: 1.2
For DDTC Use Only
CJ Number: _____

OMB APPROVAL NO. 1405-0163
EXPIRATION DATE: 01/31/2013
*ESTIMATED BURDEN: 10 Hours

U.S. Department of State

# DS-4076 Commodity Jurisdiction (CJ) Determination Form

*PAPERWORK REDUCTION ACT STATEMENT: Public reporting burden for this collection of information is estimated to average 10 hours per response, including time required for searching existing data sources, gathering the necessary data, providing the information required, and reviewing the final collection. Send comments on the accuracy of this estimate of the burden and recommendations for reducing it to: Department of State (A/GIS/DIR) Washington, D.C. 20520.*

## A. Applicant Information

**1. Applicant's Information: (Select all that apply)**

Applicant is: ☐ Government ☐ Manufacturer ☐ Exporter ☐ Manufacturer's Representative ☒ Other

Applicant Name: (Company, Organization) Defense Distributed

Address: 711 W. 32nd Street, Apt. 115

City: Austin    State: TX    Zip Code: 78705

Phone #: 501-743-9680    PM/DDTC Registrant Code: _____ (If applicable)

[Add Item]

**Remove Item**

Name: (Point of Contact) Cody R. Wilson

Phone #: 501-743-9680    Fax #: _____    Email: crw@defdist.org

**2. Submitter Information if other than Applicant in Block 1: (Complete if applicable)**

Submitter Name: (Company, Organization) Williams Mullen PC

Address: 1666 K St., NW, Suite 1200

City: Washington    State: DC    Zip Code: 20006

Phone #: 202-293-8145    PM/DDTC Registrant Code: _____ (If applicable)

[Add Item]

**Remove Item**

Name: (Point of Contact) Jahna M. Hartwig

Phone #: 202-293-8145    Fax #: _____    Email: jhartwig@williamsmullen.com

☐ Attachment: Authorization from Applicant to Submitter authorizing submitter to file on its behalf and to release information in Block 5.

## B. Transaction Description and Compliance Information

**3. Transaction Description:** (Note: No request involving Classified information will be considered.)
This Application Represents:

a. ☒ New Request

b. ☐ Resubmission    Prior CJ Case Number: _____

☐ Returned Without Action (RWA)

☐ Reconsideration (Include Prior CJ Determination Case Number)

Summarize Reason for Resubmission *(limited to 1200 characters)*

[_____]

Related to Compliance Matter *(limited to 1200 characters)*    ☒ Yes ☐ No

If yes, provide disclosure and/or case number (if available) and details to include U.S. Government Point of Contact. If status changes advise DDTC. DTCC Case 13-0001444. This CJ is submitted at the request of DTCC/END in its letter to Defense Distributed dated May 8, 2013. The DTCC/END Compliance Specialist is assigned to this matter is Ms. Bridget Van Buren.

## C. Commodity Description

**4. Select Commodity Type: (Select all that apply)** (22 C.F.R. 120.9, 120.10 and 121.8)

☐ End Item    ☐ Component/Major    ☐ Component/Minor    ☐ Part    ☐ Accessory/Attachment

☐ Software    ☐ Firmware    ☐ Services    ☐ System    ☒ Information or Technical Data

**5. Commodity/Service Information:** (Note: Complete all that apply and if not applicable, enter "N/A".)

| | |
|---|---|
| a. Product Name: | VZ-58 Front Sight Data Files |
| b. Model/Version Number: | N/A |
| c. Part Number: | N/A |
| d. National Stock Number: | N/A |
| e. Other Identifier: (If applicable) | N/A |
| f. Manufacturer: | Reimo Soosaar |
| g. Service: | N/A |
| h. Generic Description: | Solidworks CAD file and rendering of a model of a site for a VZ-58 rifle. |

i. Manufacturer's Website: www.defdist.org

j. Commodity/Service Website: http://defcad.com/vz-58-front-sight/

Note: Only one commodity may be entered; variants require separate submission. However, variants of a commodity or a family of commodities closely related, that is, major characteristics and descriptive information of the commodity are essentially the same and would be included in the same U.S. Munitions List category and subcategory may be considered.

## 6. Additional Commodity Information/Documentation:

(Brochures, Technical Information, Drawings, Schematics, Blue Prints, Course Syllabus/Handouts, Training Materials.) Attach product datasheet or other technical information such that an informed technical evaluation is possible.) Note: cost in U.S. Dollars. If unit is not listed in drop down list, e.g. service or training, enter the commodity.

a. Cost Per Unit:    $0.00    Copies

b. Documentation Attached: ☒

c. Patent Information:    n/a

## 7. Commodity/Service Description: *(limited to 1200 characters)*

Brief summary of commodity or service (e.g. component used in aircraft communication system). Describe the product's use (what it does, how it operates, the components/system in which it is used and all current uses). Specify if commodity/service is controlled or restricted for public release by U.S. Government.

The files are a SolidWorks CAD file in the .SLDPRT file format and a rendering of a model of a sight for a VZ-58 rifle. If printed on a 3D printer and used with a weapon, the sight would be expected to fail.

## 8. Identify any special and/or unique characteristics/capabilities: (Mark all boxes that apply and provide explanation/description)

a. ☐ Designed to military or intelligence standards or specifications.

b. ☐ Designed for military application.

c. ☐ Special characteristics (e.g. radiation-hardening, ballistic protection, hard points, TEMPEST capability, thermal or infrared signature reduction capability, surveillance or intelligence gathering capability).

d. ☐ Commercial item modified for military application, provide nomenclature and model number to differentiate from commercial item.

e. ☐ Commercial item modified for military application, state specific distinct difference between original commercial item and modified item.

f. ☐ Services (provide comparable information as that which provided above and by marking this box, indicate it is for services versus hardware).

Explanation/Description (If the product is included in a higher assembly or end item, identify each higher assembly or end item that incorporates the product and its use. Identify all military applications and military capabilities of the product, and any equivalent products used for military application.) Summarize technical details of special characteristics (e.g. if image intensification tubes, provide level of technology, such as Gen II, Gen III, etc.). *(limited to 600 characters)*

N/A

# D. Product Origin

## 9. Military/Commercial Modification of Commodity:

a. Was this commodity originally specifically designed or developed for a military use?

☐ Yes    ☒ No

b. Was this commodity originally civil and subsequently adapted, configured or modified for a military use?

☐ Yes    ☒ No

c. Was this commodity originally military and subsequently adapted, reconfigured or modified for commercial use?

☐ Yes    ☒ No

d. Specifically define the modifications/changes and capabilities added to the commodity. List any differences in form, fit and/or function between the modified and unmodified versions: *(limited to 600 characters)*

N/A

☐ Supporting Documentation Attached

## 10. Status of Product Development: (Mark the status of the product and provide an explanation/description)

a. ☒ In Development

b. ☐ In Use

Explanation/Description *(limited to 4000 characters)*

To the best of Defense Distributed's knowledge, this file is conceptual in nature and has not been used to produce a plastic rifle sight model.

☐ Supporting Documentation Attached

## 11. Funding History: (Check all that apply)

Include funding source contract or subcontract number and supporting documentation.

a. ☐ USG Agency

b. ☐ Foreign Government Agency

c. ☐ U.S. or Foreign Contractor

d. ☒ Self Funded

e. ☐ University Funded

Explanation/Description *(limited to 600 characters)*

To the best of Defense Distributed's knowledge, Reimo Soosaar received no funding from any outside source for the creation of the file.

☐ Supporting Documentation Attached

**12. U.S. and/or Foreign Availability of Identical Products:** (Enter Foreign Export Controls, if known)   `Add Item`
☐ None

`Remove Item`

Manufacturer: Reimo Soosaar

Commodity:   Front sight for vz.58 rifle

Model #:   N/A                                              In Use/In Development: In Use

Foreign Exports Control:

Manufacturer's Website: http://grabcad.com/library/front-sight-for-vz-dot-58-rifle

Explanation/Description (limited to 600 characters)

This file was published on Thingiverse in December 2012 and is still available on that site.

☒ Supporting Documentation Attached

## E. Sales Information

**13. Sales Information:** (Select One) (See Block 13 Template)
Military and commercial sales data must be provided, as well as listing of the military and commercial customers. The information pertains specifically to the commodity/ service in Block 8. Complete the attachment, if applicable. (Note: Submit one single file up to 35MB with sales information. Do not separate the sales information into multiple smaller files.)

☐ Sales Information Attachment (Template "Block 13 Sales Information") Attached

☒ No Sales

## F. Miscellaneous Information

**14. Has this Commodity been:** (limited to 100 characters)

a. Has this Commodity been Previously Exported                    ☒ Yes   ☐ No   ☐ Unknown

   If yes, cite U.S. Government licensing jurisdiction and provide license number, if applicable.

   Posted to the internet as public domain information.

b. Has this Commodity been the subject of a Prior CJ?            ☐ Yes   ☐ No   ☒ Unknown

   If yes, Cite CJ Number.
   (Applicant should list any prior CJ even if not submitted by them, e.g., submitted by Original Equipment Manufacturer (OEM), by the U.S. Government or by a third party.)

c. Has this Commodity been subject to a Department of Commerce Classification Request?   ☐ Yes   ☐ No   ☒ Unknown

   If yes, cite U.S. Government licensing jurisdiction and if under Department of Commerce, attach a copy with Export Control Classification Number (ECCN).

d. Has this Commodity been Exported under a Foreign Military Sale (FMS) case?   ☐ Yes   ☐ No   ☒ Unknown

   If yes, cite Foreign Military Sale (FMS) case number.

**15.** Description of the commodity and final DDTC action will be posted on the DDTC website for public access based on the information provided in Block 5 and any other descriptive information provided below. If you believe that any information contained in Block 5 is proprietary, please specifically identify the information below and provide summarized rationale for DDTC to consider withholding the information from public notice: (Limited to 600 characters. Additional justification may be provided as an attachment.)

N/A

**16. Reason for Submitting CJ:** (limited to 600 characters)

Per request of DTCC/END, Case No. 13-0001444.

**17. Suggested U.S. Munitions List or Commerce Control List Number:**

a. U.S. Munitions List (22 C.F.R. 121) Category/Sub Category

N/A

b. Export Administration Regulations (15 C.F.R. 730-774), Export Control Classification Number

N/A

**18. Other Miscellaneous Information to be Considered that is not Otherwise Included in this Form:** (e.g. U.S. Government Agency and point of contact information.)
(limited to 300 characters)

☒ Supporting Documentation Attached

## G. Applicant/Submitter's Certification

**19. Applicant/Submitter's Certification:** Note: ONLY this one page must be printed, signed, and scanned as an attachment.

Under Penalty According to Federal Law (See 22 CFR 127, 22 U.S.C. 2778, and 22 U.S.C. 1001).

I am the authorized employee of the company cited in Block 1, or a third party as described in Block 2 authorized to submit on behalf of the company in Block 4, and certify as to the accuracy and completeness of the information provided and have not knowingly omitted information that could have an impact on the final determination issued by the U.S. Department of State. Furthermore, I have specific authority to release for publication the text contained in Block S.

| Signature | Jahna M. Hartwig | 06/21/2013 |
|---|---|---|
| | Printed Name | Date |

☒ By checking this box, Applicant authorizes DDTC to email the Commodity Jurisdiction determination as well as any other information associated with this case.
**The Commodity Jurisdiction determination will be mailed to the address below if box is not checked.**

Name: Jahna M. Hartwig

Title: Partner

Company: Williams Mullen PC

Address: 1666 K St., NW, Suite 1200

City: Washington  State: DC  Zip Code: 20006

Phone #: 202-293-8145  Email: jhartwig@williamsmullen.com

Electronic Form Version Number: 1.2
For DDTC Use Only
CJ Number: _____

OMB APPROVAL NO. 1405-0163
EXPIRATION DATE: 01/31/2013
*ESTIMATED BURDEN: 10 Hours

U.S. Department of State

# DS-4076 Commodity Jurisdiction (CJ) Determination Form

*PAPERWORK REDUCTION ACT STATEMENT: Public reporting burden for this collection of information is estimated to average 10 hours per response, including time required for searching existing data sources, gathering the necessary data, providing the information required, and reviewing the final collection. Send comments on the accuracy of this estimate of the burden and recommendations for reducing it to: Department of State (A/GIS/DIR) Washington, D.C. 20520.

## A. Applicant Information

**1. Applicant's Information: (Select all that apply)**

Applicant is: ☐ Government ☐ Manufacturer ☐ Exporter ☐ Manufacturer's Representative ☒ Other

Applicant Name: (Company, Organization) Defense Distributed

Address: 711 W. 32nd Street, Apt. 115

City: Austin    State: TX    Zip Code: 78705

Phone #: 501-743-9680    PM/DDTC Registrant Code: _____ (If applicable)

[ Add Item ]

[ Remove Item ]

Name: (Point of Contact) Cody R. Wilson

Phone #: 501-743-9680    Fax #: _____    Email: crw@defdist.org

**2. Submitter Information if other than Applicant in Block 1:** (Complete if applicable)

Submitter Name: (Company, Organization) Williams Mullen PC

Address: 1666 K St., NW, Suite 1200

City: Washington    State: DC    Zip Code: 20006

Phone #: 202-293-8145    PM/DDTC Registrant Code: _____ (If applicable)

[ Add Item ]

[ Remove Item ]

Name: (Point of Contact) Jahna M. Hartwig

Phone #: 202-293-8145    Fax #: _____    Email: jhartwig@williamsmullen.com

☐ Attachment: Authorization from Applicant to Submitter authorizing submitter to file on its behalf and to release information in Block 5.

## B. Transaction Description and Compliance Information

**3. Transaction Description:** (Note: No request involving Classified information will be considered.)
This Application Represents:

a. ☒ New Request

b. ☐ Resubmission    Prior CJ Case Number: _____

☐ Returned Without Action (RWA)

☐ Reconsideration (Include Prior CJ Determination Case Number)

Summarize Reason for Resubmission (limited to 1200 characters)

Related to Compliance Matter (limited to 1200 characters)    ☒ Yes ☐ No

If yes, provide disclosure and/or case number (if available) and details to include U.S. Government Point of Contact. If status changes advise DDTC. DTCC Case 13-0001444. This CJ is submitted at the request of DTCC/END in its letter to Defense Distributed dated May 8, 2013. The DTCC/END Compliance Specialist is assigned to this matter is Ms. Bridget Van Buren.

## C. Commodity Description

**4. Select Commodity Type:** (Select all that apply) (22 C.F.R. 120.9, 120.10 and 121.8)

☐ End Item    ☐ Component/Major    ☐ Component/Minor    ☐ Part    ☐ Accessory/Attachment

☐ Software    ☐ Firmware    ☐ Services    ☐ System    ☒ Information or Technical Data

**5. Commodity/Service Information:** (Note: Complete all that apply and if not applicable, enter "N/A".)

a. Product Name:    Springfield XD-40 Tactical Slide Assembly Data Files

b. Model/Version Number:    N/A

c. Part Number:    N/A

d. National Stock Number:    N/A

e. Other Identifier: (If applicable)    N/A

f. Manufacturer:    Gary G

g. Service:    N/A

h. Generic Description:    Nineteen SolidWorks CAD data files for components of a Springfield XD-40 Tactical Slide Assembly

i. Manufacturer's Website: www.defdist.org

j. Commodity/Service Website: http://defcad.com/springfield-xd-40-tactical-slide-assembly/

Note: Only one commodity may be entered; variants require separate submission. However, variants of a commodity or a family of commodities closely related, that is, major characteristics and descriptive information of the commodity are essentially the same and would be included in the same U.S. Munitions List category and subcategory may be considered.

## 6. Additional Commodity Information/Documentation:
(Brochures, Technical Information, Drawings, Schematics, Blue Prints, Course Syllabus/Handouts, Training Materials.) Attach product datasheet or other technical information such that an informed technical evaluation is possible.) Note: cost in U.S. Dollars. If unit is not listed in drop down list, e.g. service or training, enter the commodity.

a. Cost Per Unit: $0.00       Copies

b. Documentation Attached: ☒

c. Patent Information: n/a

## 7. Commodity/Service Description: (limited to 1200 characters)
Brief summary of commodity or service (e.g. component used in aircraft communication system). Describe the product's use (what it does, how it operates, the components/system in which it is used and all current uses). Specify if commodity/service is controlled or restricted for public release by U.S. Government.

The files are nineteen Computer Aided Design (CAD) data files in the SolidWorks .SLDPRT file format for models of components of a pistol slide for the Springfield XD-40. The components, if printed on a 3D printer, would be plastic pieces in the shape of the components of the slide assembly, but would be expected to fail if used with a weapon.

## 8. Identify any special and/or unique characteristics/capabilities: (Mark all boxes that apply and provide explanation/description)

a. ☐ Designed to military or intelligence standards or specifications.

b. ☐ Designed for military application.

c. ☐ Special characteristics (e.g. radiation-hardening, ballistic protection, hard points, TEMPEST capability, thermal or infrared signature reduction capability, surveillance or intelligence gathering capability).

d. ☐ Commercial item modified for military application, provide nomenclature and model number to differentiate from commercial item.

e. ☐ Commercial item modified for military application, state specific distinct difference between original commercial item and modified item.

f. ☐ Services (provide comparable information as that which provided above and by marking this box, indicate it is for services versus hardware).

Explanation/Description (If the product is included in a higher assembly or end item, identify each higher assembly or end item that incorporates the product and its use. Identify all military applications and military capabilities of the product, and any equivalent products used for military application.) Summarize technical details of special characteristics (e.g. if image intensification tubes, provide level of technology, such as Gen II, Gen III, etc.). (limited to 600 characters)

N/A

# D. Product Origin

## 9. Military/Commercial Modification of Commodity:

a. Was this commodity originally specifically designed or developed for a military use?

☐ Yes   ☒ No

b. Was this commodity originally civil and subsequently adapted, configured or modified for a military use?

☐ Yes   ☒ No

c. Was this commodity originally military and subsequently adapted, reconfigured or modified for commercial use?

☐ Yes   ☒ No

d. Specifically define the modifications/changes and capabilities added to the commodity. List any differences in form, fit and/or function between the modified and unmodified versions: (limited to 600 characters)

N/A

☐ Supporting Documentation Attached

## 10. Status of Product Development: (Mark the status of the product and provide an explanation/description)

a. ☒ In Development

b. ☐ In Use

Explanation/Description (limited to 4000 characters)

To the best of Defense Distributed's knowledge, this file is conceptual in nature and has not been used to produce the plastic model of the slide assembly.

☐ Supporting Documentation Attached

## 11. Funding History: (Check all that apply)
Include funding source contract or subcontract number and supporting documentation.

a. ☐ USG Agency

b. ☐ Foreign Government Agency

c. ☐ U.S. or Foreign Contractor

d. ☒ Self Funded

e. ☐ University Funded

Explanation/Description (limited to 600 characters)

To the best of Defense Distributed's knowledge, Gary G received no funding from any outside source for the creation of the file.

☐ Supporting Documentation Attached

**12. U.S. and/or Foreign Availability of Identical Products:** (Enter Foreign Export Controls, if known)

☐ None                                                          Add Item

Remove Item

Manufacturer: Reimo Soosaar

Commodity:   Pistol Slide CAD files

Model #:      N/A                                    In Use/In Development: In Use

Foreign Exports Control:

Manufacturer's Website: http://grabcad.com/library/pistol-slide--1

Remove Item

Manufacturer: Dominic Megali

Commodity:   Glock 21 slide

Model #:      N/A                                      In Use/In Development: In Use

Foreign Exports Control:

Manufacturer's Website: http://grabcad.com/library/glock-21-slide

Remove Item

Manufacturer: Steven Kiley

Commodity:   Real sig p226 slide

Model #:      N/A                                      In Use/In Development: In Use

Foreign Exports Control:

Manufacturer's Website: http://grabcad.com/library/real-sig-p226-slide

Remove Item

Manufacturer: mutlu

Commodity:   Colt m1911 slide assembly

Model #:      N/A                                      In Use/In Development: In Use

Foreign Exports Control:

Manufacturer's Website: http://grabcad.com/library/colt-m1911-slide-assembly

Explanation/Description *(limited to 600 characters)*

These CAD files contain drawings for models of various slide mechanisms.

☐ Supporting Documentation Attached

## E. Sales Information

**13. Sales Information:** (Select One) (See Block 13 Template)
Military and commercial sales data must be provided, as well as listing of the military and commercial customers. The information pertains specifically to the commodity/ service in Block 8. Complete the attachment, if applicable. (Note: Submit one single file up to 35MB with sales information. Do not separate the sales information into multiple smaller files.)

☐ Sales Information Attachment (Template "Block 13 Sales Information") Attached

☒ No Sales

## F. Miscellaneous Information

**14. Has this Commodity been:** *(limited to 100 characters)*

a. Has this Commodity been Previously Exported                       ☒ Yes    ☐ No   ☐ Unknown
    If yes, cite U.S. Government licensing jurisdiction and provide license number, if applicable.

Posted to the internet as public domain information.

b. Has this Commodity been the subject of a Prior CJ?                 ☐ Yes    ☐ No   ☒ Unknown
    If yes, Cite CJ Number.
    (Applicant should list any prior CJ even if not submitted by them, e.g., submitted by Original Equipment Manufacturer (OEM), by the U.S. Government or by a third party.)

c. Has this Commodity been subject to a Department of Commerce Classification Request?   ☐ Yes    ☐ No   ☒ Unknown
    If yes, cite U.S. Government licensing jurisdiction and if under Department of Commerce, attach a copy with Export Control Classification Number (ECCN).

d. Has this Commodity been Exported under a Foreign Military Sale (FMS) case?      ☐ Yes    ☐ No   ☒ Unknown
    If yes, cite Foreign Military Sale (FMS) case number.

**15. Description of the commodity and final DDTC action will be posted on the DDTC website for public access based on the information provided in Block 5 and any other descriptive information provided below. If you believe that any information contained in Block 5 is proprietary, please specifically identify the information below and provide summarized rationale for DDTC to consider withholding the information from public notice:** *(Limited to 600 characters. Additional justification may be provided as an attachment.)*

N/A

**16. Reason for Submitting CJ:** *(limited to 600 characters)*

Per request of DTCC/END, Case No. 13-0001444.

**17. Suggested U.S. Munitions List or Commerce Control List Number:**

a. U.S. Munitions List (22 C.F.R. 121) Category/Sub Category

N/A

b. Export Administration Regulations (15 C.F.R. 730-774), Export Control Classification Number

N/A

**18. Other Miscellaneous Information to be Considered that is not Otherwise Included in this Form:** (e.g. U.S. Government Agency and point of contact information.) *(limited to 300 characters)*

☒ Supporting Documentation Attached

## G. Applicant/Submitter's Certification

**19. Applicant/Submitter's Certification:** Note: ONLY this one page must be printed, signed, and scanned as an attachment.

Under Penalty According to Federal Law (See 22 CFR 127, 22 U.S.C. 2778, and 22 U.S.C. 1001).

I am the authorized employee of the company cited in Block 1, or a third party as described in Block 2 authorized to submit on behalf of the company in Block 4, and certify as to the accuracy and completeness of the information provided and have not knowingly omitted information that could have an impact on the final determination issued by the U.S. Department of State. Furthermore, I have specific authority to release for publication the text contained in Block 5.

| Signature | Jahna M. Hartwig | 06/21/2013 |
|---|---|---|
| | Printed Name | Date |

☒ By checking this box, Applicant authorizes DDTC to email the Commodity Jurisdiction determination as well as any other information associated with this case. The Commodity Jurisdiction determination will be mailed to the address below if box is not checked.

| Name: | Jahna M. Hartwig | | | | |
|---|---|---|---|---|---|
| Title: | Partner | | | | |
| Company: | Williams Mullen PC | | | | |
| Address: | 1666 K St., NW, Suite 1200 | | | | |
| City: | Washington | State: | DC | Zip Code: | 20006 |
| Phone #: | 202-293-8145 | Email: | jhartwig@williamsmullen.com | | |

DS-4076
01-2013