

Try Prime | Books | Deliver to Tucson 85701 | Departments — Your Amazon.com | EN | Hello. Sign in Account & Lists | Orders | Try Prime | 0 Cart

Books | Advanced Search | New Releases | Amazon Charts | Best Sellers & More | The New York Times® Best Sellers | Children's Books | Textbooks

$10 & under with FREE shipping

Books › Arts & Photography › Architecture



See this image

# The Liberator Code Book: An Exercise in the Freedom of Speech
Paperback – August 1, 2018

by **C J Awelow** (Author)

1 customer review

 #1 New Release in Computer Modelling

See all formats and editions

**Paperback**
**$15.00**

1 New from $15.00

The purpose of this exercise is to give a physical analogy between computer code and books. Code is speech. This is a printed copy of .step files for the

**"The Other Woman" by Sandie Jones**
"The Other Woman is an absorbing thriller with a great twist. A perfect beach read." — Kristin Hannah, #1 New York Times bestselling author of "The Great Alone" Pre-order today

Share

**Buy New**     $15.00

Qty: 1

**FREE Shipping** on orders over $25—or get **FREE Two-Day Shipping** with **Amazon Prime**

**In Stock.**
Ships from and sold by Amazon.com.
Gift-wrap available.

☐ Yes, I want **FREE Two-Day Shipping** with Amazon Prime

[ Add to Cart ]

[ Buy Now ]

Turn on 1-Click ordering for this browser

Want it Tuesday, Aug. 14? Order within **4 hrs 8 mins** and choose **Two-Day Shipping** at checkout. Details

Deliver to Tucson 85701

[ Add to List ]

Have one to sell?   [ Sell on Amazon ]



**Building Codes Ill...**

*Dive into the history and application of the International Building Code with this guide from Francis D.K. Ching*

› Learn more

Ad feedback

## Product details

**Paperback:** 430 pages
**Publisher:** CreateSpace Independent Publishing Platform (August 1, 2018)
**Language:** English
**ISBN-10:** 1724740733

**ISBN-13:** 978-1724740731
**Product Dimensions:** 6 x 1 x 9 inches
**Shipping Weight:** 1.6 pounds (View shipping rates and policies)
**Average Customer Review:**                     1 customer review
**Amazon Best Sellers Rank:** #13,534 in Books (See Top 100 in Books)

#2 in Books > Computers & Technology > Graphics & Design > **Computer Modelling**
#2 in Books > Computers & Technology > Graphics & Design > **CAD**
#8 in Books > Arts & Photography > Architecture > **Drafting & Presentation**

Would you like to **tell us about a lower price**?
If you are a seller for this product, would you like to **suggest updates through seller support**?

Related Video Shorts (0)   Upload your video



Be the first video
Your name here

Tell the Publisher!
I'd like to read this book on Kindle

Don't have a Kindle? Get your Kindle here, or download a **FREE Kindle Reading App**.

## Customer reviews



**1**
5.0 out of 5 stars

| | |
|---|---|
| 5 star | 100% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

Share your thoughts with other customers

Write a customer review

**Search customer reviews**

[                    ]  Search

See all 1 customer reviews

### Top customer reviews

Roadblock

**I like freedom of speech!**
August 11, 2018
Freedom of speech is a good thing. So is the US Consitution!
4 people found this helpful

Helpful   Not Helpful            Comment      Report abuse

See the review

Write a customer review

## Set up an Amazon Giveaway



Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract new followers and customers. Learn more about Amazon Giveaway

**This item:** The Liberator Code Book: An Exercise in the Freedom of Speech

Set up a giveaway

Your recently viewed items and featured recommendations

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| Blog | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| About Amazon | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Investor Relations | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| Amazon Devices | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
|  | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
|  | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
|  | › See all |  | Help |

English    United States

| Amazon Music<br>Stream millions<br>of songs | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business |
| AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants | Amazon Web Services<br>Scalable Cloud<br>Computing Services |
| Audible<br>Download<br>Audiobooks | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion |
| Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items |
| Prime Photos<br>Unlimited Photo Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands | TenMarks.com<br>Math Activities<br>for Kids & Schools | Amazon Warehouse<br>Great Deals on<br>Quality Used Products | Whole Foods Market<br>America's Healthiest<br>Grocery Store | Withoutabox<br>Submit to<br>Film Festivals |
|  | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Souq.com<br>Shop Online in<br>the Middle East | Subscribe with Amazon<br>Discover & try<br>subscription services |  |  |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2018, Amazon.com, Inc. or its affiliates