# EXHIBIT B

# Appendix 1

# DEFCAD File Summary



# AR-15 Assembly

# GrabCAD



**AR-15 M16 A1**

 boaz
 January 13th, 2013



# CNCGuns



Here are the files you can download for free. Currently there are three different types of files. First format is the SolidWorks E-drawings. This file format will allow anybody to open the files no matter what software you have installed. E-drawings is the most user friendly format since you don't have to have any special 3-D modeling (CAD) software to look at the files. The second format is the solid model file in *.igs format. You must have some sort of 3-D modeling (CAD) software to open this file format. If you are planning on doing the machining I have, you will need the *.igs file. But if you just want to open the file to look at it, you can download the E-drawing. And the last type of files you can download are the blueprints. I don't make blueprints of the solid models I make. So if you need a dimension while working on your project, you will have to reference the model. Later on, I hope to make available other files dealing with my projects...including sketches, setup sheets, programs, etc. Tim at dumpsterCNC made the 1911 solidmodel *.iges file. And y Andy at Helix60@neo.rr.com made the VZ58 *.iges file.

**My files are free to download, and if you share these files they must remain free!**

*Download instructions*
*SolidWorks E-drawings: Select the file you wish to download, click Save. To open the file, simply double click the *.exe file.*

*Solid Model *.igs File: Select the file you wish to download, click Save. Use your 3-D modeling (CAD) software to open file after you unzip it.*

*Blueprints: Select the file you wish to download, click Save. Use Adobe to open the file after you unzip it.*

### SolidWorks E-drawings
Select one...

### Solid Model *.igs Files
Select one...

### Blueprints
Select one...

The files below are complete solid models of the AR15/M16 and the 1911 firearms. I made the A2 style AR15 model, and Tom tom_eriksson@hotmail.com made the A1 style AR15 as well as the 1911 model. You can download other files Tom has made here. The files below are for visual reference only.

### Complete Firearm E-drawings
✓ Select one...
Justin's AR15/M16A2 solid model
Tom's AR15/M16A1 solid model
Tom's 1911 solid model

I have spent many hours creating [...] hese files useful and you want to show your support for my website [...] tions will be directed towards keeping this website going and also towards new projects. After every project I complete, I'll upload the files here. So if you want to show your support for this website and to keep these file FREE, you can send a donation through the PayPal link below.

# VZ. 58 Assembly

# GrabCAD



## vz. 58 Rifle


Oliver
November 23rd, 2016



# AR-10 Assembly

# GrabCAD



**AR-10 Battle Rifle (7.62x51mm)**


Oliver
November 8th, 2016



# Liberator Pistol Assembly

# GrabCAD



**LIBERATOR GUNS FULL**


Juan Fco
March 1st, 2015



# Beretta M9 Assembly

# GrabCAD



**Beretta 92FS**


**Gorjup Design**
September 25th, 2011



# 1911 Assembly

# GrabCAD



## Colt M1911 A1


Milos Golijanin
September 24th, 2017



# CNCGuns



# 10/22 Assembly

# GrabCAD



# CNCGuns



# 308 80% (AR-10) Lower Model

# CNCGuns



# AR-15 80% Lower Model

# GrabCAD



**Mil spec AR 15 Lower**


ToddAho
April 29th, 2012



# CNCGuns

# See Above

# **Appendix 2**

## **Other Files and Printables**

# g-code Files (like Ghost Gunner files)



# Printable Gun Files
# And MegaPack



**FOSSCAD MEGA PACK v4.8 (Ishikawa) Album**
by **maduece**   Apr 14 2016

Next Post >

**FOSSCAD: Gluty AR-15 9mm Pistol**
Here we have the Gluty AR-15 9mm Pistol and it works. This firearm is the colloration of 3 designers over the course of a few months. It accepts a Glock generation 3 or 4 magazine. This design is an improvement on the FOSSCAD Shuty AR-15 9mm Pistol version 4.0 MP-1. The Gluty uses all the same parts as the Shuty v4.0 MP-1 except for the lower receiver and magazine release.



FOSSCAD MEGA PACK v4.8 (Ishikawa) Album
by **maduece**   Apr 14 2016

**Next Post** ›

**FOSSCAD: Caleb AR-10 Lower Receiver**
This is an AR-10 receiver. It will not work with AR-15 uppers. It is DPMS pattern. Bolt hold open has been deleted on this lower receiver, so any AR-15 lower parts kit can be used to build it out. Ensure any parts kit installed has been rated for AR-10 use.

FOSSCAD: Nephilim AR-10 Lower Receiver v2.0



## FOSSCAD MEGA PACK v4.8 (Ishikawa) Album
by **maduece**   Apr 14 2016

**FOSSCAD: PM422 Songbird .22LR Pistol**

This is a single-shot, single-action 3d-printed pistol chambered in .22LR. It operates under a principle wherein the frame holds the barrel in compression axially and prevents the barrel layers from separating. This allows the barrel to be smaller in diameter than previous, unsupported designs. 100% printed barrels are not intended to have a long service life.



FOSSCAD MEGA PACK v4.8 (Ishikawa) Album
by maduece    Apr 14 2016

Next Post  ›

firing pin, and elastic bands are used as springs. Steel barrel or chamber liners are not required but will significantly extend the life of the cylinder. The cylinder version that accepts chamber inserts has a capacity of 8 rounds. When the trigger is at rest in the forward position, the cylinder is rotated such that the firing pin is not in line with any cartridge, making this firearm drop-safe. 100% printed barrels are not intended to have a long service life. Works best with subsonic ammunition.

Special thanks to FP of FOSSCAD for printing and test firing this design.



