- Print
- Workbench
- Community

- Log in
  - Library
  - Challenges
  - Groups
  - Questions
  - Tutorials
  - Engineers
    - Blog
    - Log in

Join 5,370,000 engineers with over 3,190,000 free CAD files Join the Community
Join 5,370,000 engineers with over 3,190,000 free CAD files Join the Community

Recent All time

- Popular
- Recent
- Most liked
- Most commented
- Most downloaded
- Following
- This week
- This month
- All time

Category

- 3D printing
- Aerospace
- Agriculture
- Architecture
- Automotive
- Aviation
- Components
- Computer
- Construction
- Educational
- Electrical
- Energy and Power
- Fixtures
- Furniture
- Hobby
- Household
- Industrial design
- Interior design
- Jewellery
- Just for fun
- Machine design
- Marine
- Medical
- Military
- Miscellaneous
- Nature
- Piping
- Robotics
- Speedrun
- Sport
- Tech
- Tools
- Toys

Software

- Alibre Design
- ArchiCAD
- AutoCAD
- AutoCAD Electrical
- Autodesk 3ds Max
- Autodesk Alias
- Autodesk Inventor
- Autodesk Maya

- Autodesk Revit
- Autodesk 123D
- BricsCAD
- Bentley MicroStation
- BlenderCAD
- BobCAD-CAM
- CATIA
- Delmia
- DraftSight
- FreeCAD
- Femap
- Fusion 360
- Geomagic Design
- IronCAD
- JT
- Kompas-3D
- KeyCreator
- KeyShot
- Lagoa
- Lightwave
- Luxology
- Mastercam
- Moi3D
- NX Unigraphics
- OBJ
- Onshape
- OpenSCAD
- Parasolid
- Powermill
- Powershape
- Pro/Engineer Wildfire
- PTC Creo Parametric
- PTC Creo Elements
- Rhino
- SOLIDWORKS
- solidThinking Evolve
- SpaceClaim
- SurfCAM
- Solid Edge
- SolidFace
- STEP / IGES
- SketchUp
- STL
- TopSolid
- TinkerCAD
- T-Flex CAD
- TurboCAD
- VectorWorks
- ViaCAD 3D
- VRML / WRL
- ZW3D
- Rendering
- Other
- GrabCAD Community
- GrabCAD Workbench
- GrabCAD Print

**Tag:** ar15×


September 18th, 2018
Lower receiver for Assaul...

by Berk Burak Biyikli

12 131 1
CATIA V5, Rendering, Other


September 16th, 2018
MK47 all parts

by hou yet

52 557 22
SOLIDWORKS 2017, Rendering, Other


September 6th, 2018
10" AR15 free-float M-LOK...

by Karl Ebert

12 85 0
Autodesk Inventor 2016, STEP / IGES, Rendering


September 6th, 2018
A2 Grip Adapter

by Karl Ebert

4 25 0
Autodesk Inventor 2016, STEP / IGES, STL, Rendering





August 7th, 2018



March 30th, 2018
Extended Castle nut buffe...

by James Stubbins



3 165 0
STEP / IGES



February 6th, 2018
AR15 7.5" Barrel

by Brandon Makowski



24 277 4
Autodesk Inventor, Rendering



January 23rd, 2018
Improved 3d Printable Bol...

by James Stubbins



118 1990 8
STEP / IGES, Rendering



December 22nd, 2017
Vz61 Skorpion for Sig Bra...



May 4th, 2018
AR-15 5.56 NATO Bolt

by bailey Savage



March 24th, 2018
Reinforced Magwell for Bo...

by James Stubbins



3 128 0
STEP / IGES



February 5th, 2018
AR-15_80_percent_Lower_Dr...

by Wizer



21 355 2
STEP / IGES, STL, Rendering



January 20th, 2018
Bolt Together Ar15 Grip P...

by James Stubbins



6 143 0
STEP / IGES



May 6th, 2018
Handguard for AR-15

by Race Reed



April 3rd, 2018
AR15 Bolt Cam Pin

by Brandon Makowski



2 147 0
Autodesk Inventor 2016



February 13th, 2018
Vz61 Skorpion reinforced ...

by James Stubbins



26 300 3
STEP / IGES



January 21st, 2018
Bolt Together Ar15 for M5...

by James Stubbins



37 540 3
STEP / IGES, Rendering



April 4th, 2018
Angled Foregip KeyMod

by Brandon Makowski



April 3rd, 2018
5.56 Bolt

by Brandon Makowski



9 155 0
Autodesk Inventor, Rendering



February 18th, 2018
CNC VICE JIG

by CHRIS ABBOTT



12 167 0
STEP / IGES



January 28th, 2018
Bolt Together Ar15 Lower ...

by James Stubbins



55 1007 11
STEP / IGES, Rendering



January 6th, 2018
AR barrel nut, lock ring,...

by Manuel Monroy



2 76 0



by [James Stubbins](#)



52 478 1
Fusion 360, STEP / IGES, Rendering



[December 13th, 2017](#)
[We The People American Fl...](#)

by [milton irick](#)



13 188 4
SOLIDWORKS 2016



[November 14th, 2017](#)
[Handguard](#)

by [IMAX](#)

9 188 1
STEP / IGES, Rendering



[November 11th, 2017](#)
[AR15 Flash Suppressor 8](#)

by [IMAX](#)

17 214 0
STEP / IGES, Rendering



[November 10th, 2017](#)
[AR15 Flash Suppressor 4](#)

by [IMAX](#)





[December 17th, 2017](#)
[AR15 9mm Glock Cleaning a...](#)

by [Matthias Hartmann](#)



[December 2nd, 2017](#)
[AR15 Cleaning and Mainten...](#)

by [Matthias Hartmann](#)

22 208 1
STL, Rendering





[November 11th, 2017](#)
[MK18 AR15 MK12 Handguard ...](#)

by [IMAX](#)



11 123 0
STEP / IGES, Rendering



[November 10th, 2017](#)
[Flash Suppressor 6](#)

by [IMAX](#)



15 147 0
STEP / IGES, Rendering







[December 8th, 2017](#)
[AR15 15 inch Handguard r...](#)
9 199 0
STL, Rendering

by [IMAX](#)

17 261 0
STEP / IGES, Rendering



[November 13th, 2017](#)
[AR15 Muzzle Break](#)

by [IMAX](#)



15 244 0
STEP / IGES, Rendering



[November 11th, 2017](#)
[Flash Suppressor 7](#)

by [IMAX](#)



26 249 0
STEP / IGES, Rendering



[November 10th, 2017](#)
[AR15 Flash Suppressor 3](#)

Autodesk Inventor



[December 16th, 2017](#)
[AR15 Cleaning Tool Spacer...](#)

by [Matthias Hartmann](#)



16 176 0
STL, Rendering



[November 20th, 2017](#)
[AR15 13 inch Handguard RA...](#)

by [IMAX](#)



17 357 0
STEP / IGES, Rendering



[November 11th, 2017](#)
[AR15 Flash Suppressor 9](#)

by [IMAX](#)



25 287 1
STEP / IGES, Rendering



[November 10th, 2017](#)
[AR15 Flash Suppressor 5](#)

by [IMAX](#)



12 105 0
STEP / IGES, Rendering



13 149 0



October 1st, 2017
Keymod reference

by Race Reed



10 185 4
STEP / IGES, Rendering



July 9th, 2017
Ar15 Safety Plug

by James Stubbins



4 91 1
Fusion 360, STEP / IGES



July 4th, 2017
Bolt-Together Ar15 AK Gri...

by James Stubbins



6 104 0
STL, Rendering



May 20th, 2017
M-16 DUCKBILL FLASH SUPRE...

by STONER FAN



13 168 0
Autodesk Inventor, STEP / IGES, Rendering

April 24th, 2017

AR15 Flash Suppressor 2

by IMAX



12 157 0



August 6th, 2017
CAA saddle to Pistol Buff...

by James Stubbins



20 142 0
Fusion 360, Rendering



June 30th, 2017
AR-15 Extended Bolt Relea...

by J W



24 365 0
SOLIDWORKS 2016, STL



May 20th, 2017
M-16 EARLY DUCKBILL FLASH...

by STONER FAN



7 97 0
Autodesk Inventor, STEP / IGES, Rendering, Other

by IMAX



20 190 0
STEP / IGES, Rendering



September 29th, 2017
Lock Nut - Muzzle Device ...

by Brian Stott



3 101 2
Autodesk Inventor 2015



July 4th, 2017
Bolt Together Ar15 3D pri...

by James Stubbins



10 165 0
Fusion 360, STEP / IGES, Rendering



May 31st, 2017
AR15 Stamped Steel Magazi...

by FredSWUG



57 1005 8
Parasolid, SOLIDWORKS 2016, STEP / IGES, STL, Rendering



November 10th, 2017
AR15 Flash Suppressor



July 9th, 2017
M-Lok Compatible AK Foreg...

by James Stubbins



4 96 0
STL



July 4th, 2017
Bolt Together AR15 3D Pri...

by James Stubbins



10 162 1
Fusion 360, STEP / IGES



May 20th, 2017
M-16 EARLY STRAIGHT GROOV...

by STONER FAN



16 225 0
Autodesk Inventor, STEP / IGES, Rendering



AR-15 carbine hand guard

by craig forcht



54 907  9



April 5th, 2017
S.T.O.W.

by James Stubbins



34 243  3
SketchUp, STL, Rendering



January 24th, 2017
AR-15 Barrel

by Matthew Sartain



32 722  0
STEP / IGES, Rendering



October 5th, 2016
USAGI sight

by Zhang Tian



86 657  1
CATIA V5, STL, Rendering, Other



April 5th, 2017
M7 Brass Knuckle Handguar...

by James Stubbins





March 14th, 2017
S&W 15-22 10 Rd Magazine

by BMee19



14 247  0
STL



February 18th, 2017
AR15 Lower Assembly Blank...

by Brandon Renner



24 251  0
STEP / IGES, Other, Rendering



December 23rd, 2016
Armalite AR10 lower

by craig forcht



131 1403  14
SOLIDWORKS 2013, Rendering

September 3rd, 2016



March 24th, 2017
AR-15 Magazine Coupler PM...

by Shiro kubocha



68 777  3
Autodesk Inventor, STL, Rendering



December 29th, 2016
Billet AR15 Lower

by craig forcht



135 1680  6
SOLIDWORKS, Rendering



September 3rd, 2016
Airsoft MK18 Assault Rifl...

by Максим Гутиков



310 3049  41
SOLIDWORKS 2016, STEP / IGES, STL, Rendering





March 8th, 2017
Compensator
6 144  0
STL, Rendering

by Daniel Leitu



5 143  0
SOLIDWORKS 2016



February 6th, 2017
AR15 30 ROUND MAGAZINE

by Seth G



62 1279  6
SOLIDWORKS 2012, Rendering



December 3rd, 2016
Blank Firing Attachment f...

by Nap Bollemeijer



35 163  1
STEP / IGES, Rendering





August 11th, 2016
AR15 Target Style Sear

by Troy Parker


10rds AR magazine (airsof...

by HJH


21 148 2
STL, Rendering



August 11th, 2016
AR-15 Target Style Hammer

by Troy Parker



August 11th, 2016
308 (7.62) plus auto gatio / IGE
STL

by Gui Silva



April 7th, 2016
.22lr ar15 charging handl...

by Cameron


32 582 0
SOLIDWORKS 2015, STL



July 7th, 2016
AR15 5.56 Flash Hider Muz...

by IMAX


25 246 0
SOLIDWORKS 2012, Rendering


36 535 0
PTC Creo Parametric 2.0



April 2nd, 2016
dji S1000 - AR15 mod

by Johar Palacita


56 768 3
STEP / IGES, Rendering

May 22nd, 2016
SOLIDWORKS 2015, STEP / IGE

106 1210 10
SOLIDWORKS 2015, STEP / IGE



March 26th, 2016
AR-15 Bore Flag

by Charles Lacey


25 276 0
STL, Rendering



March 24th, 2016
STANAG 4694 Accessory Rai...

by MAKSEC Group


45 651 0
SOLIDWORKS 2015, Rendering



March 26th, 2016
AR-15 Magpul PMAG Magazin...

by Charles Lacey


62 637 1
SketchUp, STL, Rendering



March 25th, 2016
MK 12 / SOPMOD Block, Gas

by MAKSEC Group


42 779 1
SOLIDWORKS 2015, Rendering, Other



March 24th, 2016
MIL-STD-1913

by MAKSEC Group

43 700 1
SOLIDWORKS 2015, Other, Rend



March 20th, 2016
Case, Suppressor

by MAKSEC Group

March 24th, 2016
Flash Hider, GEWEER AR10

by MAKSEC Group



24 354 2
SOLIDWORKS 2015, Rendering, Other



March 20th, 2016
Core, Suppressor

by MAKSEC Group





March 18th, 2016
M4a1 RIS standard





February 20th, 2016
ar15

by Nen Shripal

5 161 0
KevCreator, SOLIDWORKS, STEP / IGES


February 2nd, 2016
AR15 / M16 Lower Receiver...

by O

51 893 1
STEP / IGES, STL


September 28th, 2015
AR-Pistol Brace

by Philip - SaltedEarth

51 638 11
STEP / IGES, STL, Rendering


December 13th, 2015
Silencerco Salvo 12 shotgun wit...

by Karl Ebert

15 252 4
Autodesk Inventor 2013, STEP / IGES, STL,


October 30th, 2015
Ar15 Vertical Grip

by Donoven Bruntmyer

24 515 5
SOLIDWORKS 2014, Rendering


34 737 0
STEP / IGES, Rendering

February 24th, 2016
Boyd's AR-15 Wood Furnitu...

by Matt Zurawski

30 504 0
STEP / IGES, Rendering


February 9th, 2016
AR15 Low Profile Gas Bloc...

by Matt Zurawski

30 600 1
STEP / IGES, Rendering


November 17th, 2015
Salted Earth AR15 Receive...

by Corey Renner

28 335 2
STL, Rendering


July 21st, 2015
MFT BMSMIL - BATTLELINK™ ...

by Max Boldyrev

66 1049 7
Autodesk Inventor 2015, Rendering

by Marco Couwenberg

57 937 2


February 13th, 2016
AR-15 Pistol Cheek Rest

by Philip - SaltedEarth

77 715 5
STEP / IGES, STL, Rendering


November 17th, 2015
Salted Earth AR15 Hammer ...

by Corey Renner

36 597 3
STL, Rendering

November 14th, 2015
Vanilla

by Odysseus Perez

4 57 0
STL

- « Previous
- 1
- 2
- 3
- Next »

100 per page

- 24 per page
- 48 per page
- 100 per page

- Community
- [Library](#)
- Challenges
- Groups
- Questions
- Tutorials
- Engineers

- Workbench
- Overview
- Features
- Compare

- Print
- Overview
- Features

- Resources
- Blog
- Resource Center
- Help Center

- About us
- Company
- Jobs

info@grabcad.com Website Terms of Use Software Terms of Use Privacy policy Your Data on GrabCAD Twitter Instagram Facebook LinkedIn

© 2018 GrabCAD, a STRATASYS solution

The Computer-Aided Design ("CAD") files and all associated content posted to this website are created, uploaded, managed and owned by third party users. Each CAD and any associated text, image or data is in no way sponsored by or affiliated with any company, organization or real-world item, product, or good it may purport to portray.

