



## Downloads



Here are the files you can download for free. Currently there are three different types of files. First format is the SolidWorks E-drawings. This file format will allow anybody to open the files no matter what software you have installed. E-drawings is the most user friendly format since you don't have to have any special 3-D modeling (CAD) software to look at the files. The second format is the solid model file in *.igs format. You must have some sort of 3-D modeling (CAD) software to open this file format. If you are planning on doing the machining I have, you will need the *.igs file. But if you just want to open the file to look at it, you can download the E-drawing. And the last type of files you can download are the blueprints. I don't make blueprints of the solid models I make. So if you need a dimension while working on your project, you will have to reference the model. Later on, I hope to make available other files dealing with my projects...including sketches, setup sheets, programs, etc. Tim at dumpsterCNC made the 1911 solidmodel *.iges file. Andy at Helix60@neo.rr.com made the VZ58 *.iges file.

*My files are free to download, and if you share these files they must remain free!*

<u>Download instructions</u>

SolidWorks E-drawings: Select the file you wish to download, click Save. To open the file, simply double click the *.exe file.

Solid Model *.igs File: Select the file you wish to download, click Save. Use your 3-D modeling (CAD) software to open to file after you unzip it.

Blueprints: Select the file you wish to download, click Save. Use Adobe to open the file after you unzip it.

[PayPal Donate]

### SolidWorks E-drawings
Select one...

### Solid Model *.igs Files
Select one...

### Blueprints
Select one...

The files below are complete solid models of the AR15/M16 and the 1911 firearms. I made the A2 style AR15 model, and Tom tom_eriksson@hotmail.com made the A1 style AR15 as well as the 1911 model. You can download other files Tom has made here. The files below are for visual reference only.

### Complete Firearm E-drawings
Select one...

**I have spent many hours creating these solidmodel files. If you find these files useful and you want to show your support for my website, you can make a donation. All donations will be directed towards keeping this website going and also towards new projects. After every project I complete, I'll upload the files here. So if you want to show your support for this website and to keep these file FREE, you can send a donation through the PayPal link below.**

[PayPal Donate]