# Ar-15 Lower Reciever

pinshape.com/items/38103-3d-printed-ar-15-lower-reciever

DrSail  August 21, 2017

Designed by   DrSail

















◀
▶



























## Prints (1)

Upload a Print

- over 1 year ago
  XYZ Printing da Vinci 2.0 Duo
  
  3
  0
- Drag & Drop A Photo or Click To Browse



## Description

Ar15 Lower receiver. Dont change dimensions, just tilt on axis till fits in box.

## Design Files

## File Size

Ar15Lower_FP_Update.stl

2.39 MB

Ar15Lower_Update.stl

5.5 MB

Front_Snap_Pin.stl

293 KB

Rear_Snap_Pin.stl

35.1 KB

IMG_0089.JPG

3.2 MB

IMG_6725.JPG

1.47 MB

IMG_6741.jpg

2.02 MB

Print1.jpg

481 KB

Print2.jpg

477 KB

Print3.jpg

433 KB

snap_pin_alternative-2.jpg

1.55 MB

snap_pin_alternative.jpg

1.45 MB

vanguard_JT_FP_Update.jpg

159 KB

Comments



Casey Hancock: Does it matter what filament you use?
Reply 7 months ago



Matthew Sizemore: YES! do NOT use PLA. It might run thru a clip but it WILL break and you will most likely get hurt. use carbon fiber nylon or PC.
Reply 5 months ago


Post

## Available for Download

Free

Download the design's source files for use on your own 3D printer.

CC - Attribution



Attribution

FREE

Report this design

## Downloaded this Design recently?

Drag & Drop A Photo or
Click To Browse

## Share

## Designs in I Like!!!

## More by DrSail

Tags