Case 2:18-cv-13248-SDW-LDW  Document 8  Filed 09/26/18  Page 1 of 4 PageID: 662

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GURBIR S. GREWAL, Attorney General of the State of New Jersey, | Civil Action No.: 18-CV-13248 (SDW-LDW) |
| *Plaintiff*, | |
| v. | |
| DEFENSE DISTRIBUTED, CODY R. WILSON, and JANE and JOHN DOES 1-20, individually and as owners, officers, directors, shareholders, founders, members, managers, agents, servants, employees, representatives and/or independent contractors of DEFENSE DISTRIBUTED, and XYZ CORPORATIONS 1-20, | **CONSENT ORDER TO ADMINISTRATIVELY TERMINATE THIS CASE WITHOUT PREJUDICE** |
| *Defendants*. | |

**WHEREAS** this matter having been opened by Gurbir S. Grewal, Attorney General of the State of New Jersey ("State") by way of an Order to Show Cause, filed on July 30, 2018, in the Superior Court of New Jersey, Essex County, Chancery Division – General Equity Part ("New Jersey Action"), seeking the issuance of temporary, then preliminary restraints enjoining Defense Distributed and Cody R. Wilson (collectively, "Defendants") from disseminating printable-gun computer files through Defendants' websites or otherwise;

**WHEREAS** on July 30, 2018, New Jersey, along with a group of other states including the State of Washington (collectively, the "States"), filed an Emergency Motion for a Temporary Restraining Order in the U.S. District Court for the Western District of Washington against the U.S. Department of State ("State Department") and Defendants, in the action titled *Washington v. U.S. Dep't of State*, No.18-1115 (W.D. Wash. Filed July 30, 2018) ("Washington Action");

**WHEREAS** on July 31, 2018, the Honorable Walter Koprowski, Jr., P.J.Ch. stated in an Order in the New Jersey Action that "Defendants have agreed that they will not upload any additional files through the websites located at https://defdist.org, https://defcad.com and https://ghostgunner.net, or otherwise" and that "Defendants will block access to NJ IP addresses and mobile devices";

**WHEREAS** on August 27, 2018, the Honorable Robert S. Lasnik, U.S.D.J. issued an order in the Washington Action granting the States' motion for a preliminary injunction which, among other things, maintained the federal bar prohibiting Defendants' dissemination of their printable-gun computer files by uploading them to their websites;

**WHEREAS** on August 27, 2018, Defendants filed a Notice of Removal of the New Jersey Action to the U.S. District Court for the District of New Jersey;

**WHEREAS** on September 4, 2018, Defendants filed a Motion to Change Venue or Dismiss the New Jersey Action;

**WHEREAS** in light of the preliminary injunction issued in the Washington Action, and in an effort to conserve judicial resources, the State and Defendants (collectively, "Parties") have agreed to administratively terminate the New Jersey Action (this action) without prejudice pending the Conclusion of the Proceedings in the Washington Action;

**WHEREAS** by entering into this Consent Order, the State in no way concedes this Court's subject matter jurisdiction over the New Jersey Action; and

**WHEREAS** the Parties reserve all rights to take whatever actions are deemed appropriate once the New Jersey Action is reopened, including the State's filing of a Motion to Remand and Opposition to Defendants' Motion to Change Venue or Dismiss.

2

IT IS ON THE ___27th___ DAY OF ___September___, 2018 HEREBY

**ORDERED AND AGREED** that:

(1)     The Clerk of the Court shall administratively terminate the above-captioned case

without prejudice pending the Conclusion of the Proceedings in the Washington

Action;

(2)     Any Party may request that the Court reinstate this case within thirty (30) days of

the Conclusion of the Proceedings in the Washington Action; and

(3)     "Conclusion of the Proceedings in the Washington Action" shall mean (1)

issuance of a final judgment and the expiration of all deadlines for initiating any

appellate proceeding, including but not limited to a petition for a writ of certiorari

to the Supreme Court of the United States or (2) entry of an order dissolving or

modifying the preliminary injunction in the Washington Action.

(4) Accordingly, the motion to transfer at ECF.
NO. 5 is hereby terminated.

_____
LEDA DUNN WETTRE, U.S.M.J.

3

THE PARTIES CONSENT TO THE FORM,
CONTENT AND ENTRY OF THIS CONSENT ORDER:

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
Attorneys for Plaintiff


By: ___s/ Lara J. Fogel_____          Dated:  September 26, 2018
     Lara J. Fogel
     Deputy Attorney General



HARTMAN & WINNICKI, P.C.
Attorneys for Defendants
Defense Distributed and Cody R. Wilson



By: ___s/ Daniel L. Schmutter_____          Dated:  September 26, 2018
     Daniel L. Schmutter, Esq.