# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| Defense Distributed, Second Amendment Foundation, Inc. § § § CIVIL NO: § AU:18-CV-00637-RP | |
| vs. § § | |
| Gurbir S. Grewal, Michael Feuer, Andrew Cuomo, Matthew Denn, Josh Shapiro, Thomas Wolf | |

## ORDER SETTING PRELIMINARY INJUNCTION HEARING

　　IT IS HEREBY ORDERED that the above entitled and numbered case is set for **PRELIMINARY INJUNCTION HEARING** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Tuesday, January 15, 2019 at 10:00 AM**. All parties and counsel must appear at this hearing.

　　IT IS SO ORDERED this 2nd day of January, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE