UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Defense Distributed, Second Amendment Foundation, Inc. | § § § § § | NO:  AU:18-CV-00637-RP |
| vs. | | |
| Gurbir S. Grewal, Michael Feuer, Andrew Cuomo, Matthew Denn, Josh Shapiro, Thomas Wolf | | |

### ORDER

The Court hereby sets and directs counsel for the the parties- Defense Distributed, Second Amendment Foundation, Inc, and Gurbir S. Grewal, to appear by phone for a telephone conference on January 10, 2019  at  11:30 AM .  Counsel for Plaintiff shall be responsible for coordinating the call and providing dial-in information  to opposing counsel and  the Courtroom Deputy at julie_golden@txwd.uscourts.gov, no later than 9:00 AM (CST) on January 9, 2019.

**SIGNED** on 9th day of January, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE