IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 19-50723
_____

DEFENSE DISTRIBUTED;
SECOND AMENDMENT FOUNDATION, INCORPORATED,

     Plaintiffs−Appellants,

versus

GURBIR S. GREWAL,
Attorney General of New Jersey, in his official and individual capacities;
MICHAEL FEUER, City Attorney for Los Angeles, California,
in his official and individual capacities;
ANDREW CUOMO, Governor of New York, in his official capacity;
KATHLEEN JENNINGS,
Attorney General of Delaware, in her official capacity,

     Defendants−Appellees.

_____

Appeal from the United States District Court
for the Western District of Texas
_____

Before SMITH, COSTA, and HO, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that appellee's unopposed motion for partial dismissal of the appeal as to Kathleen Jennings is GRANTED.

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 18, 2019

Ms. Jeannette Clack
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 19-50723   Defense Distributed, et al v. Gurbir Grewal, et al
                     USDC No. 1:18-CV-637

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate as to Kathleen Jennings.

Sincerely,

LYLE W. CAYCE, Clerk

*Melissa Mattingly*

By: _____
Melissa V. Mattingly, Deputy Clerk
504-310-7719

cc w/encl:
    Ms. Connie K. Chan
    Mr. Jeremy M. Feigenbaum
    Mr. Chad Flores
    Mr. Alexander Hardiman
    Mr. Ronald Casey Low
    Mr. Jason Paul Steed
    Mr. Michael M. Walsh