# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 19-50723

_____

DEFENSE DISTRIBUTED;
SECOND AMENDMENT FOUNDATION, INCORPORATED,

    Plaintiffs−Appellants,

versus

GURBIR S. GREWAL,
Attorney General of New Jersey, in his official and individual capacities;
MICHAEL FEUER, City Attorney for Los Angeles, California,
in his official and individual capacities,

    Defendants−Appellees.

_____

Appeal from the United States District Court
for the Western District of Texas

_____

Before SMITH, COSTA, and HO, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the unopposed motion for partial dismissal of the appeal as to appellee Michael Feuer only is GRANTED.

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 23, 2019

Ms. Jeannette Clack
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 19-50723   Defense Distributed, et al v. Gurbir Grewal
                   USDC No. 1:18-CV-637

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate.

                     Sincerely,

                     LYLE W. CAYCE, Clerk

                     By: _____
                     Melissa V. Mattingly, Deputy Clerk
                     504-310-7719

cc w/encl:
    Mr. Jeremy M. Feigenbaum
    Mr. Chad Flores
    Mr. Alexander Hardiman
    Mr. Ronald Casey Low