UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Defense Distributed, Second Amendment Foundation, Inc. | § § § § § | NO:   AU:18-CV-00637-RP |
| vs. | | |
| Gurbir S. Grewal, Michael Feuer, Andrew Cuomo, Matthew Denn, Josh Shapiro, Thomas Wolf | | |

**ORDER**

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for a telephone status conference on September 28, 2020 at 09:40 AM . Counsel for Plaintiff shall be responsible for coordinating the call and providing dial-in information at least 24 hours prior to the hearing to the Courtroom Deputy at julie_golden@txwd.uscourts.gov.

**SIGNED** on 17th day of September, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE