**UPDATED CERTIFICATE OF CONFERENCE**

      I hereby certify that counsel for the NJAG was able to confer with Plaintiffs' counsel by email to discuss the NJAG'S motion for an extension of time (ECF No. 122) and that Plaintiffs are unopposed to this motion.

                                                                  _/s/ Casey Low_
                                                                  Casey Low