AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| DEFENSE DISTRIBUTED and SECOND AMENDMENT FOUNDATION, INC., <br><br> *Plaintiff(s)* <br> v. <br> UNITED STATED DEPARTMENT OF STATE, et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:18-cv-637-RP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GREGG SOFER
UNITED STATES ATTORNEY FOR THE
WESTERN DISTRICT OF TEXAS

c/o Civil Process Clerk
601 NW Loop 410, #600
San Antonio, Texas 78216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Chad Flores
BECK REDDEN LLP
1221 McKinney Street, Suite 4500
Houston, TZ 77010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK
*CLERK OF COURT*

Date: 11/17/2020

*Jencha Damian*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-637-RP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Gregg Sofer, United States Attorney for the Western District of Texas
was received by me on *(date)*  11/25/2020  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Joan Jones, Paralegal  , who is
designated by law to accept service of process on behalf of *(name of organization)*  Gregg Sofer, United States
Attorney for the Western District of Texas  at 1:38 PM  on *(date)*  11/30/2020  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: 12/1/2020

Server's signature

Thomas A. Saucedo, I - PSC 3797 Ex. 7/15/2022
*Printed name and title*

218 N. Las Moras St.
San Antonio, TX  78207

*Server's address*

Additional information regarding attempted service, etc:
The documents were delivered at the office of the United States Attorney for the Western District of Texas at 601 NW Loop 410, Suite 600, San Antonio, TX  78216.

**RECEIVED**

JUL -1 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

**AMENDED DESIGNATION OF AGENTS FOR SERVICE OF PROCESS**

TO:   Ms. Jeanette J. Clack, Clerk of Court
United States District Court
Western District of Texas
San Antonio, Texas

Pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure, I hereby designate the following individuals only as agents to accept delivery of service of process for the United States Attorney for the Western District of Texas. Please note that these individuals are located in the San Antonio Division at our offices located at 601 N.W. Loop 410, Suite 600, San Antonio, Texas:

**MARY F. KRUGER**
**CLAYTON DIEDRICHS**
**MELISSA P. ALBRIGHT**
**NITA BROOKE**
**JOAN JONES**
**STEPHANIE KARAM**
**HOLLEE PURYEAR**
**STEPHANIE RICO**
**JEAN SMITH-HARNDEN**
**TINA TRAVIESO**

Pursuant to the same Rule 4(i)(1)(A), I hereby also designate Stephanie Rico the "Civil Process Clerk" to whom mailings of a summons and complaint by registered or certified mail to the U.S. Attorney are to be sent. Certified or registered mail service upon the United States Attorney for the Western District of Texas should be addressed as follows:

**Ms. Stephanie Rico**
**Civil Process Clerk**
**Office of the United States Attorney**
**for the Western District of Texas**
**601 N.W. Loop 410, Suite 600**
**San Antonio, Texas 78216-5597**

In the event that service under Rule 4(i)(1)(A) is to be made on the United States of applications for temporary restraining order, motions for preliminary injunctions, or orders to show cause, the following individuals at the U.S. Attorney's Office are designated as additional persons upon whom personal delivery service may be made in their respective Divisions for those limited

processes only:

| | |
|---|---|
| El Paso: | Magdalena Jara<br>Eduardo R. Castillo<br>Maria Lilia Molina<br>Priscilla Roldan |
| Austin: | Kartik Venguswamy<br>Lucinda Harris<br>Rachel Mercado<br>Michael Rodela<br>Lori Wilson |
| Midland: | Brandi Young<br>DeeDee Rayos |
| Waco: | Mark Frazier<br>Brenda Wright<br>Donna Myrdahl |
| Del Rio: | Jody Gilzene<br>Adriana Perez<br>Bertha Meza |
| Alpine: | Brandi Young<br>Rosa Maria Martinez<br>Betty Ramirez |

Please cause this Amended Designation of Agents for Service of Process to be posted and/or published in your office at all court points in the Western District of Texas so as to receive the greatest possible circulation among members of the bar or general public who might be involved in civil litigation with the Government. Any questions regarding this Amended Designation may be addressed to Assistant U.S. Attorney Mary F. Kruger, Chief, Civil Section, Tel. (210) 384-7360.

Respectfully submitted,

Dated: _____

JOHN BASH
Digitally signed by JOHN BASH
Date: 2020.07.01 10:15:11 -05'00'

JOHN F. BASH
United States Attorney
Western District of Texas

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Western District of Texas

Case Number: 1:18-CV-637-RP

Plaintiff:
**DEFENSE DISTRIBUTED and SECOND AMENDMENT FOUNDATION, INC.**

vs.

Defendant:
**UNITED STATES DEPARTMENT OF STATE, MICHAEL R. POMPEO,** in his official capacity as Secretary of State; **DIRECTORIATE OF DEFENSE TRADE CONTROLS; MIKE MILLER,** in his official capacity as Acting Deputy Assistant Secretary of Defense Trade Controls; **SARAH HEIDEMA,** in her official capacity as Director of Policy, Office of Defense Trade Controls Policy,

and

**GURBIR GREWAL,** Attorney General of the State of New Jersey

Received by We Deliver Legal Services, LLC on the 25th day of November, 2020 at 10:32 am to be served on **Gregg Sofer, United States Attorney for the Western District of Texas c/o Civil Process Clerk, 601 NW Loop 410, #600, San Antonio, Bexar County, TX 78216.**

I, Thomas A. Saucedo I, being duly sworn, depose and say that on the **30th day of November, 2020** at **1:38 pm,** I:

**DELIVERED** a true copy of the **Summons in a Civil Action and Plaintiffs' Second Amended Complaint with Exhibits A, B, C, D, E, F, G, H, and I to Gregg Sofer, United States Attorney for the Western District of Texas** with the date of service endorsed thereon by me, by handing to **Joan Jones** as **Paralegal who is Authorized to Receive** for **Gregg Sofer, United States Attorney for the Western District of Texas**, in person, at the address of: **601 NW Loop 410, #600, San Antonio, Bexar County, TX 78216**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: White, Height: 5'7", Weight: 160, Hair: Blonde, Glasses: N

I am a private process server authorized by the Texas Judicial Branch Certification Commission. I am over the age of eighteen (18) and not a party to nor interested in the outcome of the suit referenced above. I have personal knowledge of each of the matters stated herein and the statements made in this Affidavit are true and correct.

State of Texas, County of Bexar

Subscribed and Sworn to before me on the 1ST day of December, 2020 by the affiant who is personally known to me.

NOTARY PUBLIC

JESSICA D. JESTER
Notary Public, State of Texas
Comm. Expires 06-23-2022
Notary ID 125738086

Thomas A. Saucedo I
PSC-3797 Ex. 7/15/2022

We Deliver Legal Services, LLC
218 N Las Moras
San Antonio, TX 78207
(210) 909-7332

Our Job Serial Number: WDL-2020001747
Ref: 3225-002

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1u

