IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DEFENSE DISTRIBUTED and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, Michael R. Pompeo, in his official capacity as Secretary of State; DIRECTORATE OF TRADE CONTROLS; MIKE MILLER, in his official capacity as Acting Deputy Assistant Secretary of Defense Trade Controls; SARAH HEIDEMA, in her official capacity as Director of Policy, Office of Defense Trade Controls Policy, <br><br> and <br><br> GURBIR GREWAL, Attorney General of the State of New Jersey, <br><br> Defendants. | Case No.: 1:18-cv-637-RP |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule AT-3, Eric J. Soskin of the Department of Justice, one of the attorneys of record for the Federal Defendants, hereby respectfully moves to withdraw from this case. Mr. Soskin will be joining the Office of Inspector General at the Department of Transportation and will soon be leaving the Department of Justice. The United States will remain represented in this action by other attorneys from the Department of Justice, including his colleague, Lisa Newman, of the Federal Programs Branch and Assistant U.S. Attorney Liane Noble. Their address and contact information appear on the docket and are set forth below:

Lisa Newman
Federal Programs Branch, Civil Division
U.S. Department of Justice
1100 L St. NW
Washington, DC 20005
202-353-5882
Email: lisa.n.newman@usdoj.gov

Liane Noble
U.S. Attorney's Office
903 San Jacinto Blvd., Suite 334
Austin, TX 78701
512-370-1252
Email: liane.noble@usdoj.gov

Dated: January 6, 2021          Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director

/s/ *Eric J. Soskin*
Eric J. Soskin (PA Bar No. 200663)
Lisa Newman
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Rm. #12002
Washington, DC 20005
Tel.: (202) 353-0533
Eric.soskin@usdoj.gov

Gregg N. Sofer
United States Attorney

Liane Noble
Assistant United States Attorney
Texas Bar No. 24079059
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
Tel.: (512) 370-1252
liane.noble@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was served on the other parties to this action and their counsel of record through electronic filing in the Court's ECF system on January 6, 2021.

/s/
Eric J. Soskin