IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED and SECOND AMENDMENT FOUNDATION, INC., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | |
| UNITED STATES DEPARTMENT OF STATE, Michael R. Pompeo, in his official capacity as Secretary of State; DIRECTORATE OF TRADE CONTROLS; MIKE MILLER, in his official capacity as Deputy Assistant Secretary of Defense Trade Controls; SARAH HEIDEMA, in her official capacity as Director of Policy, Office of Defense Trade Controls Policy, | § § § § § § § § § § § | Case No.: 1:18-cv-637-RP |
| and | § § | |
| GURBIR GREWAL, Attorney General of the State of New Jersey, | § § | |
| Defendants. | § § | |

## FEDERAL DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATIONS

Pursuant to Rule CV-7(d) of the Local Civil Rules of the United States District Court for the Western District of Texas, Federal Defendants seek leave to exceed the page-limit for their response to Defendant Grewal's Motion to Sever and Transfer (Dkt. 121).

On November 18, 2020, Grewal sought a page extension for his motion to sever and transfer. Dkt. 120. On November 30, 2020, this Court granted Grewal's request and extended the page limit of the motion to no more than twenty pages. *See* Text Order, Nov. 30, 2020.

Federal Defendants now seek a parallel extension of the page limit to twenty pages for their response to Grewal's motion.  Counsel for Federal Defendants conferred with Grewal's counsel and Plaintiffs' counsel, and they are not opposed to this motion.

Dated: January 11, 2021                    Respectfully submitted,

                                           JEFFREY BOSSERT CLARK
                                           Acting Assistant Attorney General

                                           ANTHONY J. COPPOLINO
                                           Deputy Director

                                           /s/ *Lisa Newman*
                                           Lisa Newman (TX Bar No. 24107878)
                                           Trial Attorney
                                           United States Department of Justice
                                           Civil Division, Federal Programs Branch
                                           1100 L Street, N.W., Rm. #12016
                                           Washington, DC 20005
                                           Tel.: (202) 353-5882
                                           lisa.n.newman@usdoj.gov

                                           Gregg N. Sofer
                                           United States Attorney

                                           Liane Noble
                                           Assistant United States Attorney
                                           Texas Bar No. 24079059
                                           903 San Jacinto Blvd., Suite 334
                                           Austin, Texas  78701
                                           Tel.: (512) 370-1252
                                           liane.noble@usdoj.gov

                                           *Counsel for Federal Defendants*

## **CERTIFICATE OF CONFERENCE**

I certify that counsel for the Federal Defendants conferred with counsel for all other parties by email to discuss this motion, and all parties are unopposed to the relief requested herein.

/s/ *Lisa Newman*
Lisa Newman

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was served on the other parties to this action and their counsel of record through electronic filing in the Court's ECF system on January 11, 2021.


/s/ *Lisa Newman*
Lisa Newman