NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEFENSE DISTRIBUTED, SECOND AMENDMENT FOUNDATION, INC., FIREARMS POLICY COALITION, INC., FIREARMS POLICY FOUNDATION, CALGUNS FOUNDATION, CALIFORNIA ASSOCIATION OF FEDERAL FIREARMS LICENSEES, and BRANDON COMBS,<br><br>Plaintiffs,<br><br>v.<br><br>GURBIR GREWAL, ATTORNEY GENERAL of the STATE of NEW JERSEY,<br><br>Defendant. | Civ. No. 19-4753<br><br>**ORDER** |

THOMPSON, U.S.D.J.

IT APPEARING that on July 29, 2018, Plaintiffs Defense Distributed and Second Amendment Foundation, Inc. filed an action in the Western District of Texas seeking to enjoin Defendant Gurbir S. Grewal, Attorney General of New Jersey, from enforcing N.J.S.A. § 2C:39-9(*l*)(2) (Civil Docket No. 18-637, ECF No. 1); and it further

APPEARING that on January 30, 2019, the Western District of Texas dismissed that action because the court lacked personal jurisdiction over Defendant Gurbir S. Grewal, Attorney General of New Jersey (Civil Docket No. 18-637, ECF No. 100); and it further

APPEARING that on February 5, 2019, Plaintiffs Defense Distributed and Second Amendment Foundation, Inc., among others, filed an action in this Court seeking to enjoin

1

Defendant Gurbir S. Grewal, Attorney General of New Jersey, from enforcing N.J.S.A. § 2C:39-9(*l*)(2) (ECF No. 1.); and it further

APPEARING that on February 27, 2019, Plaintiffs Defense Distributed and Second Amendment Foundation, Inc. filed a Motion to Amend Judgment in the Western District of Texas as to Defendant Gurbir S. Grewal, Attorney General of New Jersey (Civil Docket No. 18-637, ECF No. 102); and it further

APPEARING that on March 3, 2019, Defendant Gurbir S. Grewal, Attorney General of New Jersey, seeks an order for this Court to stay this action pending resolution of the action in the Western District of Texas (ECF No. 20); and it further

APPEARING that on March 7, 2019, counsel for Plaintiffs, Charles Flores and Daniel Schmutter, and counsel for Defendant, Melissa Medoway and Glenn Moramarco, participated in a conference with the Court wherein Plaintiffs opposed the requested stay (ECF No. 25);

IT IS on this 7th day of March, 2019,

ORDERED that all proceedings in this action are STAYED until the action in the Western District of Texas (Civil Docket No. 18-637) is resolved and no other motions for relief and/or appeals are viable.

*Anne E. Thompson*

ANNE E. THOMPSON, U.S.D.J.

2