IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DEFENSE DISTRIBUTED and SECOND AMENDMENT FOUNDATION, INC., <br><br> *Plaintiffs,* <br><br> vs. <br><br> GURBIR S. GREWAL, in his official capacity as New Jersey Attorney General, et al. <br><br> *Defendants.* | Case No. 1:18-CV-637 |

**DEFENDANT GURBIR S. GREWAL'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Gurbir S. Grewal, the Attorney General of New Jersey ("NJAG") files this Unopposed Motion for Extension of Time to File a Reply in Support of NJAG's Motion to Sever and Transfer Case. Given the complexity of the issues raised by NJAG's Motion to Sever and Transfer Case (Dkt. 121)—and the arguments raised in the responses filed by Defense Distributed and Second Amendment Foundation, Inc. (collectively "Plaintiffs"), and the United States Department of State, Michael Pompeo, the Directorate of Defense Trade Controls, Mike Miller, and Sarah Heidema (collectively "United States Defendants")— the NJAG respectfully requests a 14 day extension to file a reply in support of NJAG's Motion to Sever and Transfer Case, until February 2, 2021.

Counsel for NJAG has met and conferred in good faith with Plaintiffs and United States Defendants and Plaintiffs and the United States Defendants do not oppose the relief requested.

WHEREFORE, PREMISES CONSIDERED, the NJAG respectfully request that the Court grant its Motion for Extension of Time to File a Reply in Support of NJAG's Motion to Sever and Transfer Case.

DATED: January 19, 2021

Respectfully submitted,

Pillsbury Winthrop Shaw Pittman LLP

BY: <u>Casey Low</u>
Ronald Casey Low
Texas State Bar No. 24041363

401 Congress Avenue, Suite 1700
Austin, TX 78701-3797
Phone: 512.580.9600
Fax: 512.580.9601
casey.low@pillsburylaw.com

Kenneth W. Taber (admitted *pro hac vice*)
Pillsbury Winthrop Shaw Pittman, LLP
1540 Broadway,
New York, NY 10036
212-858-1813
Fax: 212-858-1500
Kenneth.taber@pillsburylaw.com

*Attorneys for Defendant Gurbir S. Grewal*

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for the NJAG was able to confer with Plaintiffs' counsel and counsel for the United States Defendants by email to discuss the NJAG'S motion for an extension of time (ECF No. 122) and that Plaintiffs and United States Defendants are unopposed to this motion.

<u>/s/ Casey Low</u>
Casey Low