IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DEFENSE DISTRIBUTED and SECOND AMENDMENT FOUNDATION, INC., <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES DEPARTMENT OF STATE, Michael R. Pompeo, in his official capacity as Secretary of State; DIRECTORATE OF TRADE CONTROLS; MIKE MILLER, in his official capacity as Acting Deputy Assistant Secretary of Defense Trade Controls; SARAH HEIDEMA, in her official capacity as Director of Policy, Office of Defense Trade Controls Policy, <br><br>and <br><br>GURBIR GREWAL, Attorney General of the State of New Jersey, <br><br>Defendants. | §§§§§§§§§§§§§§§§§§§§§§§§ Case No.: 1:18-cv-637-RP |

**FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR
AN EXTENSION OF TIME TO FILE AN ANSWER**

Plaintiffs originally filed this case more than two years ago, on July 29, 2018. *See* Compl., Dkt. 1. On November 10, 2020, Plaintiffs filed an 89-page, 348-paragraph Second Amended Complaint, Dkt. 117 ("SAC"), for the first time naming officials and agencies of the federal government as Defendants.

Plaintiffs did not serve the SAC on the United States Attorney's Office until November 30, 2020. Dkt. 125. In the interim, on November 18, 2020, Defendant Gurbir Grewal—the only defendant remaining of those originally named in this action—filed a Motion to Sever and to

1

Transfer Venue Pursuant to 28 U.S.C. §1404(a) and 28 U.S.C. § 1406(a).  *See* Dkt. 121.  In light of the motion to sever and transfer, this Court extended Grewal's time to respond to Plaintiffs' SAC to 30 days after this Court's ruling on the motion to transfer.  *See* Text Order, November 25, 2020.

Under the Federal Rules, the Federal Defendants have 60 days, until January 29, 2021, to answer or to otherwise respond to the SAC.  *See* Fed. R. Civ. P. 12(a)(2).  Given the complexity of the issues presented by Plaintiffs' lengthy pleading and the intertwined relationship between the claims against the Federal Defendants and the claims against Grewal, the Federal Defendants respectfully request an extension of time to respond to the SAC until 60 days after this Court rules on the motion to sever and transfer.

Just last week, the Ninth Circuit heard oral arguments in *State of Wash., et al. v. Dep't of State, et al.*, 20-35391 (9th Cir. Jan. 11, 2020).  In that case, the Ninth Circuit is considering the State Department's appeal of a preliminary injunction that prevents the transfer of regulatory authority over the technical data for 3-D printed guns from being transferred from the Department of State to the Department of Commerce.  *Id.*; *see also* Dkt. 136 at 2 (referencing State's "plans to transfer regulatory authority over exports of the underlying firearms to the Department of Commerce").  It is possible that the Ninth Circuit may issue a ruling in that case which could insert new legal questions regarding Plaintiffs' claims against the State Department.  Extending Federal Defendants' time to file a responsive pleading until 60 days after this Court's ruling on the motion to sever may thus serve a second purpose: it would allow additional time for the Ninth Circuit to issue a decision that may streamline or even resolve some of the legal issues that this Court would need to consider.

This motion is made in good faith and not for purposes of delay, and the parties do not oppose this request for an extension.

| | |
|---|---|
| Dated: January 21, 2021 | Respectfully submitted, |
| | BRIAN M. BOYNTON<br>Acting Assistant Attorney General |
| | ANTHONY J. COPPOLINO<br>Deputy Director |
| | /s/ *Lisa Newman*<br>Lisa Newman (TX Bar No. 24107878)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W., Rm. #12016<br>Washington, DC 20005<br>Tel.: (202) 353-5882<br>lisa.n.newman@usdoj.gov |
| | Gregg N. Sofer<br>United States Attorney |
| | Liane Noble<br>Assistant United States Attorney<br>Texas Bar No. 24079059<br>903 San Jacinto Blvd., Suite 334<br>Austin, Texas  78701<br>Tel.: (512) 370-1252<br>liane.noble@usdoj.gov |
| | *Counsel for Defendants* |

## **CERTIFICATE OF CONFERENCE**

I certify that counsel for the Federal Defendants conferred with Plaintiffs' and Defendant Gurbir Grewal's counsel by email to discuss this motion, and Plaintiffs and Defendant Grewal are unopposed to the relief requested herein.

/s/ *Lisa Newman*
Lisa Newman

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was served on the other parties to this action and their counsel of record through electronic filing in the Court's ECF system on January 21, 2021.

/s/ *Lisa Newman*
Lisa N. Newman