IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DEFENSE DISTRIBUTED and SECOND AMENDMENT FOUNDATION, INC., <br><br> *Plaintiffs,* <br><br> vs. <br><br> GURBIR S. GREWAL, in his official capacity as New Jersey Attorney General, et al. <br><br> *Defendants.* | Case No. 1:18-CV-637 |

### DECLARATION OF CASEY LOW

1.   I, Casey Low, hereby submit this Declaration in support of Defendant Gurbir S. Grewal's Reply in Support of his Motion to Sever and Transfer Venue to the District of New Jersey. I have personal knowledge of the statements made herein and could and would testify to said facts if called to do so in a court of law.

2.   I am an attorney with the law firm of Pillsbury Winthrop Shaw Pittman LLP, located at 401 Congress Avenue, Suite 1700, Austin, Texas 78701. I am a member of The State Bar of Texas. I represent the Defendant in the above-captioned matter.

3.   I have analyzed Defendant Gurbir S. Grewal's petition for certiorari in the United States Supreme Court. A true and correct copy of Grewal's petition for certiorari is attached hereto as **Exhibit A.**

4.   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

2

Date: February 2, 2021                                   Respectfully submitted,

                                                         By: _____
                                                         Casey Low